# EXHIBIT 1

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# *ADMINISTRATIVE DUE PROCESS COMPLAINT NOTICE*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.    **INFORMATION ABOUT THE STUDENT:**

Student Name:  Luis Aguilar                                              DOB:  November 27, 1990

Address:    2401 Ontario Rd., NW, #101, Washington, D.C. 20009

Present School of Attendance:        Whisper Ridge [formerly Piedmont] Behavioral Health Center

Home School:                    Bancroft Elementary School

               Parent/Guardian of the Student:    Gloria Santamaria

             Phone:        (H) 202 483-1562            (W)

## B.    **Legal Representative/Attorney (if applicable):**

Name:    Miguel A. Hull, Esq.            Phone: (W)  202 742-2015        (Fax)  202 742-2098

Address: 1220 L St., NW, #700, Washington, D.C. 20005

Will attorney / legal representative attend the resolution session?        X Yes                ☐ No

## C.    **Complaint Made Against (check all that apply):**

    **X** DCPS

    ☐ Charter school (name of the charter school if different from page one)

    ☐ Non-public school or residential treatment facility (name)

    ☐ Parent

## D.    **Resolution Session Meeting Between Parent and LEA:**

    I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

    **X** I wish to waive the Resolution Session Meeting

## E.    **Mediation Process:**

    IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

    **I am requesting an administrative due process hearing only at this time.**

## F.    **Facts and Reasons for the Complaint:**

### I.    Nature of the Problem.

**Failure to convene Multi-Disciplinary Team ("MDT") meeting in violation of settlement agreement executed on June 27, 2005; failure to conduct annual review of IEP; and failure to**

conduct reevaluations.

## Background

Luis Aguilar is a fourteen-year-old District of Columbia Public Schools ("DCPS") student at Whisper Ridge Behavioral Health Center in Leesburg, Virginia. He previously attended Rock Creek Academy ("RCA") in the District of Columbia as part of an interim placement also funded by DCPS. Previous to attending RCA, Luis attended Bancroft Elementary School where he had severe behavioral problems. He is classified as emotionally disturbed and has been hospitalized for psychiatric reasons on more than one occasion over the past four years. His emotional disability has been so severe that he had repeated problems functioning at RCA and eventually stopped attending that program. In fact, he did not attend any school during most of the 2003-2004 school year. Since January 2005, the psychologists at Whisper Ridge have expressed a belief that Luis should be placed in a therapeutic day school, a less restrictive environment than Whisper Ridge. On January 7, 2005, guardian's counsel delivered a letter to DCPS placement monitor Kimberly Grafton advising that Luis was in need of a new placement as Whisper Ridge was interested in releasing him. In late February 2005, Luis's advocate left a voice mail for Ms. Grafton explaining Luis's impending release from Whisper Ridge and asking for DCPS to begin to identify a placement in time for April 2005.

## Current Allegations

On May 20, 2005, the guardian filed a due process hearing request against DCPS for failing to convene an MDT meeting to determine a new placement for Luis. On June 27, 2005, the parties executed a written settlement agreement in place of the due process hearing that had been scheduled as result of the May 20th hearing request. In the agreement, DCPS agreed to convene an MDT meeting within 30 calendar days of the agreement. The 30 days expired on July 27, 2005, without DCPS convening the MDT meeting as agreed. On August 8,, 2005, the guardian, through counsel, sent a letter to Jeffery Kaplan at the DCPS Office of Mediation and Compliance advising of the violation and requesting compliance. To date, DCPS has failed to respond to the letter, much less convene the MDT as promised. In the meantime, Luis continues at Whisper Ridge, a school that by now appears to be inappropriate. Moreover, Luis's IEP has not been formally reviewed since his being at Whisper Ridge and he is in need of reevaluations, all things that could have been addressed had DCPS convened the MDT meeting as promised. Individuals with Disabilities Education Improvement Act (2004) ("IDEIA") Pub. L. No. 108-446 Sec. 101, § 614 (d) (4) (A) (i) (Public agency shall "ensure" that IEP is reviewed at least annually) and (a) (2) (B) (ii) (reevaluations to occur at least every three years); 34 C.F.R. § 300.343 (c) (1) (Public agency shall "ensure" that IEP is reviewed at least annually); 34 C.F.R. § 300.536 (b) (reevaluations to occur at least every three years); D.C. Mun. Regs. tit. 5 § 3008.1 (Public agency shall "ensure" that IEP is reviewed at least annually); and D.C. Mun. Regs. tit. 5 § 3005.7 (reevaluations to occur at least every three years). Luis had now been accepted to the Center for Life Enrichment, a non-public therapeutic day school in the District of Columbia

