# EXHIBIT 7

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# ADMINISTRATIVE DUE PROCESS COMPLAINT NOTICE

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. <u>A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).</u>

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.</u> Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Name of the Student: _ Steven Gantt _  Date of Birth: February 20th, 1993

Address: _1325 5th Street, NW, Washington, DC 20001_

Present School of Attendance: __ Rock Creek Academy __

Parent/Guardian of the Student:   Keisha Gantt

**B.**    **Legal Representative/Attorney (if applicable):**

Name:    Roxanne Neloms, Esq.

Address:    1220 L Street, NW, Suite 700, Washington, DC 20005

Phone: (w)  202-742-2000  (Fax)  202-742-2097   (e-mail) _____

Will attorney / legal representative attend the resolution session?    **X** Yes    ☐ No

**C.**    **Complaint Made Against (check all that apply):**

**X** DCPS

☐ Charter    school    (name    of    the    charter    school    if    different    from    page
one)_____

☐ Non-public    school    or    residential    treatment    facility    (name)

_____

☐ Parent

**D.**    **Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

**X** I wish to waive the Resolution Session Meeting

**E.**    **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all that apply:

**I am requesting an administrative due process hearing only at this time.**

**F.**    **Facts and Reasons for the Complaint:**

**I.    Nature of the Problem.**

1.  <u>DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the Individuals with Disabilities Education Improvement Act (2004) Pub. L. No. 108-446 Sec. 101, § 614 and Conduct the Student's Recommended Neuropsychological Evaluation.</u> A clinical psychological evaluation was conducted on the student on or about June 24th, 2005.  In the clinical psychological evaluation, the clinical psychologist recommended that the student, receive a neuropsychological evaluation to determine, among other things, if the student suffers from possible

attention deficit hyperactivity disorder. See Clinical psychological evaluation dated June 24th, 2005. The clinical psychologist also recommended the neuropsychological evaluation to better characterize the student's cognitive abilities in the domain of executive functioning, memory, and visuospatial functioning. Id.

The parent, by and through counsel, on or about July 25th, 2005, as a follow-up to the recommendations of the clinical psychologist and pursuant to the Individuals with Disabilities Education Improvement Act (2004), Pub. L. No. 108-446, Sec. 101, § 614 wrote to the DCPs Office of Special Education requesting that the evaluation be conducted in a reasonable amount of time. See Correspondence dated July 25th, 2005. DCPS never responded to this request. To date, DCPS has yet to conduct the student's recommended and requested neuropsychological evaluation.

2.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the Individuals with Disabilities Education Improvement Act (2004) Pub. L. No. 108-446 Sec. 101, § 614 and Conduct the Student's Recommended Functional Behavior Assessment. An MDT/IEP Meeting was held for the student on or about December 22nd, 2004. At the MDT/IEP Meeting, the MDT Team agreed that the student would receive, among other things, a functional behavior assessment in order to develop a behavior intervention plan. See MDT/IEP Meeting Notes and Student Evaluation Plan dated December 22nd, 2004. To date, to the best of the parent's knowledge and belief, DCPS has yet to conduct the student's functional behavior assessment.

3.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Develop an Appropriate Individualized Educational Program by Include a Behavior Intervention Program for the Student. The student is eligible to receive special education and its related services from the DCPS as a result of his emotional disturbance. An MDT/IEP Meeting was held for the student on or about December 22nd, 2004. At the MDT/IEP Meeting, the MDT Team agreed that the student would receive, among other things, a functional behavior assessment in order to develop a behavior intervention plan. See MDT/IEP Meeting Notes and Student Evaluation Plan dated December 22nd, 2004. Because DCPS, to the best of the parent's knowledge and belief, has yet to complete the student's functional behavioral assessment, an appropriate IEP, with a behavior intervention program has yet to be developed for the student.

## II. Issues presented.

1.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the Individuals with Disabilities Education Improvement Act (2004) Pub. L. No. 108-446 Sec. 101, § 614 and Conduct the Student's Requested/Recommended Neuropsychological Evaluation.

