# EXHIBIT 10

## CORRECTED COPY

### STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
### REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING __X__ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name:  Patricio Juarez                                    DOB:  January 17, 1994

Address:      203 16th St., #3, NE, Washington, D.C. 20002

Present School of Attendance:      Maury Elementary School

Home School:                      Maury Elementary School
                                 (Neighborhood school where child is registered)

## COMPLAINT IS MADE AGAINST:   District of Columbia Public Schools
                                 DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:      Guadalupe Vaquero

Address:      203 16th St., # 3 NE, Washington, D.C. 20002

Phone:      (H) 202 544-0878      (W) 202 393-5444 (F)

Relationship to Student:  _X_ Parent ____ Self ____ Legal Guardian ____ Parent Surrogate
                          ____ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:   Miguel A. Hull, Esq.        Phone: (W)  202 742-2015      (Fax)  202 742-2098

Address: 1220 L St., NW, #700, Washington, D.C. 20005

---

# CORRECTED COPY

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  July 15, 2005 _____    July 18, 2005 _____    July 19, 2005 _____

Mediation:  Not requested _____    Not requested _____    Not requested _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

> Interpreter
> **X** Foreign Language  **Spanish** _____
> ___ Sign Language _____
> ___ Other _____
> ___ Special Communications _____

## CORRECTED COPY

Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

**Refusal to conduct initial assessments**. Patricio Juarez is an eleven-year-old student at Maury
Elementary School in the District of Columbia. He is not currently in special education. His
mother has been concerned about problems in reading, math, and writing. On March 17, 2005, the
parent made a formal written request for District of Columbia Public Schools ("DCPS") to conduct
initial evaluations for Patricio to see if he qualifies for special education. That written referral also
included a consent to evaluate form that the parent had signed. In response, DCPS convened a
Multi-disciplinary team referral meeting with Patricio's educational advocate on June 6, 2005.
During that meeting, the DCPS-team members refused to conduct the initial evaluations for
Patricio citing that he is on level academically and does not need to be evaluated. They also
indicated that the parent's March 17th referral and signed consent was invalid. The advocate
insisted that the evaluations be done as the parent desired. The parent now respectfully asserts that
it was inappropriate for DCPS to refuse her request for evaluations at the MDT on June 6th, and
that Patricio is entitled to have initial evaluations conducted. See 34 C.F.R. Sec. 300.125 (public
agency must identify, locate and evaluate all students in the school district who may need special
education services); 34 C.F.R. Sec. 300.300(a); 34 C.F.R. Sec. 300.320 ("Each public shall ensure
that a full and individual evaluation is conducted for each child being considered for special
education"); 5 DCMR Sec. 3004.1 (parent can make referral for evaluations); 5 DCMR Sec.
3005.2 ("The IEP team **shall** conduct an initial evaluation of a child within a reasonable time of
receiving a **written referral and parental consent** to proceed and within timelines consistent with
Federal Law and D.C. Code § 38-2501(a)"); DCPS Special Education Handbook (parent can forgo
TAT process and demand evaluations); See also Cartwright v. District of Columbia, 267 F.
Supp.2d 83, 87 (D.D.C. 2003) (holding that public agency must conduct reevaluations upon
parental request and parent's not required to show justification for reevaluations and condition
precedent); and Herbin vs. District of Columbia, Civil Action No. 02-1185 (RWR) (Memorandum
Opinion finding that DCPS plan reading of IDEA regulation requires that DCPS conduct
reevaluations upon parental request). Furthermore, if by the date of this hearing, July 17, 2005 has
passed, then the parent asserts that DCPS has failed to complete evaluations within 120 days of the
parent's written referral as required by D.C. Code Sec. 38-2501.

- The parent further asserts any additional facts or issues related to those raised here that may
arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1) Whether DCPS has inappropriately refused to conduct initial evaluations for Patricio
   Juarez?
2) If by the date of this hearing, July 17, 2005 has passed, then the parent asserts that
   DCPS has failed to complete evaluations within 120 days of the parent's written
   referral as required by D.C. Code Sec. 38-2501?

# CORRECTED COPY

3) The parents further assert any additional facts or issues, related to those raised here, which may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter. For example, the parents reserve the right to contest, without further amendment to this request, the adequacy of any evaluations, eligibility decisions, IEP's, or placements that may be made by District of Columbia Public Schools prior to the hearing for this request.

