UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 05-00577 |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to July 14, 2006 – to respond to the complaint herein.

This action involves twenty two Plaintiffs' claims for the recovery of attorney fees under the Individuals With Disabilities Education Act ("IDEA"). The claims of L. Aguilar and P. Juarez have been settled out of court and the claim by D. Armstead has been withdrawn; a praecipe for dismissal has been filed in those matters. Currently, the above named Plaintiffs' matters have not been settled but a possible settlement is being addressed.

To allow the parties to continue to work on the possibility of settling all of the Plaintiffs' claims herein before embarking on the preparation and filing of pleadings that may not ultimately be necessary, the Defendants respectfully request that this Court enlarge the time to file their response to the complaint herein.

2

Counsel for the Plaintiffs has consented to a grant of this motion.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District
>of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>*/s/ Edward P. Taptich*_____
>EDWARD P. TAPTICH [#012914]
>Chief, Equity Section 2
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-7334

June 30, 2006

**MEMORANDUM OF POINTS AND AUTHORITIES**

Rule 6(b)(1), Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GLORIA SANTAMARIA, for** <br> **L.A., a minor, et al.,** <br> Plaintiffs, <br> v. <br> **DISTRICT OF COLUMBIA, et al.,** <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. No. 05-00577 <br> : <br> : <br> : <br> : |

**ORDER**

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed June 30, 2006, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of _____, 2006,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 14, 2006.

                                                                                                   _____
                                                                                                   United States District Court Judge