IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA**<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-CV-00577<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

To the Clerk of the Court:

Please mark the following Plaintiffs as settled and dismissed with prejudice, Gloria Santamaria, Parent and next friend of L.A., a minor and Guadalupe Vaquero, Parent and next friend of P.J., a minor. The Clerk will further dismiss, with prejudice, Charmise Armstead, Parent and next friend of D.A., a minor.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***