UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA, for L.A., a minor, et al.,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> **Defendants.** : <br> : | Civil Action No. 06-0577(RWR) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note to the entry of the appearance of Amy Caspari, Assistant Attorney General, as counsel for defendants in this matter.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        **/s/ Edward P. Taptich**
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

|  |  |
|---|---|
|  | **/s/ Amy Caspari** |
|  | Amy Caspari [#488968] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W. |
|  | Sixth Floor North |
|  | Washington, D.C. 20001 |
|  | (202) 724-7794 |
| July 12, 2006 | email: amy.caspari@dc.gov |