UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA**<br>Parent and next friend of L.A, a minor<br><br>**Plaintiff**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)  Civil Action No.: 06-CV-0577(RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS CONSENT MOTION TO ENLARGE TIME TO FILE THEIR OPPOSITION TO DEFENDANTS MOTION TO DISMISS**

**COMES NOW**, the Plaintiffs, by and through counsel, pursuant to Fed. R. Civ. P.6(b)(1) hereby move this Honorable Court for an enlargement of time to August 7, 2006 to file their Opposition to the Defendant's Motion to Dismiss.

The Plaintiffs request an enlargement of time to adequately respond the Defendant's Motion to Dismiss.  Pursuant to LCvR 7(m), on July 21, 2006, the undersigned attorney contacted Defendant's counsel to request her consent regarding this enlargement of time.  On July 24, 2006, Defendant's counsel advised the undersigned that she consented to the instant motion.

**WHEREFORE**, these premises considered, the Plaintiffs respectfully prays as follows:

1. That this Honorable Court enter an order extending the time within which the Plaintiffs have to file their opposition up to and including Monday, August 7, 2006.

2. And for such other and further relief as to this Honorable Court is just and equitable under the circumstances.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

Respectfully Submitted,

/s/
Tilman L. Gerald 928796
Roxanne D. Neloms  478157
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 2000
(202)742-2000
*Attorneys for Plaintiffs*
