## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA**<br>**Parent and next friend of L.A, a minor**<br><br>**Plaintiff**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)  **Civil Action No.: 06-CV-0577(RWR)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S
## MOTION TO DISMISS

_____COMES NOW, the Plaintiffs, by and through their attorney, Tilman L. Gerald and Roxanne D. Neloms of James E. Brown & Associates, PLLC, hereby oppose the Defendant's Motion To Dismiss filed herein against them by the Defendant for the reasons that are more specifically set forth in the Memorandum of Points and Authorities Submitted in Support of Their Opposition to the Motion To Dismiss filed contemporaneously herewith and incorporated herein as though set forth in its entirety.

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098 facsimile
***Attorneys for the Plaintiffs***