**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GLORIA SANTAMARIA** ) | |
| **Parent and next friend of L.A, a minor** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No.: 06-CV-0577(RWR)** |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PRAECIPE**

To the Clerk of the Court:

 Please dismiss the following Plaintiffs with prejudice:

 1.Margaret A. Morgan, Parent and next friend of J.H., a minor;

 2. Karen Tate, Parent and next friend of M.T., a minor;

 3. Jasmine Thomas, Parent and next friend of J.T., and J.T. minors;

 4. Jeanette Williams, Parent and next friend of K.W. a minor.


       Respectfully submitted,


       /s/_____
       Tilman L. Gerald [928796]
       Roxanne D. Neloms [478157]
       James E. Brown & Associates, PLLC
       1220 L Street, NW, Suite 700
       Washington, D.C.  20005
       (202) 742-2000
       (202) 742-2098 (fax)
       *Attorney for Plaintiffs*