UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-577 (RWR) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER TO SHOW CAUSE**

    On February 7, 2007, the Court issued a Memorandum Opinion & Order denying defendant's motion to dismiss with respect to all plaintiffs, except Tiffanie Little. Since then, the defendant has not filed an answer, and plaintiffs have not sought an entry of default or moved for default judgment. Accordingly, it is hereby

    ORDERED that on or before March 19, 2007, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

    SIGNED this 8th day of March, 2007.


                                                       /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge