UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., : : : | |
| Plaintiffs, : : | |
| v. : | Civ. Action No. 05-00577(RWR) |
| DISTRICT OF COLUMBIA, et al., : : | |
| Defendants. : : | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT,
AND TO ACCEPT ANSWER NUNC PRO TUNC**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(2), hereby move this Court for leave to file an answer to the complaint herein, time having expired.

On March 8, 2007, this Court issued an Order to Show cause why the case should not be dismissed since the Defendants have not filed an answer after its motion to dismiss was denied on February 7, 2007, as to all the Plaintiffs, except Tiffany Little, and Plaintiffs have not sought an entry of default. Since both parties have agreed that this case should move forward, Defendants seek leave to file the attached answer.

Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

2

|  |  |
|---|---|
|  | */s/ Edward P. Taptich* |
|  | EDWARD P. TAPTICH [#012914] |
|  | Chief, Equity Section II |
|  |  |
|  | */s/ Amy Caspari* |
|  | Amy Caspari [#488968] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W. |
|  | Sixth Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-7794 |
| March 15, 2007 | amy.caspari@dc.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., : : : Plaintiffs, : : v. : : DISTRICT OF COLUMBIA, et al., : : Defendants. : : | Civ. Action No. 05-00577(RWR) |

**ORDER**

On consideration of the Defendants' Consent Motion For Leave to File an Answer, at it appearing that a grant of that motion would be just and proper, it is, this \_\_\_\_ day of _____, 2007,

ORDERED, That the Defendants' motion is granted, and it is

FURTHER ORDERED, that the Defendants' answer to the Complaint is accepted, nunc pro tunc.

_____
United States District Court Judge