# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0577(RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants by counsel, hereby answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendants admit that this Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq.*, but deny the remaining allegations in paragraph 1.

2. Defendants deny part a. of paragraph 2. Defendants admit part b. and part c.

3. Defendants admit paragraph 3.

4. Defendants admit the allegations in paragraph 4 that Plaintiffs are eligible to receive special education services under the IDEIA. However, Defendants deny that the attorneys' fees request in paragraphs d., e., f., g., i., k., l., m., n., o., p., t., and v. are reasonable.[1]

5. Defendants admit the allegations in paragraph 5.

---

[1] Plaintiffs in part a., b., c., h., j., q., r., s. and u. of paragraph 4 have been dismissed or withdrawn, therefore no answer is required.

6. Defendants admit the allegations in paragraph 6.

7. Defendants deny the allegations in paragraph 7.

8. Defendants admit the allegations in paragraph 8.

9. Defendants deny the allegations in paragraph 9.

10. Defendants deny the allegations in paragraph 10.

11. Defendants admit the allegations in paragraph 11.

12. Defendants deny the allegations in paragraph 12.

13. The allegations in paragraph 13 are the pleader's characterizations to which no response is required. If a response is required, then the same are denied.

14. The allegations in paragraph 15 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

15. The allegations in paragraph 15 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

16. The allegations in paragraph 16 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

17. Defendants deny the allegations in paragraph 17.

18. Defendants admit the allegations in paragraph 18.

19. The allegations in paragraph 19 are the pleader's characterization of the statute which speaks for itself, to which no response is required. If a response is required, then the same are denied.

20. The allegations in paragraph 20 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

21. Defendants deny the allegations in paragraph 21.

22. Defendants lack knowledge and information sufficient to enable them to answer the allegations in paragraph 22 at this time.

23. The allegations in paragraph 20 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

24. The allegations in paragraph 24 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

25. Defendants deny the allegations in paragraph 25.

Respectfully submitted,

LINDA SINGER

Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
amy.caspari@dc.gov


March 15, 2007