**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GLORIA SANTAMARIA** ) | |
| **Parent and next friend of L.A, a minor** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **Civil Action No.: 06-CV-0577(RWR)** |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, numerous Plaintiffs and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail and telephonic conference, and consistent with the said conferences, the parties respectfully submit the following:

I.    **Statement of the case**

Plaintiffs are seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level. The Defendant has failed to reimburse the Plaintiffs for reasonable attorney fees. Since the filing of the complaint, the Court has issued a memorandum opinion finding that ten of the fourteen plaintiffs are parties that prevailed at the administrative level. The Defendants dispute the allegations regarding the reasonableness of the attorney fees requested.

II.    **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.    Based on the information available, the parties believe that this case can be decided by dispositive motion.

1

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Parties have agreed that since this case involves claims for attorneys' fees that no administrative record is necessary.

   b. The Plaintiff will file its Motion for Summary Judgment on or before June 8, 2007.

   c. The Defendant will file their Cross Motion for Summary Judgment and its Opposition on or before July 13, 2007.

   d. The Plaintiff will file its Opposition and Reply on or before August 3, 2007.

   e. Defendants will file their Reply on or before Friday, August 24, 2007.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

2

9.      The parties do not believe that there will be a need for expert witnesses.

10.     The instant case is not a class action.

11.     There is no need to bifurcate discovery or trial.

12.     There is no need for a pretrial conference at this time.

13.     At this point, there is no need to set a trial date.

14.     The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 5th day of April 2007.


_____/s/_____                              _____/s/_____
Tilman L. Gerald [928796]                    Amy Caspari[488968]
Roxanne D. Neloms [478157]                   Office of the Attorney General for the
James E. Brown & Associates, PLLC            District of Columbia
1220 L Street, N. W., Suite 700              441 4th Street, N. W., 6th Floor South
Washington, D.C. 20005                       Washington, D.C. 20001
202.742.2000                                 202.442.9842
Attorneys for Plaintiff                      Amy.Caspari@dc.gov
                                             Attorney for Defendant

3