UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLORIA SANTAMARIA<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 06-CV-0577(RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

1. That on March 30, 2006, counsel for Plaintiff's sought reimbursement of attorney fees in twenty-two claims. ***See March 30, 2006 Complaint.***

2. That by praecipe filed on July 3, 2006 and August 7, 2006, respectively, counsel for Plaintiff voluntarily dismissed eight claims. See Praecipe dated July 3, 2006 and August 7, 2006.

3. That dispositive motions were filed by both parties with an memorandum opinion and ordered being issued on February 7, 2007. ***See Defendant's Motion to Dismiss dated July 12, 2006; see also Plaintiff's Opposition Motion dated August 7, 2006; see also Memorandum Opinion and Order dated February 7, 2007.***

4. That the February 7, 2007 Memorandum Opinion and Order determined that of the eleven claims the Defendant's moved to dismiss, ten were "prevailing parties" under the Individuals with Disabilities Education Improvement Act. ***Id.***

5. That Melisa Boyd, parent of P.B., is a prevailing party and entitled to reimbursement for

reasonable attorney fees.  ***See Complaint Ex. 4.***

6. That Plaintiff Boyd seeks reimbursement of reasonable attorney fees in the amount of $6,448.07.  ***See Exhibit attached 4***.

7. That Karen Fisher, parent of L.F., is a prevailing party and entitled to reimbursement for reasonable attorney fees.  ***See Complaint Ex. 6***.

8. That Plaintiff Fisher seeks reimbursement of reasonable attorney fees in the amount of $9,524.94.  ***See Exhibit attached 6.***

9. That Cathy Johnson, parent of M.J., is a prevailing party and entitled to reimbursement for reasonable attorney fees.  ***See Complaint Ex. 9.***

10. That Plaintiff Johnson seeks reimbursement of reasonable attorney fees in the amount of $6,337.01.  ***See Exhibit attached 9.***

11. That Pamela King, parent of D.K., is a prevailing party and entitled to reimbursement for reasonable attorney fees.  ***See Complaint Ex. 11.***

12. That Plaintiff King seeks reimbursement of reasonable attorney fees in the amount of $4,805.03.  ***See Exhibit attached 11.***

13. That Lisa Miller, parent of S.M., is a prevailing party and entitled to reimbursement for reasonable attorney fees.  ***See Complaint Ex. 13.***

14. That Plaintiff Miller seeks reimbursement of reasonable attorney fees in the amount of $10,284.83.  ***See Exhibit attached 11.***

15. That Jeaunel Partridge, parent of J.P.., is a prevailing party and entitled to reimbursement for reasonable attorney fees.  ***See Complaint Ex. 15.***

16. That Plaintiff Partridge seeks reimbursement of reasonable attorney fees in the amount of $6,689.81.  ***See Exhibit attached 15.***

17. That Teresa Brown, parent of A.P.., is a prevailing party and entitled to reimbursement for reasonable attorney fees. ***See Complaint Ex. 16.***

18. That Plaintiff Brown seeks reimbursement of reasonable attorney fees in the amount $8,406.92. ***See Exhibit attached 16.***

19. That Terry Johnson, parent of R.W., is a prevailing party and entitled to reimbursement for reasonable attorney fees. ***See Complaint Ex. 20.***

20. That Plaintiff Johnson seeks reimbursement of reasonable attorney fees in the amount of $4664.38. ***See Exhibit 20.***

21. That Barbara Young & George Marshall, parent of S.Y., are a prevailing party and entitled to reimbursement for reasonable attorney fees. ***See Complaint Ex. 22.***

22. That Plaintiffs Young and Marshall seeks reimbursement of reasonable attorney fees in the amount of $5,035.75. ***See Exhibit 22.***

23. That on September 20, 2005, counsel for the Plaintiff filed a haring request alleging that the Defendant failed to comply with an August 18, 2005 Hearing Officer's Determination which ordered the Defendant to convene a MDT meeting to review and revise K.B.'s IEP and to discuss and determine placement. ***See Complaint Exhibit 5.***

24. That in a January 9, 2006 Hearing Officer's Determination, the Hearing Officer issued an interim order to ensure that the Defendant would comply with the August 18, 2005 HOD. ***Id.***

25. That Lunette Russell & William Edwards, parent of K.B., are prevailing parties as defined by IDEIA and are entitled to reimbursement of reasonable attorney fees. That on August 26, 2005, counsel for the Plaintiff filed a hearing request alleging that the Defendant failed to conduct a recommended and requested neuropsychological evaluation, a recommended functional behavior assessment and behavior intervention plan. ***Id***.

26. That in a January 9, 2006 Hearing Officer's Determination, the hearing officer order issued interim relief ordering the Defendant to reconvene a MDT meeting by January 31, 2006 to review the most recent functional behavior assessment and revise the behavioral implementation plan and advise the hearing officer of the compliance of said order. *See Complaint Exhibit 7*.

27. That Keisha Gantt, parent of S.G., is a prevailing parties as defined by IDEIA and are entitled to reimbursement of reasonable attorney fees. *Id.*

28. That on August 25, 2005, counsel for the Plaintiff filed a hearing request, alleging that the Defendant failed to convene a MDT meeting in a timely manner, as required by a June 25, 2005 settlement agreement. *See Complaint Exhibit 14.*

29. That at the hearing held for J.M. on October 24, 2005, the Defendant entered into a settlement agreement of the record, which was incorporated into the record and found to be in the best interest of the parties by the presiding hearing officer. *Id.*

30. That Jean Abdur Rashid, parent of J.M., is a prevailing parties as defined by IDEIA and are entitled to reimbursement of reasonable attorney fees. *Id*.

Respectfully Submitted,

_____/s/_____
Tilman L. Gerald
Unified Bar No. 928796
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
*Attorney for Plaintiffs*