# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA )<br>Parent and next friend of L.A, a minor )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>Defendants. )<br>_____) | Civil Action No.: 06-CV-0577 (RWR) |

## AFFIDAVIT OF ROBERTA GAMBALE

I, Roberta Gambale, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of Washington State and the District of Columbia having been admitted in 1996 and 2002, respectively.

2. That I have practiced in the area of special education law since 2001 and have handled over 1,200 cases in that span of time.

3. That many of my clients are low income families seeking legal representation for their special needs children.

4. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

5. That I am one of the attorneys who worked on the cases presented in this appeal and that my hourly rate for work I performed during that period January 2005 to September 2005, was three hundred and fifty dollars per hour ($350.00). This rate is less than allotted on the *Laffey Matrix*.

6.   That from May 1996 until May 1999 I was employed by the law firm of Donald D. Cook in Seattle, WA and from May 1999 until July of 2001, I was employed by the law firms of McClure and Associates in Seattle, WA. At both firms I worked primarily in the areas of family law but also handled bankruptcy cases, and general civil cases and criminal defense litigation.

ROBERTA GAMBALE

DATED: June 8, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010