# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA )<br>Parent and next friend of L.A, a minor )<br> )<br>Plaintiff )<br> ) Civil Action No.: 06-CV-0577 (RWR)<br>v. )<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>Defendants. )<br>_____ ) | |

### AFFIDAVIT OF MIGUEL HULL

I, Miguel A. Hull, do hereby swear and affirm under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. That I am currently an attorney in good standing in the State of Maryland, State of Texas, and the District of Columbia;

2. That I was originally admitted to the Maryland Bar in December 1998;

3. That I was originally admitted to the District of Columbia Bar in January 2000;

4. That I was originally admitted to the Texas Bar in April 2006;

5. That since January 2002, I have practiced special education law, representing parents in the District of Columbia pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et. seq., and during that time I have handled approximately 1000 cases.

6. That many of my clients are low income families seeking legal representation for their special needs children.

7. That from time to time I have taken continuing legal education courses in special education law to stay abreast of new developments and cases in that area;

8. That I am one of the attorneys who worked on the cases that are the subject of this appeal and that my hourly charges, in accordance with the *laffey matrix*, for work I performed from January 2005 to September 2005, was Two Hundred and Ninety ($290.00) per hour;

9. That from September 1999 until January 2002, I was employed as an associate attorney at the Law Offices of Ivan Waldman & Associates in Langley Park, Maryland, where I provided legal representation to individuals before administrative agencies, and state courts in matters regarding traffic infractions, criminal law, personal injury, workers compensation, family law, and appellate work before the Maryland Court of Special Appeals; and

10. That from December 1998 until August 1999, I was employed as staff counsel with the Democratic National Committee in the District of Columbia, where I worked preparing responses to numerous Department of Justice and Congressional subpoenas regarding campaign finance investigations.

_____
MIGUEL HULL

DATED: June 8, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2