# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-CV-0577 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF CHRISTOPHER WEST

I, Christopher West, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of New York State and the District of Columbia having been admitted in 2000 and 2005, respectively.

2. That I have practiced in the area of special education law since 2000 and have handled over 1,500 cases in that span of time.

3. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4. That I am one of the attorneys who worked on the cases presented in this appeal and that my hourly rate for work I performed during that period January 2005 to September 2005, was three hundred and fifty dollars per hour ($350.00). This rate is less than allotted on the *Laffey Matrix*.

5. That from October of 2000 until December of 2001, I was employed with the District of Columbia Public Schools as an Attorney Advisor. That from January of 2002 until present I have been employed with the law firm of James E. Brown & Associates, PLLC.

_____
CHRISTOPHER WEST

DATED: June 8th, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010