# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, et al.,<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-CV-0577 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ROXANNE D. NELOMS

I, Roxanne D. Neloms, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the District of Columbia having been admitted in May 2002.

2. That I have practiced in the area of special education law since 2003 and have handled and participated in the litigation of over 1,000 cases in that span of time.

3. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4. That I reviewed the work of Domiento C.R. Hill in accordance with Rule 49 (c) (8).

5. That my hourly rates for work that I performed during the years of September 2004 to December 2005, was Two Hundred and Thirty-five Dollars ($235.00) per hour.

6. That from September of 2001 to September 2003 I clerked for the Honorable William P. Greene at the United States Court for Veteran Appeals, where I was responsible for drafting memorandum decisions and etc.

_____
ROXANNE D. NELOMS

DATED: June 8th, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2