# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA SANTAMARIA, et al.,           )
Parent and next friend of L.A, a minor )
                                      )
         Plaintiff                    )
                                      )   Civil Action No.: 06-CV-0577 (RWR)
v.                                    )
                                      )
DISTRICT OF COLUMBIA, et al.,         )
                                      )
         Defendants.                  )
_____ )

### AFFIDAVIT OF DOMIENTO C.R. HILL

I, Domiento C.R. Hill, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of Maryland and the District of Columbia having been admitted in 2002 and 2006, respectively.

2. That I have practiced in the area of special education law since 2001 and have handled over 1,500 cases in that span of time.

3. That many of my clients are low income families seeking legal representation for the special needs children.

4. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

5. That I am one of the attorneys who worked on cases which are the subject of this appeal and practiced pursuant to Rule 49 (c) (8) and that I was supervised by either Roxanne D. Neloms or Christopher West.

6. That my hourly rates for work that I performed during the years of September 2004 to

      December 2005, was Two Hundred and Thirty-five Dollars ($235.00) per hour.

6.     That from September of 1999 until February of 2001, I was employed by the law firms of Jordan Burt and Shulman Rogers, where I worked in complex class action class action litigation defense, as well as commercial litigation and traditional civil litigation.

                                                                          DOMIENTO C.R. HILL

DATED: June 8th, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010