# Exhibit 4

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Paradise Boyd
Melissa Boyd
2424 Elvans Rd, SE
Apartment # 302
Washington DC 20020


June 08, 2007
In Reference To:    Paradise Boyd
                    DOB: 11/30/93
                    Moten ES

Invoice # 10000

    Professional Services

|            |     |                                                                                                                                                                      | Hrs/Rate           | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 7/11/2005  | JF  | Consultation with parent and legal assistant, research and case preparation.                                                                                         | 1.58<br>195.00/hr  | 308.10 |
|            | AAG | Drafted letter to parent                                                                                                                                             | 0.80<br>105.00/hr  | 84.00  |
|            | AAG | Conference with parent to discuss opening case and child's educational needs.                                                                                        | 1.58<br>105.00/hr  | 165.90 |
| 7/12/2005  | JF  | Drafted letter to parent regarding strategies to expect from now on and possible Due Process Hearing Request that may be file by Attorney, also advised her about a letter that was sent to school. | 0.58<br>195.00/hr  | 113.10 |
|            | MH  | Prepared draft of due process hearing request to DCPS. Conducted research on issues raised, drafted claims.                                                          | 2.17<br>290.00/hr  | 629.30 |
| 7/15/2005  | JF  | Received and reviewed Complaint filed by child's attorney, contacted parent regarding resolution meeting                                                             | 0.75<br>195.00/hr  | 146.25 |
|            | MH  | Prepared final draft of due process hearing request to DCPS. Conducted additional research on issues raised, and finalized drafted claims.                           | 0.92<br>290.00/hr  | 266.80 |
| 7/20/2005  | HR  | Draft case status letter to parent detailing the hearing requested and sent letter via mail and via facsimile per parents request.                                   | 0.58<br>105.00/hr  | 60.90  |
|            | HR  | Phone call to parent informing them of the hearing requested and updated case status report regarding phone call.                                                    | 0.25<br>105.00/hr  | 26.25  |

Paradise Boyd                                                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2005 | HR | Draft letter requesting evaluations at Moten Elementary School, sent letter via facsimile to the school, the Office of Special Education, and the Office of the General Counsel. | 0.83 105.00/hr | 87.15 |
|  | HR | Drafted letter requesting records at Moten Elementary School sent letter via facsimile to the school, the Office of Special Education, and the Office of the General Counsel. | 0.83 105.00/hr | 87.15 |
| 7/29/2005 | GMH | Reviewed evaluation, Sp & language, dated 2/4/05 | 0.50 175.00/hr | 87.50 |
|  | GMH | Reviewed evaluation, Psycho Ed, dated 12/17/04 | 0.83 175.00/hr | 145.25 |
|  | GMH | Records review, Report card and Progress Reports, dated Spring 05 | 0.78 175.00/hr | 136.50 |
|  | GMH | Reviewed IEP , dated 02-25-05 | 0.67 175.00/hr | 117.25 |
|  | GMH | Reviewed IEP and advised the attorney, MDT Notes dated 12/7/05 | 0.67 175.00/hr | 117.25 |
| 8/1/2005 | MH | Attended Resolution Meeting at Moten with parent and child's advocate | 1.33 290.00/hr | 385.70 |
|  | JF | Attended Resolution Meeting at Moten EC with parent. | 1.33 195.00/hr | 259.35 |
|  | GMH | Reviewed IEP and advised the attorney, for meeting prep. | 0.67 175.00/hr | 117.25 |
|  | GMH | Reviewed evaluation, psycho educational, for meeting prep. | 0.83 175.00/hr | 145.25 |
|  | GMH | Conference with school staff, parent, Attorney Hull, and advocate Fernandez @ Moten ES | 2.50 175.00/hr | 437.50 |
| 8/15/2005 | HR | Draft letter to the Student Hearing Office requesting a hearing date be scheduled, sent letter via facsimile and sent letter to the Office of the General Counsel. | 0.50 105.00/hr | 52.50 |
| 8/24/2005 | HR | Updated students master file with records received and placed in chronological order. | 0.50 105.00/hr | 52.50 |
|  | HR | Draft memo to attorney and advocate informing them of records received | 0.25 105.00/hr | 26.25 |
| 8/30/2005 | HR | Researched case status to check if hearing date has been scheduled and draft memo to attorney and advocate regarding pending hearing date. | 0.33 105.00/hr | 34.65 |

Paradise Boyd                                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2005 | MH | Reviewed file to determine case status and plan for this new school year and pending hearing. | 0.25<br>290.00/hr | 72.50 |
| 9/9/2005 | YA | Assist attorney to prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel | 1.58<br>105.00/hr | 165.90 |
|  | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses; prepared exhibit packet and cover letter; and supervised delivery to DCPS counsel. | 1.58<br>290.00/hr | 458.20 |
| 9/15/2005 | HR | Phone call to parent twice regarding hearing | 0.17<br>105.00/hr | 17.85 |
|  | MH | Prepared for Due Process Hearing. Reviewed DCPS and parent's disclosure materials, conducted research on issues raised, discussed issues with parent, and prepared possible witness questions and legal arguments for hearing. | 1.17<br>290.00/hr | 339.30 |
| 9/16/2005 | MH | Appearance to 825 North Capital for due process hearing | 1.17<br>290.00/hr | 339.30 |
| 9/28/2005 | MH | Reviewed HOD received in office. Developed case strategy in light of order. | 1.17<br>290.00/hr | 339.30 |
|  | MH | Reviewed HOD received this week and planed case strategy in light of order in the HOD. | 0.25<br>290.00/hr | 72.50 |
| 9/29/2005 | HR | Draft letter to parent detailing the hearing officer's determination | 0.50<br>105.00/hr | 52.50 |
|  | HR | Draft letter to Moten Elementary School requesting an MDT/IEP meeting per the hearing officer's determination issued. sent letter with order to the school, to the Office of Mediation and Compliance, and the Office of the General Counsel. | 0.83<br>105.00/hr | 87.15 |
|  |  | For professional services rendered | 31.23 | $6,034.10 |

Additional Charges :

| 7/11/2005 | Postage; letter to parent |  | 0.37 |
|---|---|---|---|
|  | Copied documents- intake |  | 35.00 |
|  | Copied documents |  | 0.50 |
| 7/20/2005 | Facsimile to Parent: Hearing request with letter |  | 8.00 |
|  | Facsimile to Parent: Hearing request with letter |  | 8.00 |

Paradise Boyd                                                                                                          Page    4

|  |  | Amount |
|---|---|---:|
| 7/20/2005 | Postage; case status letter to parent. | 0.60 |
|  | Copied: HR letter for parent. | 2.00 |
| 8/10/2005 | Facsimile: Records request to Moten ES, OSE, and OGC. | 15.00 |
| 8/15/2005 | Facsimile; letter requesting hearing to SHO/OGC | 4.00 |
| 9/9/2005 | Facsimile disclosures to OGC, SHO | 176.00 |
|  | Facsimile letter to DCPS re: hearing scheduled | 3.00 |
| 9/12/2005 | Copies - Disclosure to OGC | 21.75 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 9/16/2005 | Sedan taxi service to DCPS for hearing | 8.00 |
| 9/26/2005 | Facsimile Received from DCPS; HOD | 7.00 |
|  | Copied documents; HOD | 7.00 |
| 9/29/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 10/3/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $413.97 |
|  | Total amount of this bill | $6,448.07 |