# Exhibit 5

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Keith Butler

June 08, 2007
In Reference To:    Keith Butler

Invoice #10000

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/19/2005 | DD | Reviewed the students file and last IEP and HOD | 1.50<br>185.00/hr | 277.50 |
| 8/29/2005 | DD | Reviewed file and the students latest HOD | 0.67<br>185.00/hr | 123.95 |
| | WB | Drafted letter to private school SunRise Academy re: scheduling of MDT/IEP and any meetings | 0.50<br>110.00/hr | 55.00 |
| | WB | Drafted letter to parent re: case status and correspondence sent to SunRise Academy | 0.42<br>110.00/hr | 46.20 |
| 8/31/2005 | DH | Discussion with the mother regarding the status of the student's case. | 0.17<br>235.00/hr | 39.95 |
| 9/20/2005 | DH | Review the student's educational file to determine complaince with the expressed written terms of the order of the independent hearing officer, conduct educational research regarding remedies available to the parent, draft administrative due process hearing complaint for Ms. Neloms' review. | 2.00<br>235.00/hr | 470.00 |
| | RN | Review the administrative due process hearing complaint drafted by Mr. Hill. | 0.33<br>235.00/hr | 77.55 |
| 9/22/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes/posted deadline dates to Outlook and Desk Calendars | 0.50<br>110.00/hr | 55.00 |

Keith Butler                                                                                                                Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2005 | DH | Discussion with the mother regarding the DCPS' violation of the order, draft and send letter to DCPS informing them of noncompliance and the parent's intent to file a due process hearing. director at the Pines regarding the Pines intention to discharge the student. | 0.17<br>235.00/hr | 39.95 |
| 10/28/2005 | DD | Reviewed file for complaint file | 0.83<br>185.00/hr | 153.55 |
|  | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.42<br>110.00/hr | 46.20 |
| 11/4/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.00<br>110.00/hr | 110.00 |
|  | DH | Prepare disclosure to DCPS | 1.00<br>235.00/hr | 235.00 |
| 11/5/2005 | DH | Draft and send letter to school and DCPS regarding the student's MDT/IEP Meeting. | 0.33<br>235.00/hr | 77.55 |
| 11/8/2005 | CW | Reviewed request for hearing, prior HOD in preparation for hearing; teleconference with parent and discussed status of meeting in preparation for hearing | 1.00<br>360.00/hr | 360.00 |
|  | WB | Drafted letter to parent re: case status w/ Notice of IEP/MDT Meeting | 0.50<br>110.00/hr | 55.00 |
| 11/10/2005 | CW | Reviewed request for hearing; conference with parent and reviewed witness questions in preparation for hearing | 1.00<br>360.00/hr | 360.00 |
| 11/13/2005 | DH | Prepare for the student's administrative due process hearing request. | 2.50<br>235.00/hr | 587.50 |
| 11/14/2005 | CW | Appearance to 825 North Capital for due process hearing to address DCPS' violation of the IDEIA | 2.50<br>360.00/hr | 900.00 |
|  | DH | Prepare and appear at the student's administrative due process hearing. | 3.00<br>235.00/hr | 705.00 |
|  |  | For professional services rendered | 20.34 | $4,774.90 |
|  |  | Additional Charges : |  |  |
| 8/30/2005 | | Facsimile: HOD letter to Sunrise Academy. |  | 9.00 |
| 9/20/2005 | | Facsimile HR to SHO |  | 7.00 |
| 9/22/2005 | | Copied: HR complaint for parent and advocate. |  | 4.00 |

| Keith Butler | | Page 3 |
|---|---|---|
| | | Amount |
| 9/22/2005 | Postage; letter to parent re: HR complaint. | 0.60 |
| 10/28/2005 | Postage; letter to parent re: HN. | 0.37 |
| | Copied: HN letter for parent and advocate. | 1.00 |
| 11/4/2005 | Copied: Disclosure for SHO and OGC. | 82.00 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 11/5/2005 | Facsimile: letter to Sunrise. | 2.00 |
| 11/8/2005 | Postage; letter to parent (Notice of IEP/MDT Meeting) | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 11/14/2005 | Sedan taxi service to and from DCPS for hearing | 16.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $239.72 |
| | Total amount of this bill | $5,014.62 |