# Exhibit 6

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Leileni Fisher
Karen Fisher
148 Wayne Place, SE
Apt # 101
Washington DC 20032

June 08, 2007
In Reference To:   Leileni Fisher
                   DOB: 5/22/93
                   School: Simmons ES

Invoice # 10000

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2005 | KD | Drafted letter to parent/enclosed copy of 5-23-05 HOD/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| | KD | Requested evaluations to RCA | 0.58<br>110.00/hr | 63.80 |
| | KD | Drafted letter to parent/enclosed copy of Indpndt Eval Rqst to RCA/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| | KD | Reviewed 5-23-05 HOD and added deadline issues to Outlook Calendar | 0.17<br>110.00/hr | 18.70 |
| 6/2/2005 | KD | Requested evaluations to Interdynamics w/enclosures | 0.67<br>110.00/hr | 73.70 |
| | KD | Drafted letter to parent/enclosed copy of Indpndt Eval Rqst to Interdynamics/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 6/8/2005 | DD | Reviewed file and request for adapative vineland | 1.50<br>185.00/hr | 277.50 |
| 6/9/2005 | KD | Phone call to Interdynamics re status of evals requested on 6-2-05 | 0.08<br>110.00/hr | 8.80 |
| 6/15/2005 | KD | Phone call to Interdynamics and to Atty Hill re eval rqst status | 0.08<br>110.00/hr | 8.80 |

Leileni Fisher                                                                                                              Page        2

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2005 | KD | Reviewed Case File and 5-23-05 HOD and provided Case Status review to Atty and File/added to case notes | 0.42 110.00/hr | 46.20 |
| | KD | Drafted letter to parent/enclosed copy of Ltr from Interdynamics re scheduling of evals/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20 |
| 6/27/2005 | DD | Reviewed file and correspondence from interdynamics | 0.83 185.00/hr | 153.55 |
| 7/5/2005 | DD | reviewed file and evaluations | 0.67 185.00/hr | 123.95 |
| 7/7/2005 | DH | Receive and review the student's neuropsychological evaluation. | 0.83 235.00/hr | 195.05 |
| 7/13/2005 | KD | Drafted letter to parent/enclosed copy of 6-13-05 Neuropsych eval/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20 |
| 7/22/2005 | DH | Draft letter, for Ms. Neloms' review, providing DCPS of the student's social history evaluation, and request for a speech and language evaluation. | 0.25 235.00/hr | 58.75 |
| | DH | Receive and review the student's social history evaluation. | 0.25 235.00/hr | 58.75 |
| | RN | Review letter, drafted by Mr. Hill, providing DCPS of the student's social history evaluation, and request for a speech and language evaluation. | 0.08 235.00/hr | 18.80 |
| 7/26/2005 | RN | Review letter drafted by Mr. Hill, providing DCPS with a copy of the student's educational evaluation, and request for additional assessments. | 0.08 235.00/hr | 18.80 |
| 8/1/2005 | KD | Drafted letter to parent/enclosed copies of Evals and Atty's 7-22-05 Ltr to DCPS/copy to advc and file/added to case notes/mailed copy ot Kevin Carter | 0.42 110.00/hr | 46.20 |
| 8/4/2005 | DD | Reviewed neuropsychological evaluation and file | 1.83 185.00/hr | 338.55 |
| 8/11/2005 | DH | Receive and review the student's adaptive vineland assessment. | 0.42 235.00/hr | 98.70 |
| | KD | Phone call to Interdynamics re status of OT eval | 0.08 110.00/hr | 8.80 |
| 8/17/2005 | DH | Draft and send letter to Mary Lee Phillips, regarding the status of the parent's requested evaluations. | 0.17 235.00/hr | 39.95 |
| 8/22/2005 | KD | Phone call to Interdynamics re status of evals | 0.08 110.00/hr | 8.80 |

Leileni Fisher                                                                                                         Page       3

