# Exhibit 7

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Gantt, Steve

June 08, 2007
In Reference To:   Gantt, Steve
Invoice # 10000

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2004 | DH | Review the student's educational file, draft and send letter to the Rock Creek Academy regarding the student's MDT/IEP meetings. | 0.33<br>235.00/hr | 77.55 |
| 9/15/2004 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation received on 9/7/04 enclosed | 0.50<br>110.00/hr | 55.00 |
| 10/4/2004 | KC | Reviewed client file in preparation for MDT/IEP meeting at Rock Creek Academy. | 1.25<br>185.00/hr | 231.25 |
| 10/8/2004 | WB | Drafted letter to parent w/ MDT Meeting Notice Letter of Invitation | 0.58<br>110.00/hr | 63.80 |
| 10/14/2004 | DH | Draft and send letter to Ms. Paige, Education Coordinator at the Rock Creek Academy. | 0.33<br>235.00/hr | 77.55 |
| 10/15/2004 | JF | Prepared for MDT/IEP meeting, reviewed and examined IEP evaluaitons such as Psycho-Ed. Psychiatric, neuro-psychological, etc. contacted parent and placement monitor. | 1.50<br>195.00/hr | 292.50 |
| 10/19/2004 | KD | Reviewed MDT Confirmation for 10/28 at 1:00 at RCA | 0.08<br>110.00/hr | 8.80 |
| | KD | Drafted letter to parent and enclosed a copy of the MDT Confirmation for 10/28/04 at RCA/copy to advocate and case file/added to case notes | 0.33<br>110.00/hr | 36.30 |
| | KD | Reviewed Atty's Ltr to RCA re conflict with MDT dates in mid-Oct | 0.08<br>110.00/hr | 8.80 |

Gantt, Steve                                                                                                                    Page    2

|            |     |                                                                                                                                                 | Hrs/Rate        | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 10/19/2004 | KD  | Drafted letter to parent and enclosed a copy of Atty's Ltr to RCA re conflict w/MDT dates in mid-Oct/copy to advocate and case file / added to case notes | 0.33 110.00/hr  | 36.30    |
| 10/27/2004 | JF  | Prepared for MDT/IEP meeting by reviewing IEP, all available evaluations ( Psycho-educational, S/L, Social, Clinical, etc.), contacted parent | 1.50 195.00/hr  | 292.50   |
| 10/28/2004 | DH  | Discussion with with child's attorney regarding MDT/IEP meeting at RCA. Discussed issues and developed strategy.                                | 0.50 235.00/hr  | 117.50   |
|            | JF  | Attended MDT/IEP @ Rock Creek Academy RCA. Meeitng was convened the purpose of the meeting was to conduct an annual review of this child's IEP | 0.83 195.00/hr  | 161.85   |
|            | JF  | Discussion with with child's attorney regarding MDT/IEP meeting at RCA. Discussed issues and developed strategy.                                | 0.50 195.00/hr  | 97.50    |
| 11/30/2004 | DH  | Draft and send letter to the Rock Creek Academy regaridng possible dates to reconvene the student's MDT/IEP meeting.                            | 0.33 235.00/hr  | 77.55    |
|            | WB  | Drafted letter to parent w/ MDT Letter of Invitation Response enclosed                                                                          | 0.42 110.00/hr  | 46.20    |
| 12/1/2004  | BDL | Sent case status to the parent with a copy of the letter sent to Arvette Paige.                                                                 | 0.50 110.00/hr  | 55.00    |
| 12/7/2004  | WB  | Drafted letter to parent w/ confirmation of meeting notice for 12/22/04 @ 10:00 am                                                              | 0.50 110.00/hr  | 55.00    |
| 12/22/2004 | KD  | Phone call from parent to confirm IEP Mtng today at 10:00 am                                                                                    | 0.08 110.00/hr  | 8.80     |
|            | JF  | Attended MDT/IEP @ Rock Creek Academy                                                                                                           | 5.83 195.00/hr  | 1,136.85 |
| 1/4/2005   | KD  | Drafted letter to parent and enclosed a copy of DCPS Notice to Parent of Intent to Evaluate/copy to file                                        | 0.42 110.00/hr  | 46.20    |
| 1/19/2005  | KD  | Drafted letter to parent/enclosed a copy of DCPS Notice of Intent to Evaluate / copy to advc and file                                           | 0.42 110.00/hr  | 46.20    |
|            | DH  | Receive and review the student's psycho-educational evaluation from the Rock creek Academy.                                                     | 0.50 235.00/hr  | 117.50   |
| 1/24/2005  | KD  | Drafted letter to parent/enclosed a copy of the 1-12-05 Educational Evaluation Report / copy to advc and file                                   | 0.33 110.00/hr  | 36.30    |
| 1/27/2005  | DD  | Reviewed  completed educational evaluation                                                                                                      | 0.42 185.00/hr  | 77.70    |

