# Exhibit 9

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Marvin Johnson

June 08, 2007
In Reference To:    Marvin Johnson

Invoice # 10000

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2005 | RG | Reviewed HOD;  memo to RB re: class schedule and observation needed; instructions to YA re: status letter for mom and indep referral to be made | 0.50 360.00/hr | 180.00 |
| | YA | review memo to sent our referral to Interdynamics | 0.17 110.00/hr | 18.70 |
| | YA | Prepared and sent referral packages to Interdynamics re, independent evaluations | 1.00 110.00/hr | 110.00 |
| | YA | Research educational needs re, referral | 0.25 110.00/hr | 27.50 |
| 9/2/2005 | YA | Draft letter re: HOD to parent. | 0.58 110.00/hr | 63.80 |
| | YA | Referral. | 0.17 110.00/hr | 18.70 |
| | RB | Reviewed 8/31/05 HOD | 0.17 185.00/hr | 31.45 |
| 9/6/2005 | YA | Drafted letter to parent re, referral for Independent evaluation | 0.58 110.00/hr | 63.80 |
| 9/7/2005 | RB | Phone call from parent about independent OT evaluation date | 0.17 185.00/hr | 31.45 |

Marvin Johnson                                                                                    Page    2

|            |    |                                                                                  | Hrs/Rate        | Amount |
|------------|----|----------------------------------------------------------------------------------|-----------------|--------|
| 9/8/2005   | YA | File disclosure documents from hearing held August 31, 2005                      | 0.75 110.00/hr  | 82.50  |
| 9/15/2005  | RG | Conference with parent                                                           | 0.33 360.00/hr  | 118.80 |
| 9/20/2005  | RG | Conference with parent                                                           | 0.33 360.00/hr  | 118.80 |
| 9/28/2005  | YA | Draft letter to Interdynamics re, Hearing Officer Determination                  | 0.42 110.00/hr  | 46.20  |
|            | YA | Discussion with the child's attorney                                             | 0.17 110.00/hr  | 18.70  |
|            | RG | Reviewed OT                                                                      | 0.33 360.00/hr  | 118.80 |
| 9/29/2005  | RB | Reviewed 9/9/05 OT evaluation by Interdynamics, Inc.                             | 0.42 185.00/hr  | 77.70  |
| 9/30/2005  | RB | Memo to attorney re results and implications of Interdynamics, Inc. OT evaluation | 0.17 185.00/hr  | 31.45  |
| 10/3/2005  | YA | Draft letter to Mediation and Compliance re, Occupational Therapy Evaluation     | 0.42 110.00/hr  | 46.20  |
|            | YA | Draft letter to Garrison ES re, Occupational Therapy Evaluation                  | 0.75 110.00/hr  | 82.50  |
| 10/4/2005  | YA | Telephone call to DCPS, Garrison ES school staff re,current information          | 0.17 110.00/hr  | 18.70  |
|            | YA | Drafted letter to parent re, completed Occupational Therapy Evaluation           | 0.58 110.00/hr  | 63.80  |
|            | YA | Tickled Meeting Deadline pursuant the Hearing Officer's Determination            | 0.17 110.00/hr  | 18.70  |
|            | RG | Conference with parent                                                           | 0.33 360.00/hr  | 118.80 |
|            | RB | Telephone call from A. Neverson/Garrison ES re current enrollment status; she will fax OT report to Lincoln MS | 0.17 185.00/hr  | 31.45  |
|            | RB | Memo to attorney re Garrison telephone call and OT report                        | 0.08 185.00/hr  | 14.80  |
| 10/5/2005  | RB | Phone call to parent re enrollment status, OT evaluation, 30-day review meeting, and progress this SY | 0.33 185.00/hr  | 61.05  |

