# Exhibit 11

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Denzel King
Pamela King
1224 Congress Street, SE
Washington DC 20032


June 08, 2007
In Reference To:      Denzel King
                     DOB: 7/8/96
                     School: MgGogney ES

Invoice # 10000

        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/25/2005 CMM | Review HOD and drafted letter to parent detailing HOD | 0.58 105.00/hr | 60.90 |
| 7/27/2005 CG | Reviewed HOD dated: 7/21/05 for review for meeting | 0.58 175.00/hr | 101.50 |
| 8/3/2005 RN | Draft letter to school requesting meeting for the student. | 0.42 235.00/hr | 98.70 |
| 8/4/2005 RN | Phone call to parent ; discussing the need to have a meeting for the student. | 0.08 235.00/hr | 18.80 |
| 8/11/2005 CMM | Drafted letter to parent/enclosed letter sent to McGogney in request of MDT meeting to be scheduled | 0.25 105.00/hr | 26.25 |
| 8/18/2005 CMM | Assist attorney in sending correspondence to parent re: supplemental tutorial services | 0.17 105.00/hr | 17.85 |
| 8/23/2005 MM | File review and developed  monthly case status report and devleoped report regarding most recnt communication with the paren and the school and the next step  in the case. | 0.58 150.00/hr | 87.00 |
| MM | File review and developed  monthly case status report | 0.83 150.00/hr | 124.50 |
| 8/26/2005 RN | Draft letter to school requesting MDT meeting. | 0.42 235.00/hr | 98.70 |

Denzel King                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2005 | KC | Reviewed client file in preparation for MDT meeting. | 1.00<br>175.00/hr | 175.00 |
|  | KC | Attended MDT/IEP @ McGogney ES | 2.50<br>175.00/hr | 437.50 |
| 9/7/2005 | KC | Phone call to Ms. Smith ( McGogney) re: inquiry about remaining goals and objectives. | 0.33<br>175.00/hr | 57.75 |
| 9/13/2005 | KC | Draft letter to Mr. Burdin (McGogney ES) re: When completed IEP can be retrieved from school. MDT/IEP meeting was held last week. | 0.75<br>175.00/hr | 131.25 |
| 9/28/2005 | DH | Draft administrative due process hearing for Ms. Neloms' review. | 2.00<br>235.00/hr | 470.00 |
|  | RN | Review the student's administrative due process hearing request. | 0.33<br>235.00/hr | 77.55 |
| 9/29/2005 | KC | Draft letter to Ms. Pamela King re: McGogney's failure to provide JEB & associates with copies of student IEPs. Writer urges parent to direct all communication from the school through the law firm.  Parent also asked to provide copies of IEPs if school has provided them to her. Mailed & filed letter. | 0.83<br>175.00/hr | 145.25 |
|  | KC | Draft letter to Mr. Burdon (Spec. Ed. Coordinator; McGogney ES) re: failure to respond to writer's request to provide students' IEPs in the wake of the 9/1/05 MDT/IEP mtg. Additional request for IEPs. Faxed letter & filed. | 0.75<br>175.00/hr | 131.25 |
|  | MM | File review and developed  monthly case status report | 0.42<br>150.00/hr | 63.00 |
| 9/30/2005 | CMM | Drafted letter to parent detailing hearing request filed 10/28/05 | 0.25<br>105.00/hr | 26.25 |
| 10/19/2005 | RN | Discussion of cases with new attorney. | 0.25<br>235.00/hr | 58.75 |
|  | HR | Assisted attorney in sending case status to parent and placed copy of letter in students master file | 0.17<br>105.00/hr | 17.85 |
| 11/1/2005 | CMM | Discussion with Michelle Moody, Advocate regarding case status | 0.08<br>105.00/hr | 8.40 |
|  | MM | Discussion with claudia | 0.08<br>150.00/hr | 12.00 |
| 11/9/2005 | CMM | Drafted letter to parent with hearirng information | 0.50<br>105.00/hr | 52.50 |

Denzel King                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2005 | CMM | Phone call to parent to notify and confirm hearing attendance | 0.25 105.00/hr | 26.25 |
| 11/18/2005 | DH | Review the student's educational file, prepare five-day disclosures for the student's administrative due process hearing. | 1.00 235.00/hr | 235.00 |
|  | CMM | Assisted attorney to prepare disclosure to DCPS | 1.00 105.00/hr | 105.00 |
| 11/21/2005 | CMM | Drafted case status letter to parent | 0.50 105.00/hr | 52.50 |
| 11/22/2005 | DH | Prepare for the student's administrative due process hearing. | 2.00 235.00/hr | 470.00 |
| 11/28/2005 | KC | Prepared for Due Process Hearing | 1.00 175.00/hr | 175.00 |
|  | KC | Appearance to 825 North Capital for due process hearing | 2.00 175.00/hr | 350.00 |
|  | DH | Prepare and participate in the student's administrative due process hearing. | 3.00 235.00/hr | 705.00 |
|  |  | For professional services rendered | 24.90 | $4,617.25 |
|  |  | Additional Charges : |  |  |
| 7/26/2005 | | Postage; letter to parent re: HOD and return of report cards. |  | 0.83 |
| 8/1/2005 | | Facsimile: Letter to school. |  | 2.00 |
| 8/18/2005 | | Postage; letter to parent. |  | 0.37 |
| 8/26/2005 | | Facsimile response to letter of invitation to McGogney ES |  | 2.00 |
| 9/1/2005 | | Facsimile letter and MDT notes to McCogney ES |  | 6.00 |
|  | | Copied: records and evals for advocate. |  | 13.50 |
|  | | Copied: Meeting notes for attorney and file. |  | 4.50 |
| 9/29/2005 | | Facsimile HR to SHO |  | 8.00 |
|  | | Copied documents; letter to parent and file |  | 3.25 |
|  | | Copied documents; letter |  | 1.50 |
|  | | Facsimile waiver resolution mtg to McGogney |  | 2.00 |

Denzel King                                                                                              Page    4

|  |  | Amount |
|---|---|---:|
| 9/29/2005 | Facsimile to McCogney letter to Special Ed. Coordinator | 3.00 |
|  | Postage; letter to parent. | 0.74 |
| 9/30/2005 | Postage; letter to parent re: HR. | 0.60 |
|  | Copied: HR/waiver resolution for parent. | 2.00 |
| 10/19/2005 | Copied status letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 11/9/2005 | Copied | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 11/18/2005 | Copied: Disclosure for OGC and SHO. | 30.50 |
| 11/22/2005 | Postage; status letter to parent | 0.37 |
| 11/28/2005 | Sedan taxi service to  DCPS for hearing.(atty) | 8.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $187.78 |
|  | Total amount of this bill | $4,805.03 |