# Exhibit 13

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Shaun Miller

June 08, 2007
In Reference To:    Shaun Miller
Invoice # 10000

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2005 | BDL | Conference with parent to discuss opening case and child's educational needs. | 1.50<br>105.00/hr | 157.50 |
| | RG | Consultation with parent and legal assistant, research and case preparation. | 1.50<br>360.00/hr | 540.00 |
| 8/2/2005 | YA | Requested re-evaluations from Eastern SHS | 0.75<br>105.00/hr | 78.75 |
| | YA | Draft letter to Eastern SHS re, request for teacher's qualification | 0.58<br>105.00/hr | 60.90 |
| | YA | Conference with parent in office re, educational records and copied record for parent | 0.50<br>105.00/hr | 52.50 |
| | YA | Research educational needs re, to request records and re-evaluationsq | 0.42<br>105.00/hr | 44.10 |
| | YA | Drafted letter requesting records to Eastern SHS | 0.67<br>105.00/hr | 70.35 |
| 8/3/2005 | RB | Discussion with advocate Moody: autism programs | 0.33<br>175.00/hr | 57.75 |
| | YA | Drafted letter to parent re, notice of request of re-evaluation and records to River Terrace ES | 0.58<br>105.00/hr | 60.90 |
| | YA | Log in case Note and tickle deadline for request made | 0.25<br>105.00/hr | 26.25 |

Shaun Miller                                                                                                                    Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2005 | MM | File review and developed monthly case status report : latest parent and school coimmunicationa nd what needs to happen next. | 0.58<br>150.00/hr | 87.00 |
| | MM | Discussion with robin re: an autistic program in dcps | 0.33<br>150.00/hr | 49.50 |
| | MM | Reviewed iep dated 4/6/05 | 0.25<br>150.00/hr | 37.50 |
| | MM | Reviewed Speech / Language report dated 12/18/02 | 0.33<br>150.00/hr | 49.50 |
| | MM | Reviewed psychiatric evald aetd 7/28/05 | 0.50<br>150.00/hr | 75.00 |
| 8/17/2005 | RG | Drafted letter to DCPS re: parent's placement concerns | 0.58<br>360.00/hr | 208.80 |
| | RG | Prepared and file due process hearing request to DCPS to address placement; IEP team and meeting; ESY | 2.00<br>360.00/hr | 720.00 |
| | YA | Drafted letter to parent re, meeting | 0.58<br>105.00/hr | 60.90 |
| | RG | Conference with parent re: status and concerns | 0.33<br>360.00/hr | 118.80 |
| | YA | Assisted attorney wtih letter to Eastern SHS and Kelly Miller ES re, meeting | 0.42<br>105.00/hr | 44.10 |
| 8/18/2005 | YA | Assisted attorney in preparation of request for hearing to Student Hearing Office | 0.33<br>105.00/hr | 34.65 |
| | YA | File educational records received from parent | 0.58<br>105.00/hr | 60.90 |
| 8/23/2005 | RG | Conference with parent- re Placement | 0.33<br>360.00/hr | 118.80 |
| 8/24/2005 | YA | Drafted letter to parent re, Hearing Request and Scheduling Memorandum | 0.58<br>105.00/hr | 60.90 |
| | YA | Log in case note receipt of records from Eastern Senior High School and Kelly Miller | 0.17<br>105.00/hr | 17.85 |
| 8/25/2005 | RG | Discussion with parent and message to adovate re: resoultion meeting at Eastem SHS | 0.50<br>360.00/hr | 180.00 |
| 8/26/2005 | MM | Reviewed infor for resolution meeting | 0.50<br>150.00/hr | 75.00 |

Shaun Miller                                                                                              Page     3

|            |    |                                                                                                       | Hrs/Rate        | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/26/2005  | YA | Draft letter to attorney and advocate re, records received from Eastern Senior High School and Kelly Miller | 0.33 105.00/hr  | 34.65  |
|            | RG | Prepared fo meeting and discussed with advocate                                                       | 1.50 360.00/hr  | 540.00 |
| 8/29/2005  | RG | Conference with parent                                                                                | 0.50 360.00/hr  | 180.00 |
|            | RG | Attend dispute resolution meeting and pre/post hearing discussion with mom and advocate               | 2.00 360.00/hr  | 720.00 |
|            | MM | Attended MDT/IEP @ attended a resolution meeting                                                      | 1.50 150.00/hr  | 225.00 |
|            | YA | Assisted attorney in preparation of request for hearing                                               | 0.33 105.00/hr  | 34.65  |
| 8/31/2005  | YA | Prepared and sent placement packages to Saint Colettas                                                | 1.00 105.00/hr  | 105.00 |
|            | YA | Organized and sort Educational records received from Eastern JHS and Kelly Miller Middle School to file | 1.00 105.00/hr  | 105.00 |
|            | YA | Prepared and sent placement packages to The Ivymount School                                           | 1.00 105.00/hr  | 105.00 |
|            | YA | Research educational needs re, placement referral                                                     | 0.25 105.00/hr  | 26.25  |
|            | YA | Telephone call to private school to The Ivymount School re, referral                                  | 0.25 105.00/hr  | 26.25  |
|            | YA | Review memo from attorney re, placement referral                                                      | 0.17 105.00/hr  | 17.85  |
| 9/1/2005   | RG | Conference with parent                                                                                | 0.33 360.00/hr  | 118.80 |
| 9/6/2005   | RG | Conference with parent telephone calls- 2; discussion with St. Collettas                              | 0.58 360.00/hr  | 208.80 |
| 9/8/2005   | RG | Conference with parent and discussion with St. Coletta's                                              | 0.50 360.00/hr  | 180.00 |
| 9/12/2005  | RG | Conference with parent                                                                                | 0.33 360.00/hr  | 118.80 |
| 9/14/2005  | YA | received additional Educational Records from DCPS, on August 29, 2005                                 | 0.58 105.00/hr  | 60.90  |

