# Exhibit 14

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Jonathan Muse

June 08, 2007
In Reference To:    Jonathan Muse
Invoice # 10000

    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2005 | MH | Reviewed file to determine current case status and to develop strategy for future of case. | 0.33<br>235.00/hr | 77.55 |
| 8/5/2005 | JF | Reviewed all legal documentation in file for possible IDEA violation, contacted parent to discuss IDEA violation | 0.92<br>195.00/hr | 179.40 |
| 8/25/2005 | MH | Prepared and file due process hearing complaint to DCPS. Includes research on issues raised, discussion with parent, and drafting and revising of claims made. | 2.00<br>235.00/hr | 470.00 |
| 8/26/2005 | HR | Draft letter to parent detailing the due process hearing requested | 0.50<br>105.00/hr | 52.50 |
| 9/7/2005 | MH | Reviewed file to determine case status and develop plan for new school year. | 0.17<br>235.00/hr | 39.95 |
| 9/9/2005 | HR | Draft letter to the Student Hearing Office requesting hearing date to be set, sent letter via facsimile and sent letter to the Office of the General Counsel | 0.50<br>105.00/hr | 52.50 |
| 9/21/2005 | HR | Draft 2nd letter to the Student Hearing Office requesting hearing date to be set, sent letter via facsimile and sent letter to the Office of the General Counsel | 0.50<br>105.00/hr | 52.50 |
| 9/22/2005 | MH | Prepared motion for default. Includes file review, legal research, and drafting and revising of motion | 0.75<br>235.00/hr | 176.25 |
| 9/23/2005 | HR | Draft letter to parent regarding the notice of hearing | 0.42<br>105.00/hr | 44.10 |

Jonathan Muse                                                                                              Page 2

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/28/2005 | MH | Legal research in response to filing by DCPS regarding parent's motion for default. | 1.75 235.00/hr | 411.25 |
| 10/4/2005 | MH | Reviewed order regarding Motion for Default. | 0.25 235.00/hr | 58.75 |
| 10/17/2005 | MH | Prepare disclosure to DCPS | 1.42 235.00/hr | 333.70 |
|  | HR | Assisted attorney to prepare disclosure to DCPS | 1.17 105.00/hr | 122.85 |
|  | HR | Phone call to parent regarding hearing | 0.17 105.00/hr | 17.85 |
| 10/20/2005 | JF | Prepared for Due Process Hearing by reviewing complaint filed by child's attommey reviewing past/present IEP and MDT meeting notes, also reviewed all evaluations conducted on this student. Contacted parent to discuss issues to be presented at the hearing. | 1.25 195.00/hr | 243.75 |
| 10/21/2005 | MH | Prepared for Due Process Hearing. Reviewed parent's and DCPS's disclosure materials, discussion with parent, research on issues raised, and prepared potential witness questions and legal arguments for hearing. | 1.58 235.00/hr | 371.30 |
| 10/24/2005 | HR | Phone call to mom regarding hearing scheduled for today | 0.08 105.00/hr | 8.40 |
|  | MH | Appearance to 825 North Capital for due process hearing | 1.00 235.00/hr | 235.00 |
| 11/1/2005 | RB | Attended IEP/compensatory education meeting by teleconference with Hart MS and parent | 1.25 175.00/hr | 218.75 |
|  | RB | Transcribed 11/1/05 meeting notes for attorney | 0.75 175.00/hr | 131.25 |
|  | RB | Discussion with attorney: report from parent about discipline and need for observation | 0.17 175.00/hr | 29.75 |
|  | RB | Drafted and faxed letter to Hart MS SEC with transcribed meeting notes, summary of agreements, need for observation, and discipline concern | 0.50 175.00/hr | 87.50 |
|  | MH | Participated at MDT meeting that was ordered in most recent HOD. | 1.25 235.00/hr | 293.75 |
|  | MH | Discussion with advocate Juan Fernandez, regarding need for observation. | 0.25 235.00/hr | 58.75 |
|  | JF | Discussion with attorney regarding need for observation. | 0.25 195.00/hr | 48.75 |

Jonathan Muse                                                                                           Page     3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/7/2005 HR | Draft letter to parent regarding the notice of hearing | 0.42<br>105.00/hr | 44.10 |
|  | For professional services rendered | 19.60 | $3,860.20 |
|  | Additional Charges : |  |  |
| 8/26/2005 | Postage; letter to parent re: case status. |  | 0.60 |
|  | Copied documents; letter to parent w/ due process hearing complaint |  | 2.25 |
| 9/9/2005 | Facsimile letter to Sheila Hall, Kelly Evans, OGC |  | 6.00 |
|  | Facsimile letter to DCPS re: hearing scheduled |  | 3.00 |
| 9/20/2005 | Copied documents; letter to parent re: HDN |  | 1.00 |
| 9/21/2005 | Facsimile letter requesting hearing date to Sheila Hall, Kelly Evans, OGC |  | 6.00 |
|  | Facsimile letter requesting hearing date to Sheila Hall, Kelly Evans, OGC |  | 6.00 |
| 9/23/2005 | Copied documents<br>RE: HDN + status letter to parent |  | 0.50 |
|  | Postage: Letter to parent re: case status. |  | 0.37 |
| 10/17/2005 | Messenger Service to and from DCPS (5-day Disclosures) |  | 20.00 |
|  | Copied: disclosure for OGC and SHO. |  | 33.50 |
| 10/24/2005 | File review preparation of bill and invoice audit |  | 96.88 |
| 11/1/2005 | Facsimile letter and mtg notes to Hart MS |  | 8.00 |
| 11/5/2005 | Postage; letter to parent re: case status. |  | 0.37 |
| 11/7/2005 | Copied: HOD letter for parent. |  | 1.75 |
|  | Total costs |  | $186.22 |
|  | Total amount of this bill |  | $4,046.42 |