# Exhibit 15

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Partridge, Jame

June 08, 2007
In Reference To:   Partridge, Jame
Invoice # 10000

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/29/2005 | KD | Drafted letter to parent/enclosed copy of 6-27-05 SA/copy to advc and file/added to case notes/posted deadline issues to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 7/7/2005 | DD | Reviewed file and evaluations for upcoming IEP/MDT meeting | 1.00<br>175.00/hr | 175.00 |
|  | DD | Attended MDT/IEP @school | 2.50<br>175.00/hr | 437.50 |
| 7/9/2005 | DH | Review the Individualized Educational Program prepared at the student's most recent MDT/IEP Meeting, review MDT Meeting Notes, conduct educational research, discussion with the student's educational advocate and parent regarding the MDT/IEP Meeting, conduct educational research regarding the DCPS' duty to comply with the parent's request for reevaluation, DCPS duty to conduct a full and individual reevaluation/evaluation of a student, draft administrative due process hearing complaint for Ms. Neloms' review. | 7.58<br>235.00/hr | 1,781.30 |
|  | RN | Review administrative due process hearing complaint. | 0.25<br>235.00/hr | 58.75 |
| 7/13/2005 | KD | Phone call to parent re: case status. | 0.08<br>105.00/hr | 8.40 |
| 7/18/2005 | KD | Drafted letter to parent/enclosed copy of HR-Complaint/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 7/21/2005 | DH | Draft letter, for Ms. Neloms' review, regarding DCPS' request to reconvene the student's Resolution Session Meeting. | 0.25<br>235.00/hr | 58.75 |

| Partridge, Jame | | | Page | 2 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 7/21/2005 RN | Review letter drafted by Mr. Hill, regarding DCPS' request to reconvene the student's Resolution Session Meeting. | | 0.08 235.00/hr | 18.80 |
| 7/31/2005 DH | Draft and file letter with Student Hearing Office for the State Education Office, requesting administrative due process hearing. | | 0.33 235.00/hr | 77.55 |
| RN | Review letter drafted by Mr. Hill, requesting that the student's administrative due process hearing be scheduled. | | 0.08 235.00/hr | 18.80 |
| 8/8/2005 KD | Drafted letter to parent/enclosed copy of Atty's 7-21-05 Ltr to DCPS re 2nd Rqst for Res Mtng - Denied /copy to advc and file/added to case notes | | 0.33 105.00/hr | 34.65 |
| KD | Drafted letter to parent/enclosed copy of HN for 8-31-05/copy to advc and file/added to case notes/posted same to Outlook Calendar | | 0.50 105.00/hr | 52.50 |
| KD | Drafted letter to parent/enclosed copy of Atty's 7-20-05 Ltr to DCPS re Results of Res Mtng/copy to advc and file/added to case notes | | 0.33 105.00/hr | 34.65 |
| 8/22/2005 KD | Drafted letter to parent/enclosed copy of Notice of Intent to Evaluate from RCA/copy to advc and file/added to case notes | | 0.42 105.00/hr | 44.10 |
| 8/24/2005 KD | Prepare disclosure to DCPS | | 1.67 105.00/hr | 175.35 |
| RN | Review the student's five-day disclosures prepared by co-counsel on the case. | | 0.33 235.00/hr | 77.55 |
| DH | Prepare the student's file, prepare five-day disclosures. | | 1.00 235.00/hr | 235.00 |
| 8/26/2005 DH | Draft Motion to Stike DCPS' introduction of the Resolution Session Meeting Notes into their five-day. | | 2.00 235.00/hr | 470.00 |
| 8/29/2005 KD | Drafted letter to parent/enclosed copy of Memorandum of Points and Authorities/copy to advc and file/added to case notes | | 0.42 105.00/hr | 44.10 |
| 8/30/2005 DH | Prepare for the student's administrative due process hearing. | | 1.50 235.00/hr | 352.50 |
| RN | Prepare for the student's administrative due process hearing. | | 1.50 235.00/hr | 352.50 |
| 8/31/2005 DH | Prepare for the student's administrative due process hearing. | | 1.50 235.00/hr | 352.50 |
| RN | Prepare for the student's administrative due process hearing. | | 1.50 235.00/hr | 352.50 |
| RN | Appear at the student's administrative due process hearing. | | 1.50 235.00/hr | 352.50 |

Partridge, Jame                                                                                           Page     3

|            |    |                                                                 | Hrs/Rate         | Amount    |
|------------|----|-----------------------------------------------------------------|------------------|-----------|
| 8/31/2005  | DH | Appear at the student's administrative due process hearing.    | 1.50<br>235.00/hr | 352.50    |
|            | DD | Reviewed file, evaluations, HR, and SA for upcoming hearing    | 1.00<br>175.00/hr | 175.00    |
|            | DD | Appearance to 825 North Capital for due process hearing        | 1.50<br>175.00/hr | 262.50    |
|            |    | For professional services rendered                              | 31.57            | $6,451.85 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 6/29/2005 | Postage; SA letter to parent. | 0.37 |
|  | Copied: SA letter for parent and advocate. | 3.00 |
| 7/18/2005 | Postage; HR complaint letter to parent | 0.83 |
|  | Copied: HR/Complaint letter for parent and advocate. | 6.50 |
| 7/21/2005 | Facsimile-ltr | 2.00 |
| 7/28/2005 | Postage; letter to parent. | 0.83 |
| 8/8/2005 | Postage; letter to parent re: attorney's letter to DCPS, 2nd meetin denied, and HN. | 0.60 |
|  | Copied: results of RM, denial of 2nd meeting, and HN for parent and advocate. | 4.00 |
| 8/22/2005 | Copied: Notice of intent to evaluate for parent and advocate. | 1.50 |
|  | Postage; notice of intent to evaluate letter to parent. | 0.37 |
| 8/24/2005 | Copied: Disclosure for OGC and SHO. | 80.50 |
| 8/26/2005 | Facsimile motion to strike to SHO | 8.00 |
|  | Facsimile motion to strike to OGC | 8.00 |
| 8/29/2005 | Postage; letter to parent re: memo of Points and Authorities. | 0.83 |
|  | Copied: Intake forms for c-file and memo for parent and advocate. | 9.75 |
| 8/31/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $237.96 |
|  | Total amount of this bill | $6,689.81 |