# Exhibit 16

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
April Penny




June 08, 2007
In Reference To:      April Penny
Invoice # 10000


      Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2005 | CW | Conference with parent and Ms. Williams (Social Worker) and discussed status of student being admitted to Riverside Hospital-Acute Unit; reviewed treatment plan summary; teleconference with Ms. Meyers (Whisper Ridge) and discussed student's admissions to Riverside Hospital | 0.67<br>360.00/hr | 241.20 |
| 5/24/2005 | BDL | Drafted letter to the parent with HOD. | 0.50<br>105.00/hr | 52.50 |
| 5/25/2005 | CW | Conference with Ms. Williams and discussed placement in San Marcos facility (Texas); teleconference with parent and discussed placement at Texas behavioral facility | 0.33<br>360.00/hr | 118.80 |
| 5/26/2005 | CW | Reviewed documents submitted by San Marcos treatment center; teleconference with parent and Ms. Williams and discussed incident at Riverside Hospital | 0.67<br>360.00/hr | 241.20 |
| 5/27/2005 | BDL | Assisted attorney with faxing letter to Ruth Blake, Shirley Williams, Judith Smith, Arthur Field and Lenore Verra. | 1.00<br>105.00/hr | 105.00 |
|  | BDL | Drafted letter to parent with copy of letter sent to Ruth Blake. | 0.50<br>105.00/hr | 52.50 |
|  | CW | Drafted letter Ruth Blake, Judith Smith, and OGC requesting DCPS convene IEP meeting for April Penny; conference with paralegal re: letters to DCPS | 0.75<br>360.00/hr | 270.00 |
| 5/31/2005 | CW | Teleconference with Kim Grafton (DCPS) and reviewed IEP meeting notes and discussed placement at San Marco Residential and Oakhill Residential program; teleconference with Ms. Williams and discussed | 1.25<br>360.00/hr | 450.00 |

April Penny                                                 Page 2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | IEP meeting scheduled for 6/3 at Riverside Hospital; reviewed Riverside Hospital admissions summary and psychiatric assessment | | |
| 6/3/2005 | CW | Record reviewed and discussion with educational advocate and reviewed admissions packet for Oak Hill Residential Program (Texas); pursuant to Settlement Agreement, attended IEP meeting at Riverside Hospital; reviewed IEP goals/objectives; discussed current progress and residential placement options | 3.50<br>360.00/hr | 1,260.00 |
| 6/7/2005 | CW | Drafted letter to Ruth Blake (OSE), Judith Smith, and OGC requesting DCPS provide notice of placement to Oakhill residential treatment center; teleconference with Ms. Segar (Riverside Hospital) and discussed student's status in acute care facility | 0.83<br>360.00/hr | 298.80 |
| | BDL | Assisted attorney with sending letter to Ruth Blake, shrley Williams, Kimberly Grafton, and Lenora Verra. | 0.75<br>105.00/hr | 78.75 |
| 6/9/2005 | CW | Conference with Ms. Segar (Riverside Hospital) and discussed student's placement status and progress in acute care; teleconference with parent and Shirly Williams (MSW) and discussed status of residential placement at the Oaks Residential Treatment Center | 0.75<br>360.00/hr | 270.00 |
| 6/14/2005 | BDL | Assisted attorney in sending hearing request to the Student Hearing Office | 0.33<br>105.00/hr | 34.65 |
| | BDL | Drafted letter to parent detailing the hearing request | 0.50<br>105.00/hr | 52.50 |
| | CW | Reviewed IEP meeting notes; teleconference with Ms. Segar (Riverside Hospital) and discussed student's progress and need for residential placement; prepared filing request for due process hearing; teleconference with parent and discussed progress and placement at Oaks Treatment Center | 1.17<br>360.00/hr | 421.20 |
| 6/15/2005 | CW | Prepared and filed request for due process hearing for DCPS' failure to provide appropriate placement and failure to complete Interstate Compact Agreement form; conference with paralegal re: filing of request for hearing | 2.00<br>360.00/hr | 720.00 |
| 6/24/2005 | AAG | Drafted letter to parent<br>RE: Hearing date notice | 0.79<br>105.00/hr | 82.95 |
| 7/5/2005 | BDL | Assisted attorney with sending letter to Ruth Blake, Shirley Williams Michelle Seager, Kimberly grafton and Lenora Verra. | 0.50<br>105.00/hr | 52.50 |
| | BDL | Drafted letter to parent with copy of letter sent to Ruth Blake. | 0.33<br>105.00/hr | 34.65 |
| | CW | Teleconference with Dr. Ohiko (Riverside Hospital) and discussed student's lack of progress in acute unit; drafted letter to Rugh Blake, OGC, and OSE requesting the issuance of a notice of placement to the Oaks Center (Texas); conference with paralegal re: submitting letters to DCPS; reviewed Riverside Hospital IEP meeting notes in preparation for | 1.33<br>360.00/hr | 478.80 |