### II. Issues presented.

3

1. Whether the DCPS has inappropriately failed to convene Luis's MDT meeting in violation of the June 27, 2005 Settlement Agreement?
2. Whether the DCPS has inappropriately failed to revise Luis's IEP within the last two years?
3. Whether the DCPS has inappropriately failed to conduct reevaluations for Luis?

### III.    Relief Sought.

1. a finding that the DCPS has inappropriately failed to:
   a. convene an MDT meeting for Luis in violation of the June 27, 2005 Settlement Agreement;
   b. revise Luis's IEP within the last two years;
   c. Whether the DCPS has inappropriately failed to conduct reevaluations for Luis.

2. That DCPS be ordered or agree to fund Luis's placement with transportation to the Center for Life Enrichment **[NOTE THAT SHOULD THERE BE A RESOLUTION CONFERENCE AS A RESULT OF THIS COMPLAINT, THEN THE PARENT WOULD EXPECT THE TEAM AT THE RESOLUTION CONFERENCE TO AGREE TO FUND PLACEMENT AT THE CENTER FOR LIFE ENRICHMENT AND THAT THE TEAM AT THE CONFERENCE ALSO BE PREPARED TO ACTUALLY CONDUCT THE ANNUAL IEP REVIEW AND STUDENT EVALUATION PLAN AS REQUESTED. THE PARENT WILL NOT BE SATISFIED IF ALL THAT IS OFFERED AT THE RESOLUTION CONFERENCE IS A PROMISE TO CONVENE AN MDT MEETING.]**

3. That DCPS be ordered to convene an MDT meeting within 30 days to review and revise Luis's IEP, and determine if any reevaluations are warranted [develop Student Evaluation Plan] and if so, that these be completed within fifteen school days or funded independently.

4. That, if reevaluations are recommended at the MDT meeting, then DCPS be ordered or agree to convene another MDT meeting after the completion of the last evaluation to review and revise Luis's IEP, determine compensatory education that may be due and identify an appropriate placement with placement to be made within five school days if for a public school or within thirty calendar days if for a non-public school;

5. That all MDT meetings be scheduled through parent's counsel;

6. That DCPS provide all reports previously not provided to parents' counsel at least two business days before the MDT meetings ordered;

7. that DCPS be ordered or agrees to pay parent's reasonable attorney's fees and costs;

8. All meetings shall be scheduled through counsel for the parent, Miguel A. Hull, Esq. in writing, via facsimile, at 202-742-2097 or 202-742-2098;

9. Provide the student with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with the DCPS' obligation hereunder, or any disagreement with the assessment, programming or placement the parent may have;

10. In the event that the DCPS shall fail to comply with the terms herein, then under the Conciliation Agreement, the parents shall have the authority to use self help without further notice to the DCPS, and initiate an IEP with the DCPS' invited participation, and unilateral placement in an interim school or educational program until such time the DCPS can come into compliance and properly assess, program and/or participate;

11. The DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation D.C.Mun. Regs. tit. 5 § 3000.3, and Other related services as are defined at 34 C.F.R. § 300.7; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35836 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300), designed to meet this student's unique needs and preparation for employment and independent living;

12. Provide counsel for the parent with copies, pursuant to D.C. Mun. Regs. tit. 5 § 3021.8, of all evaluation reports and all educational records on the student no later than sixteen business hours prior to the convening of any meeting;