2.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the Individuals with Disabilities Education Improvement Act (2004) Pub. L. No. 108-446 Sec. 101, § 614 and Conduct the Student's Recommended Functional Behavior Assessment.

3.  DCPS Denied the Student with a Free and Appropriate Public Education by Failing to Comply with the Individuals with Disabilities Education Improvement Act (2004) Pub. L. No. 108-446 Sec. 101, § 614 and Develop an Appropriate IEP with a

Behavior Intervention Plan.

## III.     Relief Sought.

1.  A finding that DCPS denied the student with a Free and Appropriate Public Education by failing to conduct the student's neuropsychological evaluation;

2.  A finding that DCPS denied the student with a Free and Appropriate Public Education by failing to conduct the student's functional behavior assessment;

3.  DCPS, within fifteen (15) business days from the date of the Resolution Session Meeting, agrees to complete a neuropsychological evaluation and functional behavior assessment on the student, convene an MDT/IEP Meeting, review all outstanding evaluations, revise and update the student's IEP as appropriate, develop a behavior intervention program, discuss and determine if a change in placement is warranted, and develop a compensatory education plan;

4.  DCPS, in the event they fail to comply with paragraph numbers three (3), agrees to fund the parent's independent neuropsychological and functional behavior assessment;

5.  DCPS, within ten (10) business days of their receipt of the last of the evaluation(s) agrees to agrees to reconvene the student's MDT/IEP Meeting, to review all outstanding evaluations, determine eligibility, and if eligible develop an appropriate IEP, and discuss and determine placement;

6.  DCPS agrees to provide the student with four (4) hours of compensatory education services a week, in the form of one-on-one tutoring;

7.  DCPS agrees to pay counsel for the parent reasonable attorney's fees and costs;

8.  All meetings shall be scheduled through counsel for the parent, Roxanne Neloms, Esq. or Domiento C.R. Hill, Esq., in writing, via facsimile, at 202-742-2097 or 202-742-2098;

9.  DCPS will be given a day for day extension for any delay caused by the parent, the student, counsel for the parent, or the parent's educational advocate;

10. Provide the student with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with the DCPS' obligation hereunder, or any disagreement with the assessment, programming or placement the parent may have;

11. In the event that the DCPS shall fail to comply with the terms herein, then under the Conciliation Agreement, the parents shall have the authority to use self help without further notice to the DCPS, and initiate an IEP with the DCPS' invited participation, and unilateral placement in an interim school or educational program until such time the DCPS can come into compliance and properly assess, program and/or participate;

12. The DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation (5 DCMR 3000.3), and Other related services as are defined at 34 C.F.R. 300.7; Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35836 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300), designed to meet this student's unique needs and preparation for employment and independent living;

13. Send all notices to counsel for the parent with copies of such to the parent and in the parent's native language;

14. That DCPS within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parents' representative, Roxanne Neloms, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following: i) an explanation of why DCPS proposed or refused to take the action raised in the complaint; ii) a description of other options that the IEP team considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

15. That DCPS, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar days, the arguments and facts as averred by the parent will be deemed true and accurate and act as a waiver, on the part of DCPS, for their desire to have a Resolution Session Meeting, and the parent's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

16. That DCPS, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice;

17. That DCPS' failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any insufficiency of the parent's administrative due process complaint, will constitute waiver on the part of DCPS to make such argument at any later date and time;

18. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), within fifteen (15) calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2097 or 202-742-2098, to schedule and convene a Resolution Session Meeting;

19. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the Resolution

Session Meeting for the student shall include the following persons:  1) the student's special education teacher, 2) the school therapist, 3) the psychiatrist, 4) the director of student services from the Rock Creek Academy, and 5) a representative of the local education agency with decision making authority;

20. That DCPS' failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B) constitute joint waiver between DCPS and the parent to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings, by the parent's counsel; and