4) If the proof offered at the due process hearing differs from the description of the nature of the problems, as stated above, and the proposed resolution of the problem, as stated below, then the parents hereby amend the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

The parents respectfully request:

1) A finding that DCPS has inappropriately refused to conduct initial evaluations for Patricio;

2) If by the date of this hearing, July 17, 2005 has passed, then a finding that DCPS has failed to complete evaluations within 120 days of the parent's written referral as required by D.C. Code Sec. 38-2501;

3) That DCPS be ordered to fund comprehensive initial assessments for Patricio including but not limited to: a psychological-educational; a social history; a formal classroom observation, and any other evaluations recommended by those listed here;

4) That DCPS be ordered to convene a MDT meeting within ten business days of receiving the last of the parents' independent evaluations;

5) That the purpose of the MDT meeting shall be to review the evaluations done and determine eligibility;

6) That if found eligible, then the team at the MDT meeting referenced above shall then proceed to develop an IEP, determine compensatory education and identify an appropriate placement with placement to be made within five school days if for a public school or within thirty calendar days if for a non-public school;

7) That all MDT meetings be scheduled through parent's counsel;

8) That DCPS provide all reports previously not provided to parents' counsel at least two business days before the MDT meetings ordered;

# CORRECTED COPY

9) that DCPS provide any other relief deemed appropriate and relating to the violations committed here;

_____

Signature of Applicant/Parent (Required)

June 14, 2005
Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**FAX: (202) 442-5556**

---

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                        Revised 02/01/2003

---

# District of Columbia Public Schools

## Office of Management Services

Terry Michael Banks, Due Process Hearing Officer
825 North Capitol Street, N.E.; Room 8076
Washington, D.C. 20002
(571) 437-7381
Facsimile: (202) 442-5556

### Confidential

| | | |
|---|---|---|
| PATRICIO JUAREZ, STUDENT | ) | |
| | ) | |
| Date of Birth: January 28, 1990 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: July 25, 2005 |
| | ) | August 31, 2005 |
| | ) | October 24, 2005 |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA | ) | |
| PUBLIC SCHOOLS | ) | |
| | ) | Held at: 825 North Capitol Street, N.E. |
| Respondent. | ) | 8th Floor |
| | ) | Washington, D.C. 20002 |
| | ) | |

### HEARING OFFICER'S DECISION

| | |
|---|---|
| **Parents:** | Ms. Santos Jimenez, Mother<br>5409 7th Street, N.W.<br>Washington, D.C. 20011 |
| **Counsel for Petitioner:** | Miguel A. Hull, Esquire<br>James E. Brown & Associates<br>1220 L Street, N.W.<br>Suite 700<br>Washington, D.C. 20005<br>(202) 742-2000; Fax: (202) 742-2098 |
| **Counsel for DCPS:** | Donna Russell, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.; 9th Floor<br>Washington, D.C. 20002 |

### JURISDICTION

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District" or "D.C.") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

### I.   DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights.

### II.   FIVE-DAY DISCLOSURE

Petitioner disclosures labeled PJ01-PJ08.

Respondent presented a disclosure labeled DCPS-01 to DCPS-06.

### III.   STATEMENT OF THE CASE

On June 21 2005 a due process hearing request was received alleging that DCPS failed to comply with to conduct initial assessments pursuant to the *Individuals with Disabilities Education Act (I.D.E.A.), Sec. 101, Section 614(e); Section 614(d)(1)(A); Section 614(b)(2)(A); and, Section 614(d)(1)(B).*

. The Student Hearing Office, DCPS, scheduled a Due Process Hearing for July 25, 2005. The parent failed to attend and the matter was rescheduled for August 31, 2005. the parent mistakenly arrived at another DCPS location other than the hearing location. The hearing was rescheduled for October 24, 2005. Attorney Advisor Donna Whitman Russell appeared in person for DCPS.   Attorney Miguel Hull appeared in person on behalf of Petitioner.

### IV.   FINDINGS OF FACT

The Respondent, DCPS correctly asserts that initial evaluations were provided to Petitioner within the 120 day time as required by law. Petitioner and Respondent disagree with respect to the definition of initial evaluations. DCPS maintains that pursuant to the parental request, they conducted classroom observations, reviewed the STAT-9 and determined that further evaluations were not warranted given Petitioner's growing mastery of the English language (Petitioner is not a native English speaker and only recently arrived in the United States) and consistent progress in reading.