|            |     |                                                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/23/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 8-17-05 Ltr to DCPS rqstng copies of evals/copy to advc and file/added to case notes | 0.42 110.00/hr  | 46.20  |
| 8/24/2005  | KD  | Phone call to Interdynamics re status of evals                                                                                       | 0.08 110.00/hr  | 8.80   |
| 8/26/2005  | KD  | Phone call to Interdynamics re status of evals requested                                                                             | 0.08 110.00/hr  | 8.80   |
| 8/30/2005  | WB  | Discussion with Ms. Howell of Interdynamics, Inc. re: pending independent Occupational Therapy evaluation                            | 0.25 110.00/hr  | 27.50  |
| 8/31/2005  | KD  | Phone call to Interdynamics re status of OT eval                                                                                     | 0.08 110.00/hr  | 8.80   |
| 9/2/2005   | WB  | Discussion with Ms. Zegowitz of Interdynamics, Inc. re: pending Occupational Therapy Evaluation                                      | 0.25 110.00/hr  | 27.50  |
|            | BDL | Drafted letter to parent with copy of the letter sent to Acting Director.                                                            | 0.42 110.00/hr  | 46.20  |
|            | DH  | Draft and send letter to DCPS providing a copy of all completed evaluations on the student and request to reconvene.                 | 0.25 235.00/hr  | 58.75  |
|            | DH  | Receive and review the student's occupational therapy evaluation.                                                                    | 0.42 235.00/hr  | 98.70  |
| 9/22/2005  | DH  | Draft letter to special education coordinator requesting that DCPS comply with the order and schedule the student's MDT/IEP Meeting. | 0.17 235.00/hr  | 39.95  |
| 9/23/2005  | DH  | Draft and file notice of noncompliance and the parent's intent to file a due process hearing.                                        | 0.17 235.00/hr  | 39.95  |
| 9/27/2005  | KD  | Drafted letter to parent/enclosed copy of Atty's 9-22-05 Ltr to DCPS re MDT or HR to be filed/copy to advc and file/added to case notes | 0.42 110.00/hr | 46.20  |
|            | DH  | Draft due process hearing complaint, take to Ms. Neloms for her review.                                                              | 2.00 235.00/hr  | 470.00 |
|            | RN  | Review due process hearing complaint drafted by Mr. Hill.                                                                            | 0.33 235.00/hr  | 77.55  |
| 10/4/2005  | KD  | Phone call from parent re case status                                                                                                | 0.08 110.00/hr  | 8.80   |
|            | KD  | typed email memo to Atty Hill re call from parent re case status                                                                     | 0.08 110.00/hr  | 8.80   |
| 10/5/2005  | KD  | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes/posted deadline date to Outlook and Desk Calendars | 0.50 110.00/hr | 55.00 |

| Leileni Fisher | | | | Page | 4 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 10/7/2005 | KD | Prepared and sent placement package to RCA | | 0.75 110.00/hr | 82.50 |
| | KD | Prepared and sent placement package to Prospect | | 0.42 110.00/hr | 46.20 |
| | KD | Prepared and sent placement package to Pathways | | 0.42 110.00/hr | 46.20 |
| | KD | Drafted letter to parent/enclosed copies of Plcmnt Ref Ltrs/copy to advc and file/added to case notes | | 0.42 110.00/hr | 46.20 |
| 10/20/2005 | KC | Appearance at Nevel Thomas ES for Resolution Meeting. | | 2.00 185.00/hr | 370.00 |
| | KC | Reviewed student's administrative complaint & neuropsychological evaluation in preparation for Resolution Meeting. | | 1.00 185.00/hr | 185.00 |
| 11/3/2005 | DH | Discussion with mother regarding case status. | | 0.25 235.00/hr | 58.75 |
| 11/8/2005 | CMM | Drafted letter to parent with hearing information | | 0.50 110.00/hr | 55.00 |
| | CMM | Phone call to parent to notify and confirm hearing attendance | | 0.17 110.00/hr | 18.70 |
| 11/12/2005 | DH | Conduct educational research, draft notice to strike DCPS' response to the parent's complaint as being insufficient. | | 3.00 235.00/hr | 705.00 |
| 11/14/2005 | CMM | Drafted status letter to parent | | 0.50 110.00/hr | 55.00 |
| 11/25/2005 | MT | File Review and sent letter to parent/student | | 0.17 130.00/hr | 22.10 |
| 12/1/2005 | DH | Review the student's educational file, prepare five-day disclosures for the lead attorney's review. | | 1.50 235.00/hr | 352.50 |
| | DH | Reviewed five-day disclosures prepared by Mr. Hill | | 0.33 235.00/hr | 77.55 |
| | WB | Conference with parent re: case status and upcoming hearing on 12/8/05 @ 1:00 pm | | 0.17 110.00/hr | 18.70 |
| | WB | Assisted attorney to prepare disclosure to DCPS | | 1.75 110.00/hr | 192.50 |
| 12/7/2005 | DH | Prepare for the student's administrative due process hearing. | | 2.50 235.00/hr | 587.50 |