Gantt, Steve                                                                                                                Page        3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2005 DH | Receive and review the student's occupational therapy evaluation. | | 0.50<br>235.00/hr | 117.50 |
| 2/11/2005 KD | Drafted letter to parent/enclosed copy of 1-24-05 OT eval report/copy to advc and file | | 0.42<br>110.00/hr | 46.20 |
| 3/25/2005 KD | Drafted letter to parent/enclosed copy of Attendance Alert from RCA/copy to advc and file/added to case notes | | 0.42<br>110.00/hr | 46.20 |
| 5/16/2005 WB | Drafted letter to parent re: closing case file | | 0.42<br>110.00/hr | 46.20 |
| 7/25/2005 RN | Review letter, drafted by Mr. Hill, providing a copy of all the student's evaluations and request for independent assessments. | | 0.08<br>235.00/hr | 18.80 |
| DH | Draft letter, for Ms. Neloms' review, providing DCPS with a copy of all the student's evaluations and request for independent assessments. | | 0.25<br>235.00/hr | 58.75 |
| 7/26/2005 DD | Reviewed clinical evaluation | | 0.50<br>185.00/hr | 92.50 |
| 8/9/2005 KD | Drafted letter to parent/enclosed copy of Clinical Psych eval w/Atty's 7-25-05 Ltr to DCPS/copy to advc and file/added to case notes | | 0.42<br>110.00/hr | 46.20 |
| 8/16/2005 KD | Drafted letter to parent/enclosed copy of Intent to Evaluate from RCA/copy to advc and file/added to case notes | | 0.42<br>110.00/hr | 46.20 |
| 8/26/2005 RN | Review the student's draft administrative due process hearing request drafted by Mr. Hill. | | 0.33<br>235.00/hr | 77.55 |
| DH | Review the student's educational file to determine DCPS compliance with the MDT Team's request for reevaluations, draft administrative due process hearing request for Ms. Neloms' review. | | 2.33<br>235.00/hr | 547.55 |
| 8/29/2005 KD | Phone call to parent re calls from DCPS to schedule Mtngs to be referred to Atty Hill | | 0.08<br>110.00/hr | 8.80 |
| 8/30/2005 KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes/posted deadline date to Outlook and Desk Calendars | | 0.42<br>110.00/hr | 46.20 |
| 9/9/2005 KD | Phone call to parent re calls from DCPS to schedule Resolution Meeting/email to Atty Hill re same | | 0.08<br>110.00/hr | 8.80 |
| 9/26/2005 KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | | 0.33<br>110.00/hr | 36.30 |
| 10/13/2005 KD | Assist attorney to prepare disclosure to DCPS | | 0.67<br>110.00/hr | 73.70 |