Marvin Johnson                                                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2005 | RB | Telephone call to Lincoln MS re OT evaluation receipt--incomplete | 0.17<br>185.00/hr | 31.45 |
|  | RB | Discussed with paralegal (twice) need to fax OT evaluation to Lincoln MS; provided faxing information | 0.17<br>185.00/hr | 31.45 |
|  | RB | Memo to attorney re OT evaluation, 30-day review, definite enrollment status, and progress this SY | 0.42<br>185.00/hr | 77.70 |
|  | YA | Discussion with advocate re, Occupational Evaluation and current school | 0.17<br>110.00/hr | 18.70 |
|  | YA | Draft letter to Lincoln MS re, Occupational Therapy Evaluation | 0.42<br>110.00/hr | 46.20 |
| 10/17/2005 | RG | Conference with parent and follow up with advocate | 0.33<br>360.00/hr | 118.80 |
|  | YA | sent meeting deadlone | 0.17<br>110.00/hr | 18.70 |
| 10/24/2005 | RB | Reviewed case notes and HOD; drafted and faxed letter to Lincoln MS SEC | 0.42<br>185.00/hr | 77.70 |
| 10/28/2005 | RG | Prepared and file due process hearing request to DCPS | 1.00<br>360.00/hr | 360.00 |
|  | RG | Conference with parent re: status and review case notes | 0.42<br>360.00/hr | 151.20 |
| 10/31/2005 | YA | Tickled meeting resolution | 0.33<br>110.00/hr | 36.30 |
|  | YA | Drafted letter to parent re, meeting resolution | 0.58<br>110.00/hr | 63.80 |
|  | YA | Drafted letter to parent re, detailed Hearing Request | 0.58<br>110.00/hr | 63.80 |
| 11/1/2005 | YA | Tickled meeting resolution deadline | 0.17<br>110.00/hr | 18.70 |
| 11/2/2005 | AAG | File Review and sent letter to parent/student | 0.25<br>110.00/hr | 27.50 |
|  | YA | Drafted letter to parent re, resolution meeting deadline | 0.58<br>110.00/hr | 63.80 |
| 11/4/2005 | YA | Telephone call from DCPS school staff, Ms. Batie, Lincoln Middle School re, Hearing Request | 0.33<br>110.00/hr | 36.30 |

Marvin Johnson                                                                          Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2005 | YA | Telephone call from DCPS staff re, Hearing Request | 0.25<br>110.00/hr | 27.50 |
| 11/9/2005 | RB | Reviewed case notes; memo to attorney that DRS subsequent to HR is due by 11/13/05 | 0.17<br>185.00/hr | 31.45 |
| 11/10/2005 | YA | sent deadline resolution meeting notice to advocate and attorney | 0.17<br>110.00/hr | 18.70 |
| 11/17/2005 | RB | Memo to attorney re status of school contact | 0.08<br>185.00/hr | 14.80 |
| | RB | Drafted and faxed letter to Lincoln MS SEC re need for meeting with proposed dates | 0.42<br>185.00/hr | 77.70 |
| | RG | Conference with parent telephone call to check in | 0.33<br>360.00/hr | 118.80 |
| 11/21/2005 | RG | Conference with parent- telephone call to check in and discuss report card | 0.33<br>360.00/hr | 118.80 |
| 11/30/2005 | YA | Drafted letter to parent re, Hearing Date Notice | 0.58<br>110.00/hr | 63.80 |
| 12/1/2005 | RB | Reviewed hearing notice; calendarized | 0.08<br>185.00/hr | 14.80 |
| 12/2/2005 | RG | Conference with parent re: 10 day letter and current status of MJ | 0.33<br>360.00/hr | 118.80 |
| | YA | File Review and sent letter to parent/student | 0.17<br>110.00/hr | 18.70 |
| 12/5/2005 | RB | Memo from attorney re progress per parent's report | 0.17<br>185.00/hr | 31.45 |
| 12/6/2005 | RG | Conference with parent | 0.33<br>360.00/hr | 118.80 |
| 12/8/2005 | YA | Assist attorney to prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel and tabbing for Hearing Officer | 1.50<br>110.00/hr | 165.00 |
| | RB | Discussion with attorney: case strategy | 0.17<br>185.00/hr | 31.45 |
| | RB | Phone call to parent re reevaluation and school's position on need for service | 0.25<br>185.00/hr | 46.25 |
| | RB | Memo to attorney re parent's position re reevaluation and last formal testing | 0.17<br>185.00/hr | 31.45 |