Shaun Miller                                                                                                      Page    4

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2005 | RG | Conference with parent ( 2) and cxonference with case manager re: educ needs | 0.75 360.00/hr | 270.00 |
| 9/20/2005 | RG | Discussion with St. Collettas | 0.25 360.00/hr | 90.00 |
| 9/21/2005 | YA | Drafted letter to parent re, referral response to The Ivymount School | 0.58 105.00/hr | 60.90 |
| 9/22/2005 | RG | Conference with parent and reviewed upcoming dates and deadlines and instruct paralegal | 0.50 360.00/hr | 180.00 |
|  | YA | Drafted letter to parent re, Hearing Date Notice | 0.58 105.00/hr | 60.90 |
| 9/23/2005 | YA | Tickled Disclosure documents | 0.17 105.00/hr | 17.85 |
|  | MM | Drafted letter to private school | 0.50 150.00/hr | 75.00 |
| 9/26/2005 | MM | File review and developed monthly case status report | 0.17 150.00/hr | 25.50 |
| 9/27/2005 | JEB | Reviewed advocate's report and discused with paralegal | 0.25 350.00/hr | 87.50 |
|  | AAG | Reviewed advocate's report, file review and discussion with attorney Brown | 0.25 105.00/hr | 26.25 |
| 9/28/2005 | MM | File review and developed monthly case status report | 0.33 150.00/hr | 49.50 |
| 9/29/2005 | RG | Conference with parent and call to Case manager re: hearing | 0.50 360.00/hr | 180.00 |
| 9/30/2005 | RG | Conference with parent- telephone call to/from and call to/from Care giver | 0.33 360.00/hr | 118.80 |
| 10/3/2005 | YA | Assist attorney to prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel tabbing for Hearing Officer and attorney | 2.00 105.00/hr | 210.00 |
|  | RG | Prepare disclosure to DCPS | 1.00 360.00/hr | 360.00 |
| 10/4/2005 | RG | Pre-hearing conference with parent and case managers from social services re: Shaun's status ands educational needs | 0.75 360.00/hr | 270.00 |
|  | MM | File review and developed monthly case status report | 0.42 150.00/hr | 63.00 |

| Shaun Miller | | | | Page | 5 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 10/10/2005 | MM | File review and developed monthly case status report | | 0.42<br>150.00/hr | 63.00 |
| | MM | Prepared for Due Process Hearing | | 1.25<br>150.00/hr | 187.50 |
| 10/11/2005 | RG | Prepared for Due Process Hearing and discussion with parent | | 1.50<br>360.00/hr | 540.00 |
| | RG | Appearance to 825 North Capital for due process hearing | | 2.00<br>360.00/hr | 720.00 |
| | YA | Discussion with the child's attorney re, hearing | | 0.25<br>105.00/hr | 26.25 |
| | YA | Phone call to parent re, hearing | | 0.25<br>105.00/hr | 26.25 |
| | MM | Appearance to 825 North Capital for due process hearing | | 2.00<br>150.00/hr | 300.00 |
| | | For professional services rendered | | 45.12 | $9,963.35 |
| | | Additional Charges : | | | |
| 8/2/2005 | | Copied: letter for parent. | | | 0.25 |
| | | Copied: records for file. | | | 57.50 |
| | | Copied: intake forms for parent and advocate. | | | 10.00 |
| 8/3/2005 | | Copied documents; letter to parent re: teacher's qualifications | | | 0.50 |
| | | Postage; letter to parent- re: req. for record | | | 0.37 |
| | | Facsimile records & reeval request to DCPS | | | 21.00 |
| | | Facsimile request for teacher's qualifications to DCPS/Eastern | | | 8.00 |
| | | Copied documents; request for records and reevals | | | 0.50 |
| 8/4/2005 | | Postage; letter to parent re: records and evaluations request. | | | 0.83 |
| 8/17/2005 | | Copied: meeting letter for parent. | | | 0.75 |
| 8/18/2005 | | facsimile: Hearing request to SHO. | | | 10.00 |
| | | Copied: HR for parent and advocate. | | | 5.50 |

Shaun Miller                                                                                         Page    6

|            |                                                                      | Amount |
|------------|----------------------------------------------------------------------|--------|
| 8/18/2005  | Postage; letter to parent.                                           | 0.37   |
| 8/24/2005  | Copied: HR for parent.                                               | 1.00   |
| 8/25/2005  | Postage; letter to parent re: HR.                                    | 0.83   |
| 8/31/2005  | Copied: placement packet to St. Coletta and Ivymount.                | 24.00  |
| 9/2/2005   | Postage; Placement package.                                          | 3.96   |
| 9/20/2005  | Copied documents; letter to parent re: Ivymount                      | 0.50   |
| 9/21/2005  | Copied: letter for parent.                                           | 0.25   |
|            | Postage; letter to parent.                                           | 0.37   |
| 9/22/2005  | Copied documents<br>RE: Hearing date notice + status letter to parent| 1.00   |
| 9/23/2005  | Postage; letter to parent re: HDN.                                   | 0.37   |
| 10/3/2005  | Messenger Service to and from DCPS (5-day Disclosures)               | 20.00  |
|            | Copied documents(SHO-OGC-Attys-5-Day- Disclosure)                    | 42.75  |
| 10/11/2005 | Sedan taxi service to and from DCPS for hearing                      | 14.00  |
|            | File review preparation of bill and invoice audit                    | 96.88  |
|            | Total costs                                                          | $321.48|
|            | Total amount of this bill                                            | $10,284.83 |