| April Penny | | | | Page 3 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| | | hearing; conference with Ms. Shirley Williams (social worker) and discussed student's progress. | | |
| 7/8/2005 | CW | Prepare disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal re: submitting documents | 1.00 360.00/hr | 360.00 |
| 7/12/2005 | BDL | Assisted attorney to prepare disclosure to DCPS. | 1.00 105.00/hr | 105.00 |
| | BDL | Contacted parent in reference to the hearing schedule July 21, 2005. | 0.08 105.00/hr | 8.40 |
| 7/20/2005 | CW | Reviewed IEP meeting notes, IEP and psychiatric summary evaluation in preparation for hearing; teleconference with Dr. Okuli (Riverside Hospital-Acute Unit) and discussed recommendations to be removed from current placement and placed at Judge Rotenberg Center; conference with Ralph Antelli (Judge Rotenberg Center) and discussed student's admission to the program and rejection from the Oaks Center | 1.50 360.00/hr | 540.00 |
| 7/21/2005 | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Officer Jones in order to address DCPS' violation of the IDEA and denial of FAPE | 2.17 360.00/hr | 781.20 |
| 7/26/2005 | CW | Reviewed HOD with Ms. Williams and parent, via telephone; teleconference with Mr. Antelli (Judge Rotenberg Center) and discussed admissions process | 0.67 360.00/hr | 241.20 |
| | BDL | Drafted letter to parent with copy of the HOD.. | 0.50 105.00/hr | 52.50 |
| 8/2/2005 | CW | Reviewed progress report; teleconference with student and student's treating pyschiatrist to disucuss status of placement at Judge Rotenberg Center | 0.33 360.00/hr | 118.80 |
| 8/10/2005 | CW | Conference with student's psychiatrist, via telephone, and discussed/reviewed weekly progress report; teleconference with parent and discussed transportation to Judge Rotenberg Center residenital programs; reviewed HOD with parent | 0.58 360.00/hr | 208.80 |
| 8/11/2005 | WB | Drafted letter to private school – Judge Rotenberg EC w/ HOD issued on 7/20/05 enclosed | 0.50 105.00/hr | 52.50 |
| | WB | Drafted letter to parent re: case status and correspondence to Judge Rotenberg EC (8/11/05) | 0.50 105.00/hr | 52.50 |
| | CW | Drafted letter to Mr. Ralph Antanelli (Judge Rotenberg Center) and submitted copies of HOD indicating DCPS will place and fund student in the residential program; conference with paralegal re; letter to JRC | 0.67 360.00/hr | 241.20 |
| | | For professional services rendered | 27.95 | $8,078.10 |

April Penny                                                                                                           Page    4

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/23/2005 | Postage; Placement packages to Grafton Center, Judge Rotenberg Center, and Shepard-Pratt Residential Center. | 5.94 |
|  | Facsimile Received from DCPS; HOD | 4.00 |
|  | Copied documents; HOD | 4.00 |
|  | Postage; letter to parent | 0.37 |
| 5/24/2005 | Postage; HOD letter to parent. | 0.37 |
|  | Copied: HOD letter for parent. | 1.00 |
| 5/27/2005 | Postage; letter to parent | 0.37 |
|  | Copied: Letter to Ruth Blake for parent. | 3.00 |
|  | Facsimile- Deps, residential program, ruth blake OGC, J. Smith, Shirley Williams | 6.00 |
| 6/7/2005 | Facsimile: Letter to Ruth Blake, K. Grafton, Shirley Williams, and OGC. | 20.00 |
| 6/8/2005 | Postage; letter to parent. | 0.60 |
| 6/14/2005 | Copied: HR letter for parent. | 1.75 |
|  | Facsimile(SHO-HR) | 5.00 |
| 6/15/2005 | Postage; letter to parent. | 0.60 |
| 6/24/2005 | Copied documents<br>Hearing Date Notice | 0.50 |
|  | Postage; letter to parent<br>Hearing Date Notice | 0.37 |
| 7/5/2005 | Postage; letter to parent. | 0.60 |
|  | Facsimile: Letters to DCPS. | 12.00 |
|  | Copied: letter for parent. | 3.25 |
| 7/12/2005 | Copied documents- 5 day disclosure | 114.75 |
| 7/14/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/21/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 7/22/2005 | Facsimile Received from DCPS; HOD | 6.00 |

April Penny                                                                                                    Page        5

|            |                                                  | Amount   |
|------------|--------------------------------------------------|----------|
| 7/22/2005  | Copied documents; HOD                            | 6.00     |
| 7/28/2005  | Postage; letter to parent.                       | 0.60     |
|            | Copied documents; letter to parent               | 0.50     |
| 8/15/2005  | Postage; letter to parent re: HOD.               | 0.37     |
|            | File review preparation of bill and invoice audit| 96.88    |
|            | Total costs                                      | $328.82  |
|            | Total amount of this bill                        | $8,406.92|