13. That DCPS within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parent's representative, Miguel A. Hull, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following: i) an explanation of why DCPS proposed or refused to take the action raised in the complaint; ii) a description of other options that DCPS considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

14. That DCPS, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar days, the arguments and facts as averred by the parent will be deemed true and accurate and act as a waiver, on the part of DCPS, for their desire to have a Resolution Session Meeting, and the parent's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

15. That DCPS, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice;

16. That DCPS' failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any

insufficiency of the parent's administrative due process complaint, will constitute waiver on the part of DCPS to make such argument at any later date and time;

17. That DCPS, pursuant to the <u>Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108–446, Sec. 101, § 615(f)(1)(B)</u>, within fifteen (15) calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2015 or 202-742-2098, to schedule and convene a **Resolution Session Meeting. [NOTE THAT SHOULD THERE BE A RESOLUTION CONFERENCE AS A RESULT OF THIS COMPLAINT, THEN THE PARENT WOULD EXPECT THE TEAM AT THE RESOLUTION CONFERENCE TO AGREE TO FUND PLACEMENT AT THE CENTER FOR LIFE ENRICHMENT AND THAT THE TEAM AT THE CONFERENCE ALSO BE PREPARED TO BE PREPARED TO ACTUALLY CONDUCT THE ANNUAL IEP REVIEW AND STUDENT EVALUATION PLAN AS REQUESTED. THE PARENT WILL NOT BE SATISFIED IF ALL THAT IS OFFERED AT THE RESOLUTION CONFERENCE IS A PROMISE TO CONVENE AN MDT MEETING].**

18. That DCPS, pursuant to the <u>Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108–446, Sec. 101, § 615(f)(1)(B)</u>, convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the **Resolution Session Meeting for the student shall include the following persons: 1)** the student's special education teacher, **2)** the student's regular education teacher, if applicable, **3)** a representative of the local education agency with decision making authority, **4)** a person who can interpret the data, **5)** any person(s) who conducted any assessments on the student, and **6)** any service providers for the student;

19. That DCPS' failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the <u>Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108–446, Sec. 101, § 615(f)(1)(B)</u> constitute joint waiver between DCPS and the parent to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings, by the parent's counsel; and