21. A finding that the parent is the prevailing party in this action.

## G.    **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter                (please                    specify                    the type)_____
- Special            Communication            (please            describe            the type)_____
- Special        Accommodations      for        Disability        (please        be specific)_____
- Other_____

## H.    **Signature:**

_Rxanne Neblesbey_    _8/26/05_
Legal Representative / Advocate (if applicable)           Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

TX/RX NO            0719
CONNECTION TEL              92024425556
CONNECTION ID
ST. TIME           08/26 12:18
USAGE T            01'01
PGS. SENT              7
RESULT             OK

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◦ | 1220 L Street, NW | Roxanne D. Nelor ɜ |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott Mcl night |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammer: |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Or

# *FAX COVER SHEET*

TO:    Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms. Esq.

DATE:  August 26th, 2005

FAX NO: 202-442-5556

SUBJECT: S.G., DOB: 2/20/93

NUMBER OF PAGES INCLUDING COVER SHEET: 7

COMMENTS: Administrative due process hearing request. Thank you for your assistance.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James I Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

# District of Columbia Public Schools

## Office of Management Services

Tonya Butler-Truesdale, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room B076
Washington, D.C. 20002
(202) 518-6857
Facsimile: (202) 442-5556

### Confidential

STEVEN GANTT, STUDENT                )
                                     )
Date of Birth: February 20, 1993     )
                                     )
        Petitioner,                  )     Hearing Date: October 20, 2005
                                     )
        v.                           )
                                     )
DISTRICT OF COLUMBIA                 )
PUBLIC SCHOOLS                       )
                                     )     Held at: 825 North Capitol Street, N.E.
        Respondent.                  )     8th Floor
                                     )     Washington, D.C. 20002

## HEARING OFFICER'S DECISION
## 2nd INTERIM ORDER

**Parents:**            Ms. Keisha Gantt
                        1325 5th Street, NW
                        Washington, D.C. 20001

**Counsel for Petitioner:**   Christopher West, Esquire
                        James E. Brown & Associates
                        1220 L Street, N.W.; Suite 700
                        Washington, D.C. 20005
                        (202) 742-2000, x2021; Fax: (202)742-2098

**Counsel for DCPS:**   Lyana Palmer, Esquire
                        Office of the General Counsel, DCPS
                        825 North Capitol Street, N.E.
                        9th Floor
                        Washington, D.C. 20002

12/28/2005  15:32    2024425556                    STUDENT HEARINGS OFF                    PAGE  03/05
12/28/2005  13:15    2025183666                    ATTY BUTLER TRUESDAL                    PAGE  08

*In the Matter of S.G.*

**I.    JURISDICTION**

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, *the Individuals with Disabilities Education Improvement Act of 20047 (I.D.E.I.A.)*; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

**II.    ORDER**

The previous interim order in this matter required that the team, **not one member of the team**, review all current evaluations.  Petitioner's MDT notes reveal that the team discussed Petitioner's behavior as being consistent with a student with emotional disturbance.  Hence, a team review of the most recent Functional Behavioral Assessment could only enhance the development of an effective Behavioral Intervention Plan.  The review of the Functional Behavioral Assessment by one member of the team is insufficient, especially since the notes do not indicate that the member who reviewed the report shared any of the data or conclusions with the team.

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the representations of the parties' counsel at the hearing, and their subsequent status reports this 28th day of December 2005, it is hereby

**ORDERED,** that DCPS shall convene an MDT/IEP meeting at the Rock Creek Academy no later than January 31, 2006 to review Petitioner's most recent Functional Behavioral Assessment of November 8, 2005 and subsequently revise the student's Behavioral Intervention Plan as appropriate.  The team shall also determine if any compensatory education is warranted due to the delay in reviewing the November 8, 2005 Functional Behavioral Assessment.