2

Petitioner argued that the STAT-9 in fact demonstrated a possible learning deficiency warranting further evaluation.

DCPS provided ample and credible testimony from Petitioner's instructors who opined that Petitioner simply needed more time to master his new language skills and that any deficiencies indicated in testing were due to Petitioner's limited exposure to the English language.

While the hearing officer does not believe that a denial of FAPE has been committed given the teams thoughtful and pragmatic strategy to address parental concerns, the tests which the parents requested are being ordered to satisfy parental concerns, further enlighten Petitioner's instructors on Petitioner's ability/learning profile, and more conclusively rule-out any possible learning disability.

## ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, and the representations of the parties' counsel at the hearing, this 24th day of October 2005d, it is hereby

**ORDERED,** that DCPS shall perform a psycho-educational; a social history and any other evaluations suggested by the psycho-educational within, If the evaluations are not performed within 30 days of the issuance of this Order, DCPS shall fund these evaluations with the Superintendent's cost guidelines.

**IT IS FURTHER ORDERED,** that within fifteen school days of receipt of the last evaluation, DCPS shall convene a Multidisciplinary Team ("MDT") meeting to review all evaluations and determine Petitioner's eligibility for special education services. In the event the MDT determines that Petitioner is eligible for special education services, it shall develop an Individualized Education Program ("IEP") and discuss placement alternatives.

**IT IS FURTHER ORDERED,** that DCPS will coordinate scheduling the MDT meeting with DCPS and Petitioner's counsel, Miguel A. Hull, Esquire, (202) 742-2000.

**IT IS FURTHER ORDERED,** that any delay in meeting any of the deadlines in this Order because of Petitioner's absence or failure to respond promptly to scheduling requests, or that of Petitioner's representatives, will extend the deadlines by the number of days attributable to Petitioner or Petitioner's representatives. DCPS shall document with affidavits and proofs of service for any delays caused by Petitioner or Petitioner's representatives.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

3

### Notice of Right to Appeal Hearing Officer's Decision and Order

This is the final administrative decision in this matter. Any party aggrieved by the findings and/or decision may bring a civil action in any state court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy, in accordance with 20 U.S.C. Section 1415(i)(2)(A) within thirty days of the entry of the Hearing Officer's Decision. [1]

Tonya M. Butler Truesdale, Esquire
Hearing Officer

Date:   December 1, 2005*

*Please note that delay of Order is due to lost of Petitioner's file.

Issued:   12-01-05

Copies to:

Miguel A. Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 742-2000; Fax: (202) 742-2098

Donna Russell, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.
9th Floor
Washington, D.C. 20002

---

[1] See Amman v. Town of Stow, 991 F.2d 929, 931(1st Cir. 1993) (since the IDEA does not set a time limit for lawsuits brought under its terms, the district court must "borrow" the most analogous statute of limitations under state law); Spiegler v. District of Columbia, 866 F.2d 461, 463-64 (D.C. Cir. 1989)(borrowing a 30-day limitations period for review of agency orders and applying it to an appeal from a decision under the predecessor to IDEA). In the District of Columbia, the Rules of the Board of Education do not prescribe a time limit for bringing the civil action authorized by the IDEA and the Board's Regulations, 5 D.C.M.R. Section 3032.5. The D.C. Administrative Procedures Act defers to the District of Columbia Court of Appeals to set the limitation period for filing an appeal from a final agency action. D.C. Code §2-510(a). Under the Court's rules, a petition for review of an agency order must be filed within thirty days. D.C. Ct. App. Rule 15(a).

4



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.    Attorney Information**
Law Firm:                    JAMES E. BROWN & ASSOCIATES, PLLC
Attorney:                     JAMES E. BROWN
Federal Tax ID No.:      52-1500760
D.C. Bar No.:               61622

**2.    Student Information**
Name:                                        Patricio Juarez
DOB:                                         1/28/90
Date of Determination (HOD/SA):   12/1/05
Parent/Guardian Name:                  Santos Jimenez
Parent/Guardian Address:             5409 7th St., NW, WDC 20011
Current School:                           Maury ES
Home School:                              Maury ES

**3.    Invoice Information**
Invoice Number:                  05-509
Date Request Submitted:       12/5/05
Date(s) Services Rendered     3/7/05 to 10/24/05
Amount of Payment Request    $ 14,716.45