Leileni Fisher                                                                                           Page    5

|            |    |                                                                                                                                                      | Hrs/Rate        | Amount    |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 12/7/2005  | CW | Reviewed request for hearing, prior HODs, psychoeducational evaluaiton, MDT meeting notes, and IEP in preparation for hearing; conference with parent, advocate and reviewed witness questions in preparation for hearing | 2.25 360.00/hr  | 810.00    |
| 12/8/2005  | KC | Prepared for Due Process Hearing                                                                                                                     | 0.75 185.00/hr  | 138.75    |
|            | KC | Appearance to 825 North Capital for due process hearing                                                                                              | 2.00 185.00/hr  | 370.00    |
|            | DH | Prepare for and appear at the student's administrative due process hearing.                                                                          | 4.00 235.00/hr  | 940.00    |
|            | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Office Smith to address DCPS' violation of the IDEIA                 | 2.17 360.00/hr  | 781.20    |
|            |    | For professional services rendered                                                                                                                   | 44.61           | $8,934.00 |

Additional Charges :

| Date       | Description                                                                          | Amount |
|------------|--------------------------------------------------------------------------------------|--------|
| 5/23/2005  | Copied documents; HOD                                                                | 6.00   |
|            | Facsimile Received from DCPS; HOD                                                    | 6.00   |
| 5/24/2005  | Postage; Evaluation request to HOD and RCA to parent.                                | 0.83   |
|            | Copied documents(RCA-Indpnt.eval rqst.w/Enclsrs)                                     | 28.00  |
|            | Postage; Independent evaluations request to RCA.                                     | 7.90   |
|            | Copied: Independent evaluation request and HOD letter for parent and advocate.       | 5.00   |
|            | Facsimile- Indpnt eval rast and Cvr Ltr                                              | 6.00   |
| 6/2/2005   | Copied: Independent evaluation request for Interdyanamics, parent and advocate.      | 29.75  |
|            | Facsimile: Independent evaluation request to OGC and OSE.                            | 6.00   |
|            | Postage; Independent evaluation to Interdynamics.                                    | 3.95   |
|            | Postage; Independent evaluation request letter to parent.                            | 0.37   |
| 6/22/2005  | Postage; Evaluations letter to parent                                                | 0.37   |
|            | Copied: Evaluations letter for parent and advocate.                                  | 0.75   |
| 6/23/2005  | Copied: Letter from Interdynamics for attorney.                                      | 0.50   |

| Leileni Fisher | | Page 6 |
|---|---|---|
| | | Amount |
| 7/13/2005 | Copied documents-6-13-05 Indpnt Neuro Psych eval and CVR LTR | 5.50 |
| | Postage; Neuro Psych evaluation letter to parent. | 0.60 |
| 8/1/2005 | Copied: Evaluations for parent, advocate, and K.C. | 12.00 |
| | Postage; letter to parent re: evaluations. | 0.83 |
| 8/17/2005 | facsimile: Letter to OSE. | 2.00 |
| 8/23/2005 | Postage; letter to parent re: copies of evaluations requesr. | 0.37 |
| | Copied: evaluations request for parent and advocate. | 1.50 |
| 9/2/2005 | Copied: evaluations. | 8.00 |
| | Postage; letter. | 1.52 |
| | Facsimile letter re: evals to OMC | 2.00 |
| 9/22/2005 | Facsimile letter to OMC | 2.00 |
| 9/27/2005 | Postage; letter to parent re: MDT or HR to be filed. | 0.37 |
| | Copied: letter for parent and advocate re: HR to be filed. | 1.50 |
| 10/5/2005 | Postage; letter to parent re: HR-Complaint. | 0.37 |
| | Copied: HR-Complaint for parent and advocate. | 6.00 |
| 10/7/2005 | Postage; letter to parent re: placement. | 0.37 |
| | Postage; placement package to RCA, Pathways, and Prospect. | 11.85 |
| | Copied: placement package for RCA, Pathways, and Prospect. Placement letter for parent and advocate. | 115.00 |
| 10/20/2005 | Copied status report+ MDT meeting notes | 1.50 |
| 10/25/2005 | Facsimile: letter to OSE and school. | 26.00 |
| 11/8/2005 | Postage; letter to parent re: HND. | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| 11/12/2005 | Facsimile: motion to strike to SHO and OGC. | 42.00 |
| 11/14/2005 | Copied: case status letter for parent. | 0.25 |
| 11/15/2005 | Postage; letter to parent | 0.37 |

| Leileni Fisher | Page 7 |
|---|---:|
| | **Amount** |
| 11/25/2005 Postage; letter to parent | 0.37 |
| 12/1/2005 Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| Copied: Disclosure for DCPS. | 75.00 |
| 12/8/2005 Sedan taxi service to DCPS for hearing.(2attny, and adv.) | 8.00 |
| Copied: IEP for adv. | 46.50 |
| File review preparation of bill and invoice audit | 96.88 |
| Total costs | $590.94 |
| Total amount of this bill | $9,524.94 |