Gantt, Steve                                                                                                                    Page    4

|            |    |                                                                                                                                                                                                                     | Hrs/Rate        | Amount     |
|------------|----|---|---|---|
| 10/13/2005 | DH | Review the student's educational file, prepare five-day disclosures, give to lead attorney for her review. | 1.00<br>235.00/hr | 235.00 |
| 10/19/2005 | DH | Prepare for the student's administrative due process hearing. | 2.00<br>235.00/hr | 470.00 |
|            | CW | Reviewed request for hearing, IEP meeting notes, IEP, psychoeducational evaluation, clinical evaluation and teacher reports in preparation for hearing; teleconference with parent and reviewed witness questions in preparation for hearing | 1.50<br>360.00/hr | 540.00 |
| 10/20/2005 | CW | Reviewed request for hearing; appearance at 825 North Capital Street for administrative due process hearing to address DCPS' violations of the IDEIA and denial of FAPE | 2.83<br>360.00/hr | 1,018.80 |
|            | DH | Reviewed request for hearing; prepare for the student's administrative hearing and appearance at 825 North Capital Street for administrative due process hearing to address DCPS' violations of the IDEIA and denial of FAPE | 2.83<br>235.00/hr | 665.05 |
|            |    | For professional services rendered | 36.22 | $7,506.80 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 2/19/2003 | Postage/Birthday Card | 0.37 |
| 9/14/2004 | Facsimile to RCA. | 4.00 |
|           | Facsimile to OGC. | 4.00 |
|           | Facsimile to DCPS. | 4.00 |
| 9/15/2004 | Postage; letter to parent (MDT ltr inv(=) | 0.22 |
| 10/19/2004 | Copied documents; letter to RCA and parent re: MDT dates | 4.50 |
|           | Postage; letter to parent re: MDT mtg | 0.37 |
|           | Postage; letter to parent re: letter to RCA from attorney | 0.37 |
| 11/30/2004 | Postage; letter to parent (MDT ltr of inv response) | 0.37 |
| 12/6/2004 | Postage; letter to parent | 0.37 |
| 1/4/2005 | Copied documents(Parent-Notice to parent of Intent to Evaluate w/CVR letter) | 0.75 |
|           | Postage; letter to parent of notice to evaluate. | 0.37 |
| 1/19/2005 | Copied Notice of intent to evaluate to the parent and advocate with cover letter | 1.50 |

| Gantt, Steve | | Page 5 |
|---|---|---|
| | | Amount |
| 1/19/2005 | Postage; Letter to the parent with DCPS notice intent to evaluation. | 0.37 |
| 1/24/2005 | Copied documents(Parent-Adv-1/12/05 Educational eval w/cvr letter) | 289.00 |
| | Postage; Letter to the parent with educational report. | 0.37 |
| 2/11/2005 | Copied documents(Parent/adv-1/24/05-OT w/cvr letter) | 64.00 |
| | Postage; Letter to the parent wtih OT evaluation. | 0.60 |
| 3/25/2005 | Postage; Letter to the parent re: Attendance alert. | 0.37 |
| | Copied documents; attendance alert from RCA to parent/advocate/Fernandez | 1.50 |
| 8/9/2005 | Postage; letter to parent re: clinical psych evaluation. | 1.06 |
| | Copied: Clinicla psych evaluation for parent and advocate. | 9.00 |
| 8/15/2005 | Postage; letter to parent re: notice of intent to evaluate | 0.37 |
| | Copied: Notice of intent to evaluate for parent and advocate. | 1.50 |
| 8/26/2005 | Facsimile HR to SHO | 7.00 |
| 8/29/2005 | Postage; letter to parent re: HR complaint. | 0.60 |
| | Copied: HR-complaint for parent and advocate. | 4.00 |
| 9/19/2005 | Postage; letter to parent re: HR filed. | 0.60 |
| | Copied: HR letter for parent and advocate. | 3.00 |
| 9/26/2005 | Postage; letter to parent re: HN. | 0.37 |
| | Copied: HN for parent and advocate. | 1.00 |
| 10/13/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: disclosure for SHO and OGC. | 28.00 |
| 10/20/2005 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $550.78 |
| | Total amount of this bill | $8,057.58 |