Marvin Johnson                                                                                                    Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2005 | RB | Drafted pre-dated letter to school and completed evaluation consent form for parent to request reevaluation from school; gave to attorney to hand deliver to parent at hearing 12/16/05 | 0.42<br>185.00/hr | 77.70 |
|  | RG | Prepare disclosure to DCPS; and discussion with advocate (10) | 1.17<br>360.00/hr | 421.20 |
| 12/13/2005 | RG | Prepared and file response to motion to reomve | 0.50<br>360.00/hr | 180.00 |
| 12/14/2005 | RB | Prepared for Due Process Hearing: reviewed disclosure packet | 0.50<br>185.00/hr | 92.50 |
| 12/15/2005 | RB | Discussion with attorney: pending hearing and DRS issue | 0.17<br>185.00/hr | 31.45 |
|  | RG | Prepared for Due Process Hearing and call from mom | 1.50<br>360.00/hr | 540.00 |
| 12/16/2005 | RB | Memo from attorney re hearing's completion | 0.08<br>185.00/hr | 14.80 |
|  | RB | Phone call from parent re hearing outcomes | 0.33<br>185.00/hr | 61.05 |
|  | RG | Appearance to 825 North Capital for due process hearing | 2.00<br>360.00/hr | 720.00 |
|  | RB | Memo to attorney re parent's report about specialized instruction and counseling at Lincoln MS | 0.17<br>185.00/hr | 31.45 |
|  | For professional services rendered |  | 28.36 | $6,074.85 |

Additional Charges :

| | | |
|---|---|---|
| 9/1/2005 | Copied documents; HOD | 7.00 |
| | Facsimile OT referral to Interdynamics | 18.00 |
| 9/2/2005 | Copied documents; letter to parent re: HOD | 0.50 |
| | Postage; letter to parent re: HOD. | 0.60 |
| 9/6/2005 | Copied documents; letter to parent | 0.50 |
| | Postage; letter to parent re: referral. | 0.37 |
| 9/28/2005 | Copied: OT for parent and advocate. | 3.50 |

Marvin Johnson                                                                 Page      6

|  |  | Amount |
|---|---|---:|
| 9/28/2005 | Facsimile HOD to Interdynamics | 8.00 |
| 10/3/2005 | Facsimile(reg.MDT+OT) | 8.00 |
| 10/4/2005 | Postage: letter to parent re: OT and meeting request. | 0.60 |
|  | Copied documents(Parent-letter -OT reg. meeting) | 0.25 |
|  | Copied documents<br>OT evaluation | 4.25 |
| 10/24/2005 | Facsimile: Meeting letter to Lincoln MS. | 2.00 |
| 10/31/2005 | Copied: HR for parent and advocate. | 4.00 |
|  | Copied: resolution meeting for parent and advocate. | 2.25 |
| 11/2/2005 | Copied: HR letter for parent . | 0.25 |
|  | Postage; letter to parent re: meeting resolution. | 0.37 |
|  | Copied: Meeting resolution letter for parent. | 0.25 |
|  | Postage; letter to parent re: HR. | 0.60 |
| 11/17/2005 | Facsimile: mtg. letter to Lincoln MS. | 2.00 |
| 11/30/2005 | Copied: HDN letter for parent, adv, file and adm. | 1.00 |
| 12/1/2005 | Postage; letter to parent re: HDN. | 0.37 |
| 12/2/2005 | Postage; | 0.37 |
| 12/8/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO, OGC and atty. | 80.25 |
| 12/16/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $262.16 |
|  | Total amount of this bill | $6,337.01 |