20. A finding that the parent is the prevailing party in this action.

## G.    <u>Accommodations and Assistance Needed:</u>

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)_____

- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

**H.**    <u>Signature</u>

_____    September 2, 2005
Legal Representative / Advocate (if applicable)        Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**'825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO            1059
CONNECTION TEL                  94425556
CONNECTION ID
ST. TIME           09/02 10:16
USAGE T            01'04
PGS. SENT              8
RESULT             OK
```

## James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ∘ | 1220 L Street, NW | Roxanne D. Nelor ; |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia On |

# *FAX COVER SHEET*

**DATE:**   September 2, 2005

**TO:**   Student Hearing Office
District of Columbia Public Schools

**PHONE:**   202-442-5000

**FAX NO:**   202 442-5556

**FROM:**   Miguel Hull, Esq.

**SUBJECT:**   **Luis Aguilar DOB: 11/27/90 – Due Process Hearing Complaint**

NUMBER OF PAGES INCLUDING COVER SHEET:   <u>EIGHT</u>

COMMENTS:

# District of Columbia Public Schools

## State Enforcement and Investigation Division

Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

## Confidential

| | |
|---|---|
| LUIS AGUILAR, STUDENT | ) |
| | ) Hearing Date: October 28, 2005 |
| Date of Birth: November 27, 1990 | ) |
| | ) Complaint Filed: September 2, 2005 |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| PUBLIC SCHOOLS | ) |
| | ) Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) 8th Floor |
| | ) Washington, D.C. 20002 |
| Student Attending: | ) |
| Whisper Ridge Behavioral Health Ctr. | ) |

### INTERIM ORDER

| | |
|---|---|
| **Parents:** | Ms. Gloria Santamaria, Mother |
| | 2401 Ontario Road, N.W. |
| | Washington, D.C. 20009 |
| | |
| **Counsel for Petitioner:** | Miguel A. Hull, Esquire |
| | James E. Brown & Associates |
| | 1220 L Street, N.W. |
| | Suite 700 |
| | Washington, D.C. 20005 |
| | (202) 742-2000; Fax: (202) 742-2098 |
| | |
| **Counsel for DCPS:** | Donna Whitman Russell, Esquire |
| | Quinne Harris-Lindsey, Esquire |
| | Office of the General Counsel, DCPS |
| | 825 North Capitol Street, N.E.; 9th Floor |
| | Washington, D.C. 20002 |

2005 NOV -9 PM 4: 09
DC PUBLIC
SCHOOL SYSTEM

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

# INDEX OF NAMES

| Child's Name | Luis Aguilar |
|---|---|
| Child's Parent(s) (specific relationship) | Gloria Santamaria, Mother |
| Child/Parent's Representative | Miguel A. Hull, Esquire |
| School System's Representative | Donna Whitman Russell, Esquire<br>Quinne Harris-Lindsey, Esquire |
| Interpreter | Graciela Martinez |

2

**Jurisdiction**

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Education Improvement Act of 2004 ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

**Introduction**

Petitioner is a fourteen year-old student attending Whisper Ridge Behavioral Health Center ("Whisper Ridge"). On September 2, 2005 Petitioner filed a Due Process Complaint ("*Complaint*") alleging that the District of Columbia Public Schools ("DCPS") failed to (1) comply with the terms of a settlement agreement, (2) conduct necessary reevaluations, and (3) develop an annual Individualized Education Program ("IEP"). The due process hearing was convened on October 28, 2005. The parties' Five Day Disclosure Notices were admitted into evidence. Counsel for the parties agreed that the proceeding should be continued to facilitate the convening of a Multidisciplinary Team ("MDT") meeting to discuss and determine a placement for Petitioner. Petitioner has declined an offer from DCPS for a placement at Rock Creek Academy, but Petitioner has no alternative placement proposal.

**ORDER**

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 9th day of November 2005, it is hereby