**IT IS FURTHER ORDERED,** that Petitioner and Respondent shall provide the Hearing Officer with a status report no later than ten school days after the meeting is convened to alert the hearing officer of the teams' determinations and request a Final Order if appropriate.

**IT IS FURTHER ORDERED,** that DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Christopher West, Esquire, (202) 742-2000.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

2

*In the Matter of S.G.*

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

Tonya M. Butler-Truesdale, Esquire
Hearing Officer

Date: December 28, 2005

Issued: *12 - 28 - 05*

Copies to:

Christopher West, Esquire
James E. Brown & Associates
1220 I. Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

Lyana Palmer, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

3



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: <u>JAMES E. BROWN & ASSOCIATES, PLLC</u>
   Attorney: <u>JAMES E. BROWN</u>
   Federal Tax ID No.: <u>52-1500760</u>
   D.C. Bar No.: <u>61622</u>

2. **Student Information**
   Name: <u>Steven Gantt</u>
   DOB: <u>2/20/93</u>
   Date of Determination (HOD/SA): <u>12/28/05</u>
   Parent/Guardian Name: <u>Keisha Gantt</u>
   Parent/Guardian Address: <u>1325 5th St., NW, WDC 20001</u>
   Current School: <u>Rock Creek Academy</u>
   Home School: <u>Rock Creek Academy</u>

3. **Invoice Information**
   Invoice Number: <u>06-033</u>
   Date Request Submitted: <u>1/12/06</u>
   Date(s) Services Rendered <u>9/14/04 to 10/20/05</u>
   Amount of Payment Request <u>$ 11,163.18</u>

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signature)_
Signature

January 12, 2006
Date

# District of Columbia Public Schools

## Office of Management Services
Tonya Butler-Truesdale, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(202) 518-6867
Facsimile: (202) 442-5556

## Confidential

| | |
|---|---|
| STEVEN GANTT, STUDENT | ) |
| | ) |
| Date of Birth: February 20, 1993 | ) |
| | ) |
| Petitioner, | )    Hearing Date: October 20, 2005 |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| PUBLIC SCHOOLS | ) |
| | )    Held at: 825 North Capitol Street, N.E. |
| Respondent. | )    8th Floor |
| | )    Washington, D.C. 20002 |

## HEARING OFFICER'S DECISION
## 2nd INTERIM ORDER

**Parents:**

Ms. Keisha Gantt
1325 5th Street, NW
Washington, D.C. 20001

**Counsel for Petitioner:**

Christopher West, Esquire
James E. Brown & Associates
1220 L Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

**Counsel for DCPS:**

Lyana Palmer, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

*In the Matter of S.G.*

**I.     JURISDICTION**

The Due Process Hearing was convened and this Order is written pursuant to Public Law 105-17, the *Individuals with Disabilities Education Improvement Act of 20047 (I.D.E.I.A.);* 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

**II.     ORDER**

The previous interim order in this matter required that the team, **not one member of the team,** review all current evaluations.  Petitioner's MDT notes reveal that the team discussed Petitioner's behavior as being consistent with a student with emotional disturbance.  Hence, a team review of the most recent Functional Behavioral Assessment could only enhance the development of an effective Behavioral Intervention Plan.  The review of the Functional Behavioral Assessment by one member of the team is insufficient, especially since the notes do not indicate that the member who reviewed the report shared any of the data or conclusions with the team.

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the representations of the parties' counsel at the hearing, and their subsequent status reports this 28th day of December 2005, it is hereby

**ORDERED,** that DCPS shall convene an MDT/IEP meeting at the Rock Creek Academy no later than January 31, 2006 to review Petitioner's most recent Functional Behavioral Assessment of November 8, 2005 and subsequently revise the student's Behavioral Intervention Plan as appropriate.  The team shall also determine if any compensatory education is warranted due to the delay in reviewing the November 8, 2005 Functional Behavioral Assessment.