**4.    Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either  (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____                    December 5, 2005
Signature                                                          Date

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Patricio Juarez
Guadalupe Vaquero
203 16th Street, NE
Apt # 3
Washingto DC 2002


December 01, 2005
In Reference To:     Patricio Juarez
                     DOB: 01/17/94
                     School: Maury ES
                     Home School: Maury ES

Invoice #11133

        Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2005 | BDL | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
|  | RG | Consultation with parent and legal assistant, research and case preparation. | 1.50 350.00/hr | 525.00 |
|  | YA | Assisted attorney with parent to discuss opening case and child's educational needs. | 0.42 105.00/hr | 44.10 |
| 3/10/2005 | AAG | Record reviewed and prepared initial letter to parent with translation | 0.92 105.00/hr | 96.60 |
| 3/16/2005 | RG | Reviewed and instruct paralegal | 0.42 350.00/hr | 147.00 |
| 3/17/2005 | YA | Draft and prepare request for records to Maury ES, Office of General Counsel, Mediation and Compliance, Office of Special Education, Records Supervisor | 0.75 105.00/hr | 78.75 |
|  | YA | Draft and prepare request for evaluationsto Maury ES, Office of General Counsel, Mediation and Compliance, Office of Special Education, Records Supervisor | 1.00 105.00/hr | 105.00 |
| 3/21/2005 | YA | Draft letter to parent re:  request sent out  to Maury ES enclosed with letter | 0.75 105.00/hr | 78.75 |

Patricio Juarez                                                                                    Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2005 | MH | Discussion and file reveiw with parent and educational advocates, Juan Fernandez and Carlos Fernandez, regarding case status, strategy for obtaining FAPE, and pending observation. | 0.33 350.00/hr | 115.50 |
|  | CF | Conference with parent/mom | 0.50 175.00/hr | 87.50 |
|  | HR | Conference with attorney, educational advocate, and mom regarding case status | 0.50 105.00/hr | 52.50 |
| 4/27/2005 | CF | Reviewed case and set up classroom observation | 0.50 175.00/hr | 87.50 |
|  | MH | Conference with parent and file review regarding case status and planning strategy.. | 0.58 350.00/hr | 203.00 |
| 5/2/2005 | YA | Research educational needs re: deadlines | 0.25 105.00/hr | 26.25 |
| 5/3/2005 | YA | Telephone call from DCPS staff, Maury ES re: classroom observation | 0.25 105.00/hr | 26.25 |
|  | YA | Draft second notice to Maury ES re: classroom observation | 0.33 105.00/hr | 34.65 |
|  | YA | Telephone call to DCPS school staff re: confirm receipt of notice | 0.25 105.00/hr | 26.25 |
| 5/9/2005 | CF | Reviewed case and schedule classroom observation | 0.33 175.00/hr | 57.75 |
| 5/16/2005 | CF | Phone call from school regarding classroom observation | 0.17 175.00/hr | 29.75 |
|  | CF | Phone call to school to reschedule classroom observation | 0.33 175.00/hr | 57.75 |
|  | CF | Phone call from school to set up SEP meeting | 0.25 175.00/hr | 43.75 |
| 5/20/2005 | HR | Draft case status letter to parent informing them of classroom observation date | 0.50 105.00/hr | 52.50 |
| 5/23/2005 | HR | Draft case status letter to parent informing them of the MDT Meeting | 0.50 105.00/hr | 52.50 |
|  | CF | Reviewed case and prepare for classroom observation | 0.50 175.00/hr | 87.50 |
| 5/24/2005 | CF | Reviewed case and prepared for classroom observation | 0.50 175.00/hr | 87.50 |