**ORDERED**, that on or before December 2, 2005, DCPS shall convene an MDT meeting. DCPS will coordinate scheduling the MDT meeting, and any meeting in which Petitioner's placement is discussed or determined, with Petitioner's counsel, Miguel Hull, Esquire, (202) 742-2000. The MDT shall review all current evaluations, update Petitioner's Individualized Education Program ("IEP"), and discuss placement alternatives.

**IT IS FURTHER ORDERED**, that DCPS shall afford Petitioner's parent an opportunity to participate in any meeting in which Petitioner's placement is discussed or determined. The DCPS placement representative shall advise Petitioner's parent of the advantages and disadvantages for Petitioner with respect to each school that is discussed, including any schools proposed by the parent. DCPS shall provide Petitioner's parent an explanation for the placement DCPS proposes, and the reasons for the proposal shall be provided in the Meeting Notes. DCPS shall issue a Prior Notice within seven days of the

3

MDT meeting if Petitioner is placed in a public facility or within 30 days if Petitioner is placed in a private facility.

**IT IS FURTHER ORDERED,** that in the event of DCPS' failure to comply with the terms of this Order, Petitioner's counsel will contact the DCPS Office of Mediation and Compliance to attempt to bring the case into compliance.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED,** that within seven days of the MDT meeting, both parties shall provide the hearing officer written notification of the status of Petitioner's 2005-2006 educational program and placement. The hearing officer shall retain jurisdiction of this matter until that time to enter a final decision or to reconvene a hearing to adjudicate any allegation that DCPS failed to meet its deadlines in this Order or continues to violate IDEA. In the event a party files a status report prior to the date provided above, the other party shall file a reply within seven days. In the event a party fails to file a status report, the hearing officer will deem the representations in the other party's status reports as conceded.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

_Terry Michael Banks_
Terry Michael Banks
Hearing Officer

Date:  November 9, 2005

Issued:  11/9/05

4

Copies to:

Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

Donna Whitman Russell, Esquire
Quinne Harris-Lindsey, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.    Attorney Information**
Law Firm:               JAMES E. BROWN & ASSOCIATES, PLLC
Attorney:               JAMES E. BROWN
Federal Tax ID No.:     52-1500760
D.C. Bar No.:           61622

**2.    Student Information**
Name:                       Luis Aguilar
DOB:                        11/27/90
Date of Determination (HOD/SA):   11/19/05
Parent/Guardian Name:       Gloria Santamaria
Parent/Guardian Address:    2401 Ontario Rd., NW, #101, 20009
Current School:             Whisper Ridge Behavioral Health Ctr.
Home School:                Whisper Ridge Behavioral Health Ctr.

**3.    Invoice Information**
Invoice Number:             05-505
Date Request Submitted:     12/5/05
Date(s) Services Rendered   6/28/05 to 10/28/05
Amount of Payment Request   $ 6,586.39

**4.    Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

● all services listed on the enclosed invoices were actually performed;
● the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
● the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
● no attorney or law firm who either  (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
● I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          December 5, 2005
Signature                                 Date

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAlister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @  $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Aguilar, Luis

November 30, 2005
In Reference To:    Aguilar, Luis

Invoice #11127

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/28/2005 HR | Phone call from Doreen Lee at the Florence Bertal Academy regarding hearing | 0.25 105.00/hr | 26.25 |
| 7/1/2005 JF | Reviewed file, all educational and/or legal information, reviewed S.A.. Conatcted parent and school regarding Meeting | 0.42 350.00/hr | 147.00 |
| 7/7/2005 MH | Reviewed file to determine status and plan case strategy, plan for upcomming MDT placement meeting. | 0.42 350.00/hr | 147.00 |
| 7/8/2005 HR | Phone call from mom regarding hearing and draft memo to attorney regarding phone call from parent | 0.17 105.00/hr | 17.85 |
| MH | Conference with student and counselor at Whisper Ridge Behavioral Health Center regarding plan for case / change in placement. | 0.33 350.00/hr | 115.50 |
| 7/11/2005 CF | Reviewed status case and prepare strategies for placement | 0.33 175.00/hr | 57.75 |