**IT IS FURTHER ORDERED,** that Petitioner and Respondent shall provide the Hearing Officer with a status report no later than **ten school days after the meeting is convened** to alert the hearing officer of the teams' determinations and request a Final Order if appropriate.

**IT IS FURTHER ORDERED,** that DCPS will coordinate scheduling the MDT meeting with Petitioner's counsel, Christopher West, Esquire, (202) 742-2000.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

*In the Matter of S.G.*

**IT IS FURTHER ORDERED**, that this Order is effective immediately.

Tonya M. Butler-Truesdale, Esquire
Hearing Officer

Date: December 28, 2005

Issued: *12 - 28-05*

Copies to:

Christopher West, Esquire
James E. Brown & Associates
1220 I. Street, N.W.; Suite 700
Washington, D.C. 20005
(202) 742-2000, x2021; Fax: (202)742-2098

Lyana Palmer, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

3

## FACSIMILE TRANSMITTAL FORM

Law Office
TONYA M. BUTLER - TRUESDALE
Attorney At Law
Washington, DC
(202) 518-6867

Date of Transmission: _12/28/05_

To: _SHO_

Fax Number of Recipient: _2/ 442 5556_

From: _Tonya_

Fax Number of Sender: _____ (202) 518-3666_____

Total Number of Pages (including cover sheet): _5_

Comments: _Amended ___ Ada_

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to the above address via the U.S. Postal Service.

# District of Columbia Public Schools

## *Office of Compliance*

## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 12-28-05

TO: C. West

FROM: STUDENT HEARING OFFICE

RE: HOD - Steven Gantt

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.    Attorney Information**
Law Firm:                JAMES E. BROWN & ASSOCIATES, PLLC
Attorney:                JAMES E. BROWN
Federal Tax ID No.:      52-1500760
D.C. Bar No.:            61622

**2.    Student Information**
Name:                        Steven Gantt
DOB:                         2/20/93
Date of Determination (HOD/SA):   12/28/05
Parent/Guardian Name:        Keisha Gantt
Parent/Guardian Address:     1325 5th St., NW, WDC 20001
Current School:              Rock Creek Academy
Home School:                 Rock Creek Academy

**3.    Invoice Information**
Invoice Number:          06-033
Date Request Submitted:  1/12/06
Date(s) Services Rendered:  9/14/04 to 10/20/05
Amount of Payment Request:  $ 11,163.18

**4.    Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                          January 12, 2006
Signature                                 Date

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |
| BC | Blair Copeland |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

12/27/2005

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Gantt, Steve




January 10, 2006
In Reference To:  Gantt, Steve

Invoice #11196


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2004 | DH | Review the student's educational file, draft and send letter to the Rock Creek Academy regarding the student's MDT/IEP meetings. | 0.33 350.00/hr | 115.50 |
| 9/15/2004 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation received on 9/7/04 enclosed | 0.50 110.00/hr | 55.00 |
| 10/4/2004 | KC | Reviewed client file in preparation for MDT/IEP meeting at Rock Creek Academy. | 1.25 185.00/hr | 231.25 |
| 10/8/2004 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation | 0.58 110.00/hr | 63.80 |
| 10/14/2004 | DH | Draft and send letter to Ms. Paige, Education Coordinator at the Rock Creek Academy. | 0.33 350.00/hr | 115.50 |
| 10/15/2004 | JF | Prepared for MDT/IEP meeting, reviewed and examined IEP evaluaitons such as Psycho-Ed. Psychiatric, neuro-psychological, etc. contacted parent and placement monitor. | 1.50 365.00/hr | 547.50 |
| 10/19/2004 | KD | Reviewed MDT Confirmation for 10/28 at 1:00 at RCA | 0.08 110.00/hr | 8.80 |
| | KD | Drafted letter to parent and enclosed a copy of the MDT Confirmation for 10/28/04 at RCA/copy to advocate and case file/added to case notes | 0.33 110.00/hr | 36.30 |
| | KD | Reviewed Atty's Ltr to RCA re conflict with MDT dates in mid-Oct | 0.08 110.00/hr | 8.80 |