Patricio Juarez                                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2005 | CF | Conference with attorney regarding pending observation | 0.25<br>175.00/hr | 43.75 |
|  | CF | Conference with attorney regarding SEP meeting | 0.33<br>175.00/hr | 57.75 |
|  | CF | School visit; classroom observation, reviewed records and interviewed teachers | 4.00<br>175.00/hr | 700.00 |
|  | MH | Discussion with attorney and advocate, Carlos Fernandez, regarding observation for this student. | 0.25<br>350.00/hr | 87.50 |
| 5/26/2005 | CF | Discussed with attorny classroom observation | 0.33<br>175.00/hr | 57.75 |
|  | CF | Phone call to parent regarding hearing | 0.17<br>175.00/hr | 29.75 |
| 6/6/2005 | CF | Attended MDT/IEP SEP @ school | 3.00<br>175.00/hr | 525.00 |
|  | CF | Reported SEP meeting results to the attorney | 0.50<br>175.00/hr | 87.50 |
| 6/7/2005 | CF | Reviewed case | 0.50<br>175.00/hr | 87.50 |
| 6/14/2005 | MH | Prepared and file due process hearing request to DCPS.  Includes research on issues raised, discussion with parent, and drafting and revising of claims made. | 1.50<br>350.00/hr | 525.00 |
| 6/17/2005 | HR | Draft letter to parent detailing the hearing request | 0.58<br>105.00/hr | 60.90 |
| 6/21/2005 | HR | Made correction on due process hearing request and resubmitted corrected copy to the Student Hearing Office and to the Office of the General Counsel | 0.50<br>105.00/hr | 52.50 |
| 7/5/2005 | HR | Draft letter to parent regarding notice of hearing | 0.42<br>105.00/hr | 44.10 |
| 7/7/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing | 0.50<br>105.00/hr | 52.50 |
| 7/13/2005 | HR | Phone call to parent regarding hearing and updated case status | 0.17<br>105.00/hr | 17.85 |
| 7/18/2005 | CF | Reviewed case with the attorney. | 0.25<br>175.00/hr | 43.75 |

Patricio Juarez                                                                            Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2005 | HR | Assisted attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |
|  | MH | Prepare disclosure to DCPS with assistance from paralegal. Reveiwed entire file and identified potential exhibits and witnesses, prepared exhibit packet and cover letter, and supervised delivery to DCPS counsel. | 1.00<br>350.00/hr | 350.00 |
| 7/22/2005 | JF | Prepared for Due Process Hearing by reviewing all legal and/or educational information in file all in prep. for possible testimony. COntacted parent | 1.50<br>350.00/hr | 525.00 |
|  | MH | Prepared for Due Process Hearing. Reviewed DCPS and parent's disclosure materials. Research on issues raised. Prepared potential witness questions and legal arguments for hearing. | 1.17<br>350.00/hr | 409.50 |
| 7/25/2005 | MH | Appearance to 825 North Capital for due process hearing | 2.75<br>350.00/hr | 962.50 |
|  | CF | Reviewed and prepared case for hearing. | 0.50<br>175.00/hr | 87.50 |
|  | CF | Discussed case with the attorney and plan strategies for the hearing. | 0.33<br>175.00/hr | 57.75 |
|  | CF | Appearance to 825 North Capital for due process hearing | 2.75<br>175.00/hr | 481.25 |
| 7/26/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing, sent letter via facsimile and sent a copy to the Office of the General Counsel. | 0.50<br>105.00/hr | 52.50 |
|  | HR | Draft letter to parent informing them of the hearing date set | 0.42<br>105.00/hr | 44.10 |
| 8/15/2005 | JF | Confernce with parent in office in Prep. for upcoming Due Process/Resolution Meeting Conference | 1.17<br>350.00/hr | 409.50 |
| 8/22/2005 | CF | Reviewed case and prepare strategies for hearing | 1.33<br>175.00/hr | 232.75 |
| 8/26/2005 | CF | Scheduled classroom observation. | 0.25<br>175.00/hr | 43.75 |
| 8/29/2005 | CF | Phone call to parent regards hearing | 0.25<br>175.00/hr | 43.75 |
| 8/30/2005 | HR | Phone call to parent regarding hearing | 0.08<br>105.00/hr | 8.40 |