| 7/18/2005 MH | Conference with educational advocate, Carlos Fernandez, regarding setting up interviews at certain non-public therpeutic day schools. | 0.75 350.00/hr | 262.50 |
| CF | Phone call to several schools regards placement. | 0.50 175.00/hr | 87.50 |
| 7/19/2005 CF | Phone call to several school regards placement. | 0.50 175.00/hr | 87.50 |
| CF | Phone call from private school regards placement | 0.25 175.00/hr | 43.75 |

Aguilar, Luis                                                                              Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/20/2005 | HR | Draft letter to Whisper Ridge Residential Center regarding release of information and sent letter via facsimile | 0.50 105.00/hr | 52.50 |
| | MH | Conference with admissions coordinator at Tampa Bay Academy, a non-public school in Florida that is considering accepting this student. | 0.25 350.00/hr | 87.50 |
| 7/25/2005 | CF | Phone call to parent to discuss placement meeting. | 0.50 175.00/hr | 87.50 |
| | CF | Phone call to school to cancel meeting. | 0.17 175.00/hr | 29.75 |
| 7/27/2005 | CF | Phone call from private school regards student placement. | 0.25 175.00/hr | 43.75 |
| 7/29/2005 | HR | Draft letter to Tampa Bay Academy regarding the updated treatment plan received from the Whisper Ridge Behavioral Health Center | 0.42 105.00/hr | 44.10 |
| | HR | Draft letter to Deirdre Counsel, Coordinator- Monitor for the Whisper Ridge Behavioral Health Center and sent documents via facsimile | 0.50 105.00/hr | 52.50 |
| | CF | Phone call to parent and discuss about different places for a placement. | 0.67 175.00/hr | 117.25 |
| 8/1/2005 | CF | Phone call to parent regards status case | 0.25 175.00/hr | 43.75 |
| | CF | Discussed case with the attorney | 0.33 175.00/hr | 57.75 |
| 8/4/2005 | CF | Reviewed case with the attorney | 0.33 175.00/hr | 57.75 |
| | CF | Discussed case with the paralegal | 0.17 175.00/hr | 29.75 |
| | HR | Phone call from Florence Bertall Academy regarding coordinating visit/interview | 0.25 105.00/hr | 26.25 |
| | CF | Phone call to parent to discuss placement | 0.33 175.00/hr | 57.75 |
| 8/5/2005 | CF | Conference case with the attorney and advocate | 0.33 175.00/hr | 57.75 |
| | CF | Phone call to school regards placement | 0.25 175.00/hr | 43.75 |
| | MH | Conference with advocate and attorney, and counselor at Whisper Ridge Behaviroa Health Center to review status and discuss strategy. | 0.25 350.00/hr | 87.50 |

Aguilar, Luis

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2005 | HR | Draft letter to the Office of Mediation and Compliance regarding violation of Settlement agreement and regarding updated treatment plan. sent letter via facsimile and sent copy to the Office of Special Education. | 0.58<br>105.00/hr | 60.90 |
| 8/24/2005 | HR | Phone call from Ms. Norwood regarding status of placement | 0.17<br>105.00/hr | 17.85 |
| 8/29/2005 | CF | Discussed case with paralegal | 0.25<br>175.00/hr | 43.75 |
| 9/1/2005 | MH | Reviewed file to determine case status and plan for new school year. | 0.17<br>350.00/hr | 59.50 |
| 9/2/2005 | HR | Draft letter to parent detailing the due process hearing complaint requested | 0.50<br>105.00/hr | 52.50 |
| | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, discussion with guardian, and drafting and revising of claims made. | 2.00<br>350.00/hr | 700.00 |
| 9/14/2005 | CF | Phone call from school regards placement. | 0.17<br>175.00/hr | 29.75 |
| | JF | Prepared for MDT/IEP placement meeting by reviewing entire file, past IEP's and evaluations, contacted parent and child's attorney. | 1.50<br>350.00/hr | 525.00 |
| 9/19/2005 | HR | Draft letter to the Student Hearing Office requesing hearing date to be scheduled, sent letter via facsimile and sent letter to the Office of General COunsel | 0.50<br>105.00/hr | 52.50 |
| | HR | Draft letter to parent regarding resolution conference meeting notes | 0.50<br>105.00/hr | 52.50 |
| | JF | Appearance to 825 North Capital for a Dispute Resolution Meeting with parent | 2.17<br>350.00/hr | 759.50 |
| | MH | Conference with parent regarding placement and pending hearing. | 0.33<br>350.00/hr | 115.50 |
| 10/4/2005 | HR | Phone call to client regarding registering as a non attending at her home school | 0.25<br>105.00/hr | 26.25 |
| 10/7/2005 | HR | Draft letter to parent regarding information of notice of hearing | 0.42<br>105.00/hr | 44.10 |