Gantt, Steve                                                                    Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/19/2004 | KD | Drafted letter to parent and enclosed a copy of Atty's Ltr to RCA re conflict w/MDT dates in mid-Oct/copy to advocate and case file / added to case notes | 0.33 110.00/hr | 36.30 |
| 10/27/2004 | JF | Prepared for MDT/IEP meeting by reviewing IEP, all available evaluations ( Psycho-educational, S/L, Social, Clinical, etc.), contacted parent | 1.50 365.00/hr | 547.50 |
| 10/28/2004 | DH | Discussion with with child's attorney regarding MDT/IEP meeting at RCA. Discussed issues and developed strategy. | 0.50 365.00/hr | 182.50 |
| | JF | Attended MDT/IEP @ Rock Creek Academy RCA. Meeitng was convened the purpose of the meeting was to conduct an annual review of this child's IEP | 0.83 365.00/hr | 302.95 |
| | JF | Discussion with with child's attorney regarding MDT/IEP meeting at RCA. Discussed issues and developed strategy. | 0.50 365.00/hr | 182.50 |
| 11/30/2004 | DH | Draft and send letter to the Rock Creek Academy regaridng possible dates to reconvene the student's MDT/IEP meeting. | 0.33 350.00/hr | 115.50 |
| | WB | Drafted letter to parent w/ MDT Letter of Invitation Response enclosed | 0.42 110.00/hr | 46.20 |
| 12/1/2004 | BDL | Sent case status to the parent with a copy of the letter sent to Arvette Paige. | 0.50 110.00/hr | 55.00 |
| 12/7/2004 | WB | Drafted letter to parent w/ confirmation of meeting notice for 12/22/04 @ 10:00 am | 0.50 110.00/hr | 55.00 |
| 12/22/2004 | KD | Phone call from parent to confirm IEP Mtng today at 10:00 am | 0.08 110.00/hr | 8.80 |
| | JF | Attended MDT/IEP @ Rock Creek Academy | 5.83 365.00/hr | 2,127.95 |
| 1/4/2005 | KD | Drafted letter to parent and enclosed a copy of DCPS Notice to Parent of Intent to Evaluate/copy to file | 0.42 110.00/hr | 46.20 |
| 1/19/2005 | KD | Drafted letter to parent/enclosed a copy of DCPS Notice of Intent to Evaluate / copy to advc and file | 0.42 110.00/hr | 46.20 |
| | DH | Receive and review the student's psycho-educational evaluation from the Rock creek Academy. | 0.50 350.00/hr | 175.00 |
| 1/24/2005 | KD | Drafted letter to parent/enclosed a copy of the 1-12-05 Educational Evaluation Report / copy to advc and file | 0.33 110.00/hr | 36.30 |
| 1/27/2005 | DD | Reviewed completed educational evaluation | 0.42 185.00/hr | 77.70 |