Patricio Juarez                                                                                          Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/30/2005 MH | Prepared for Due Process Hearing. Reviewed DCPS's and parent's disclosure materials, discussed case with advocate and parent, researched issues raised, and prepared legal arguments and potential witness questions for hearing. | 1.50 350.00/hr | 525.00 |
| JF | Prepared for Due Process Hearing. Reviewed DCPS's and parent's disclosure materials, discussed case with advocate and parent, researched issues raised, and prepared legal arguments and potential witness questions for hearing. | 1.50 350.00/hr | 525.00 |
| 8/31/2005 CF | Appearance to 825 North Capital for due process hearing | 3.00 175.00/hr | 525.00 |
| HR | Phone call from Whittier Elementary School regarding parent coming in for meeting | 0.25 105.00/hr | 26.25 |
| HR | Phone call to the Student Hearing Office regarding parent attendances for hearing scheduled for today | 0.25 105.00/hr | 26.25 |
| MH | Appearance to 825 North Capital for due process hearing. Case continued. Also includes time spent waiting for Hearing Officer to call case and discussions with parent after case had been continued. | 3.00 350.00/hr | 1,050.00 |
| 9/2/2005 HR | Draft letter to parent regarding hearing notice | 0.42 105.00/hr | 44.10 |
| 9/9/2005 CF | Reviewed case with attorney and advocate | 0.25 175.00/hr | 43.75 |
| 9/12/2005 MH | Conference with advocates and attorney. Discussed case status and developed plan / strategy for case. | 0.25 350.00/hr | 87.50 |
| 9/16/2005 CF | Phone call from school to setup SEP meeting | 0.25 175.00/hr | 43.75 |
| CF | Phone call to school (reschedule classroom observation) | 0.33 175.00/hr | 57.75 |
| CF | Phone call from school about the classroom observation | 0.17 175.00/hr | 29.75 |
| 9/26/2005 HR | Draft letter to the Student Hearing Office requesting interpreter for the upcoming hearing sent letter via facsimile and sent letter to the Office of the General Counsel. | 0.50 105.00/hr | 52.50 |
| JF | Discussion with child's attorney, developed strategy to follow in case | 0.25 350.00/hr | 87.50 |
| MH | Conference with educational advocate and attorney regarding need for observation. | 0.25 350.00/hr | 87.50 |

Patricio Juarez

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2005 | JF | Examine all the ed. info. in prep. for classroom observation; contacted parent | 1.17 350.00/hr | 409.50 |
| 10/17/2005 | HR | Assisted attorney to prepare additional disclosure | 0.42 105.00/hr | 44.10 |
| | MH | Prepare additional disclosure to DCPS | 0.42 350.00/hr | 147.00 |
| 10/18/2005 | JF | Prepared for Due Process Hearing by reviewing complaint filed by child's attorney, report cards, deficiency notice, etc. Contacted parent to discuss progress in school and discussed issues to be presented at the hearing | 1.50 350.00/hr | 525.00 |
| 10/21/2005 | MH | Prepared for Due Process Hearing.  Reviewed parent's and DCPS's disclosure materials, discussion with parent, research on issues raised, and prepared potential witness questions and legal arguments for hearing. | 1.17 350.00/hr | 409.50 |
| 10/24/2005 | MH | Appearance to 825 North Capital for due process hearing | 3.00 350.00/hr | 1,050.00 |

|  | | For professional services rendered | 61.93 | $14,444.15 |
|---|---|---|---|---|

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/7/2005 | Copied documents; intake documents | 3.00 |
| 3/17/2005 | Facsimile request for records & evals. to PCPS/DCPS/Marry/OGC/Episcopal | 35.00 |
| 3/21/2005 | Copied documents; records request; letter to parent | 3.00 |
|  | Postage; Letter to the parent re: enclosed records and evaluations. | 0.83 |
| 4/15/2005 | Copied letter for the file. | 0.25 |
|  | Postage; letter to parent. | 0.37 |
| 5/3/2005 | Facsimile to Gibbs ES | 3.00 |
| 5/9/2005 | Copied documents; classroom observation papers | 7.50 |
| 5/20/2005 | Copied: Case status letter re: classroom observation for parent. | 0.25 |
| 5/23/2005 | Postage; letter to parent | 0.37 |
|  | Copied: Case status re: meeting notice for parent. | 0.25 |
|  | Postage; Case status letter to parent. | 0.37 |

Patricio Juarez                                                                                    Page     7

                                                                                                   Amount

5/25/2005  Copied: Meeting letter.                                                                    0.75

6/17/2005  Copied: HR letter for parent.                                                              1.50

6/21/2005  Facsimile: HR to SHO and OGC.                                                              4.00

6/27/2005  Postage; letter to parent.                                                                 0.37

           Copied: HR letter for parent.                                                              1.50

 7/5/2005  Copied: NOH letter for parent.                                                             0.50

           Postage; Case status letter to parent.                                                     0.37

 7/7/2005  Facsimile: Request for interpreter to SHO and OGC.                                          4.00

7/18/2005  Messenger Service to and from DCPS (5-day Disclosures)                                     20.00

           Copied: Disclosure for SHO and OGC.                                                        27.00