| | HR | Draft letter to the Student Hearing Office requesting interpreter for the upcoming hearing | 0.50<br>105.00/hr | 52.50 |
| 10/21/2005 | HR | Assisted attorney to prepare disclosure to DCPS | 2.00<br>105.00/hr | 210.00 |

Aguilar, Luis                                                                                    Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2005 MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses. Prepared disclosure packet and cover letter and supervised delivery to DCPS. | 2.00 350.00/hr | 700.00 |
| 10/26/2005 MH | Prepared for Due Process Hearing. Reviewed DCPS and parent's disclosure materials and research on issues raised. Discussion with potential witnesses and prepared possible questions and legal arguments. | 1.67 350.00/hr | 584.50 |
| 10/28/2005 MH | Appearance to 825 North Capital for due process hearing | 0.67 350.00/hr | 234.50 |
|  | For professional services rendered | 26.02 | $6,290.55 |

Additional Charges :

| 7/20/2005 Facsimile: Letter to Whisper Ridge. | 2.00 |
|---|---|
| 7/21/2005 Facsimile letter to Whisper Ridge | 2.00 |
| 7/25/2005 Copied: release of information letter for Whisper Ridge. | 0.25 |
| 7/26/2005 Postage; letter to parent re: case status. | 0.37 |
| 7/28/2005 Postage; letter to parent. | 0.60 |
| 7/29/2005 Copied: letter with treatment plan to Tampa Bay Academy. | 2.50 |
| 8/9/2005 Facsimile letter re: violation of SA/ SA/ treatment plan to OMC/OSE | 32.00 |
| 9/19/2005 Postage; letter to parent. | 0.37 |
| Copied documents; resolution meeting notes | 1.00 |
| Facsimile letter requesting hearing date to be set to Sheila Hall, Kelly Evans, OGC | 6.00 |
| 10/6/2005 Copied status letter+ hearing date notice | 0.50 |
| 10/7/2005 Postage; letter to parent. | 0.37 |
| Facsimile: request for interpreter to SHO and OGC. | 4.00 |
| 10/21/2005 Copied: Disclosure for DCPS. | 127.00 |
| Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 10/28/2005 File review preparation of bill and invoice audit | 96.88 |
| Total costs | $295.84 |

Aguilar, Luis

Amount

Total amount of this bill                                              $6,586.39



*Case continued*



**District of Columbia Public Schools**
**OFFICE OF THE GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944
Phone- 202-442-5000, Fax- 202-442-5098

| Attorney Firm | James E. Brown & Associates, PLLC | Dates of Service | 6/28/2005 to 10/28/2005 |
|---|---|---|---|
| Student | Luis Aguilar | OGC Control | 4140 |
| Date Received | 12/5/2005 | HOD Docket Num | |
| HOD DATE | 11/9/2005 | Attorney Invoice | 05-505 |
| Funding Fiscal Year: | 2006 | | |

1) Application Review

  a) Application complete      Y
  b) Certification Signed      Y
  c) HOD/SA Attached      Y

2) Allocation of invoice

| | Invoiced | Approved |
|---|---|---|
| a) Attorney's Fees | $6,290.55 | $0.00 |
| b) Expert/Advocate Fees | $0.00 | $0.00 |
| c) Attorney's Expenses | $295.84 | $0.00 |
| TOTALS | $6,586.39 | $0.00 |

| | |
|---|---|
| Amount Approved Before Partial Payment | $0.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By:

# Attorney Dispute Sheet

**Attorney Firm:**    James F. Brown & A          **HOD Date:**          11 9 2005

**Student:**          Luis    Aguilar          **Attorney Fee Cap Amount:**    $4,000.00

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4146 | | Cost | | Case Continued | $295.84 | 1 | $295.84 | $0.00 | 0 | $0.00 | 1 | $295.84 |
| 4146 | | Expert Advocat | | | $0.00 | 1 | $0.00 | $0.00 | 0 | $0.00 | 1 | $0.00 |
| 4146 | | Fee | | Case Continued | $6,290. | 1 | $6,290.55 | $0.00 | 0 | $0.00 | 1 | $6,290.55 |

| **Totals** | | | | | | | $6,586.39 | | | $0.00 | | $6,586.39 |

| **Attorney Charges** | | **Expert/Advocate Charges** | |
|---|---|---|---|
| Invoiced Attorney Fee Amount | $6,290.55 | Total Invoiced Expert Charges: | $0.00 |
| Disputed Attorney Fee Amount | $6,290.55 | Disputed Expert Fee | $0.00 |
| Pre-Cap Approved Attorney Fee Amount | $0.00 | Approved Expert Fee | $0.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 | **Attorney Expenses** | |
| Approved Attorney Fees | $0.00 | Invoiced Attorney Expenses | $295.84 |
| | | Disputed Attorney Expenses | $295.84 |
| | | Approved Expenses | $0.00 |

**Approved Invoice Prior to Prepayments**          $0.00

**Partial Payment:**          $0.00

**Total Invoice Approved**          $0.00