Gantt, Steve                                                                                    Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2005 | DH | Receive and review the student's occupational therapy evaluation. | 0.50 350.00/hr | 175.00 |
| 2/11/2005 | KD | Drafted letter to parent/enclosed copy of 1-24-05 OT eval report/copy to advc and file | 0.42 110.00/hr | 46.20 |
| 3/25/2005 | KD | Drafted letter to parent/enclosed copy of Attendance Alert from RCA/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20 |
| 5/16/2005 | WB | Drafted letter to parent re: closing case file | 0.42 110.00/hr | 46.20 |
| 7/25/2005 | RN | Review letter, drafted by Mr. Hill, providing a copy of all the student's evaluations and request for independent assessments. | 0.08 365.00/hr | 29.20 |
|  | DH | Draft letter, for Ms. Neloms' review, providing DCPS with a copy of all the student's evaluations and request for independent assessments. | 0.25 350.00/hr | 87.50 |
| 7/26/2005 | DD | Reviewed clinical evaluation | 0.50 185.00/hr | 92.50 |
| 8/9/2005 | KD | Drafted letter to parent/enclosed copy of Clinical Psych eval w/Atty's 7-25-05 Ltr to DCPS/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20 |
| 8/16/2005 | KD | Drafted letter to parent/enclosed copy of Intent to Evaluate from RCA/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20 |
| 8/26/2005 | RN | Review the student's draft administrative due process hearing request drafted by Mr. Hill. | 0.33 365.00/hr | 120.45 |
|  | DH | Review the student's educational file to determine DCPS compliance with the MDT Team's request for reevaluations, draft administrative due process hearing request for Ms. Neloms' review. | 2.33 350.00/hr | 815.50 |
| 8/29/2005 | KD | Phone call to parent re calls from DCPS to schedule Mtngs to be referred to Atty Hill | 0.08 110.00/hr | 8.80 |
| 8/30/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes/posted deadline date to Outlook and Desk Calendars | 0.42 110.00/hr | 46.20 |
| 9/9/2005 | KD | Phone call to parent re calls from DCPS to schedule Resolution Meeting/email to Atty Hill re same | 0.08 110.00/hr | 8.80 |
| 9/26/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.33 110.00/hr | 36.30 |
| 10/13/2005 | KD | Assist attorney to prepare disclosure to DCPS | 0.67 110.00/hr | 73.70 |

Gantt, Steve                                                                    Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/13/2005 DH | Review the student's educational file, prepare five-day disclosures, give to lead attorney for her review. | | 1.00 350.00/hr | 350.00 |
| 10/19/2005 DH | Prepare for the student's administrative due process hearing. | | 2.00 350.00/hr | 700.00 |
| CW | Reviewed request for hearing, IEP meeting notes, IEP, psychoeducational evaluation, clinical evaluation and teacher reports in preparation for hearing; teleconference with parent and reviewed witness questions in preparation for hearing | | 1.50 365.00/hr | 547.50 |
| 10/20/2005 CW | Reviewed request for hearing; appearance at 825 North Capital Street for administrative due process hearing to address DCPS' violations of the IDEIA and denial of FAPE | | 2.83 365.00/hr | 1,032.95 |
| DH | Reviewed request for hearing; prepare for the student's administrative hearing and appearance at 825 North Capital Street for administrative due process hearing to address DCPS' violations of the IDEIA and denial of FAPE | | 2.83 365.00/hr | 1,032.95 |
| | For professional services rendered | | 36.22 | $10,612.40 |

Additional Charges :

| | | Amount |
|---|---|---|
| 2/19/2003 | Postage/Birthday Card | 0.37 |
| 9/14/2004 | Facsimile to RCA. | 4.00 |
| | Facsimile to OGC. | 4.00 |
| | Facsimile to DCPS. | 4.00 |
| 9/15/2004 | Postage; letter to parent (MDT ltr inv(=) | 0.22 |
| 10/19/2004 | Copied documents; letter to RCA and parent re: MDT dates | 4.50 |
| | Postage; letter to parent re: MDT mtg | 0.37 |
| | Postage; letter to parent re: letter to RCA from attorney | 0.37 |
| 11/30/2004 | Postage; letter to parent (MDT ltr of inv response) | 0.37 |
| 12/6/2004 | Postage; letter to parent | 0.37 |
| 1/4/2005 | Copied documents(Parent-Notice to parent of Intent to Evaluate w/CVR letter) | 0.75 |
| | Postage; letter to parent of notice to evaluate. | 0.37 |
| 1/19/2005 | Copied Notice of intent to evaluate to the parent and advocate with cover letter | 1.50 |

Gantt, Steve                                                                    Page    5