7/25/2005  Taxi service to DCPS for hearing                                                            8.00

           Facsimile: Request for interpreter to SHO and OGC.                                          4.00

7/26/2005  Copied: NOH letter for parent.                                                              0.25

           Postage; letter to parent re: case status.                                                 0.37

8/15/2005  Copied documents; ed. documentation                                                        8.00

 9/2/2005  Postage; letter to parent re: case status.                                                 0.37

           Copied: letter for parent.                                                                  0.25

9/26/2005  Facsimile request for interpreter to SHO/OGC                                                4.00

10/14/2005 Copied: additional disclosure for OGC and SHO.                                              2.00

10/17/2005 Messenger Service to and from DCPS (5-day Disclosures)                                     20.00

10/24/2005 Sedan taxi service to and from  DCPS for hearing                                           14.00

           File review preparation of bill and invoice audit                                         96.88
                                                                                                   _____
           Total costs                                                                             $272.30
                                                                                                   _____
           Total amount of this bill                                                            $14,716.45



District of Columbia Public Schools
OFFICE OF THE GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1944
Phone- 202-442-5000, Fax- 202-442-5098

| Attorney Firm | James E. Brown & Associates, PLLC | | | Dates of Service | 3/7/2005 | to | 10/24/2005 |
|---|---|---|---|---|---|---|---|
| Student | Patricio | Juarez | | OGC Control | 4144 | | |
| Date Received | 12/5/2005 | | | HOD Docket Num | | | |
| HOD DATE | 12/1/2005 | | | Attorney Invoice | 05-509 | | |
| Funding Fiscal Year: | 2006 | | | | | | |

1) Application Review

|   |   |   |
|---|---|---|
| a) | Application complete | Y |
| b) | Certification Signed | Y |
| c) | HOD/SA Attached | Y |

| 2) Allocation of invoice | Invoiced | Approved |
|---|---|---|
| a) Attorney's Fees | $14,444.15 | ($272.30) |
| b) Expert/advocate Fees | $0.00 | $0.00 |
| c) Attorney's Expenses | $272.30 | $272.30 |
| TOTALS | $14,716.45 | $0.00 |

| | |
|---|---|
| Amount Approved Before Partial Payment | $0.00 |
| Partial Payment | $0.00 |
| Total Amount Approved | $0.00 |

Processed By: Attorney Fee Invoice Processing Team

Approved By:

# Attorney Dispute Sheet

| Attorney Firm: | James E. Brown & A | | | HOD Date: | | | 12/1/2005 | | | | |

| Student: | | Patricio | Juarez | | Attorney Fee Cap Amount: | | $4,000.00 | | | | |

| OGC | Date of Dispute | Dispute Type: | Disputed Item | Dispute Basis | Attorney Rate of Disputed Item | Time | Sub Amt | Approved Rate | Time | Approved Amount | Disputed Time | Disputed Amount |
|-----|---------|---------|---------|-------|-------|------|--------|--------|------|--------|------|--------|
| 4144 | | Cost | | | $0.00 | 1 | $0.00 | $0.00 | 0 | $0.00 | 1 | $0.00 |
| 4144 | | Expert/ Advocat | | | $0.00 | 1 | $0.00 | $0.00 | 0 | $0.00 | 1 | $0.00 |
| 4144 | | Fee | No Denial of FAPE | | $14,716 | 1 | $14,716.4 | $0.00 | 0 | $0.00 | 1 | $14,716.4 |
| **Totals** | | | | | | | $14,716.45 | | | $0.00 | | $14,716.45 |

| Attorney Charges | | Expert/Advocate Charges | |
|---|---|---|---|
| Invoiced Attorney Fee Amount | $14,444.15 | Total Invoiced Expert Charges: | $0.00 |
| Disputed Attorney Fee Amount | $14,716.45 | Disputed Expert Fee | $0.00 |
| Pre-Cap Approved Attorney Fee Amount | ($272.30) | Approved Expert Fee | $0.00 |
| Fee Cap Adjustment (amt cap exceeded) | $0.00 | Attorney Expenses | |
| Approved Attorney Fees | ($272.30) | Invoiced Attorney Expenses | $272.30 |
| | | Disputed Attorney Expenses | $0.00 |
| Approved Invoice Prior to Prepayments | $0.00 | Approved Expenses | $272.30 |
| Partial Payment: | $0.00 | | |
| Total Invoice Approved | $0.00 | | |