                                                                                Amount

| | | |
|---|---|---:|
| 1/19/2005 | Postage; Letter to the parent with DCPS notice intent to evaluation. | 0.37 |
| 1/24/2005 | Copied documents(Parent-Adv-1/12/05 Educational eval w/cvr letter) | 289.00 |
| | Postage; Letter to the parent with educational report. | 0.37 |
| 2/11/2005 | Copied documents(Parent/adv-1/24/05-OT w/cvr letter) | 64.00 |
| | Postage; Letter to the parent wtih OT evaluation. | 0.60 |
| 3/25/2005 | Postage; Letter to the parent re: Attendance alert. | 0.37 |
| | Copied documents; attendance alert from RCA to parent/advocate/Fernandez | 1.50 |
| 8/9/2005 | Postage; letter to parent re: clinical psych evaluation. | 1.06 |
| | Copied: Clinicla psych evaluation for parent and advocate. | 9.00 |
| 8/15/2005 | Postage; letter to parent re: notice of intent to evaluate | 0.37 |
| | Copied: Notice of intent to evaluate for parent and advocate. | 1.50 |
| 8/26/2005 | Facsimile HR to SHO | 7.00 |
| 8/29/2005 | Postage; letter to parent re: HR complaint. | 0.60 |
| | Copied: HR-complaint for parent and advocate. | 4.00 |
| 9/19/2005 | Postage; letter to parent re: HR filed. | 0.60 |
| | Copied: HR letter for parent and advocate. | 3.00 |
| 9/26/2005 | Postage; letter to parent re: HN. | 0.37 |
| | Copied: HN for parent and advocate. | 1.00 |
| 10/13/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: disclosure for SHO and OGC. | 28.00 |
| 10/20/2005 | File review preparation of bill and invoice audit | 96.88 |

|  | |
|---|---:|
| Total costs | $550.78 |
| Total amount of this bill | $11,163.18 |

District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944

| | | | |
|---|---|---|---|
| Attorney Firm | James E. Brown & Associates, Pl. | Dates of Service | 9/14/2004  to 10/20/2005 |
| Student | Steven    Gantt | OGC Control | 4354 |
| Date Received | 1-12 2006 | Attorney Invoice | 06-033 |
| HOD DATE | 12 28 2005 | Fiscal Year | 2006 |

### Allocation of Invoice

| | Invoiced | Approved |
|---|---|---|
| Attorney's Fees | $10,612.40 | $0.00 |
| Expert/Advocate Fees | $0.00 | $0.00 |
| Attorney's Expenses | $550.78 | $0.00 |
| TOTA | $11,163.18 | $0.00 |

| | |
|---|---|
| Total Before Partial Payment | $0.00 |
| Partial Paymen | $0.00 |
| Total Amount Approved | $0.00 |

### Disputes

| OGC | Date of Dispute | Dispute Type | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4354 | | Cost | | No final HOD | $550.78 | 1 | $550.78 | $0.00 | 0 | $0.00 | 1 | $550.78 |
| 4354 | | Expert Advocat | | | $0.00 | 0 | $0.00 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 4354 | 9 14 2004 to 20 2005 | Fee | | No final HOD | $10,612 | 1 | $10,612.4 | $0.00 | 0 | $0.00 | 1 | $10,612.4 |
| Totals | | | | | | | $11,163.18 | | | $0.00 | | $11,163.18 |

| Attorney Charges | | Expert/Advocate Charges | |
|---|---|---|---|
| Invoiced Attorney Fee Amount | $10,612.40 | Total Invoiced Expert Charges: | $0.00 |
| Disputed  Attorney Fee Amount | $10,612.40 | Disputed Expert Fee | $0.00 |
| Pre-Cap Approved Attorney Fee Amount | $0.00 | Approved Expert Fee | $0.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 | Attorney Expenses | |
| Approved Attorney Fees | $0.00 | Invoiced Attorney Expenses | $550.78 |
| | | Disputed Attorney Expenses | $550.78 |
| | | Approved Expenses | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By:

Attorney Fee Cap Amount:     $4,000.00

James E. Brown & Asso    4354   Gantt             Page 1 of 1