# Exhibit 20

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Robert West
737 Irvin Street, NW
Washington DC 20010

June 08, 2007
In Reference To:    Robert West
                    DOB: 3/25/90
                    School"

Invoice # 10000

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/2005 | YA | Tickled deadline for five day disclosure | 0.17<br>110.00/hr | 18.70 |
| | YA | Drafted letter to parent re, Hearing Date Notice | 0.58<br>110.00/hr | 63.80 |
| 10/27/2005 | MM | File review and developed monthly case status report and update regarding last parent communication and school communication and documented next thing to be done in case. | 0.58<br>185.00/hr | 107.30 |
| 10/28/2005 | RG | Conference with parent and calls to mentor and family worker and draft memo to file | 0.75<br>360.00/hr | 270.00 |
| 11/1/2005 | YA | Drafted letter to parent re, detailed Hearing Officer | 0.58<br>110.00/hr | 63.80 |
| | YA | Tickled Deadline for Hearing Officer's Determination | 0.17<br>110.00/hr | 18.70 |
| 11/2/2005 | YA | Assist attorney with letter to DCPS | 0.33<br>110.00/hr | 36.30 |
| 11/7/2005 | MM | Prepared for Due Process Hearing | 1.50<br>185.00/hr | 277.50 |
| 11/8/2005 | MM | File review and developed monthly case status report | 0.33<br>185.00/hr | 61.05 |

Robert West                                                                                                                            Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2005 | MM | Reviewed hod dated 10/28/05 | 0.25<br>185.00/hr | 46.25 |
| 11/9/2005 | YA | sent deadline notice to attorney and advocate re, psychiatric | 0.17<br>110.00/hr | 18.70 |
| 11/11/2005 | MM | File review and developed monthly case status report | 0.42<br>185.00/hr | 77.70 |
| 11/14/2005 | RG | Conference with parent re: report card and IEP | 0.17<br>360.00/hr | 61.20 |
| 11/17/2005 | RG | Prepared for Due Process Hearing | 1.50<br>360.00/hr | 540.00 |
| 11/18/2005 | RG | Discussion with Pathways School re: upcoming hearing | 0.25<br>360.00/hr | 90.00 |
| | RG | Appearance to 825 North Capital for due process hearing and pre/post hearing conference with parent | 4.00<br>360.00/hr | 1,440.00 |
| | MM | Prepared for Due Process Hearing | 0.67<br>185.00/hr | 123.95 |
| | MM | Appearance to 825 North Capital for due process hearing | 4.00<br>185.00/hr | 740.00 |
| 11/23/2005 | MM | File review and developed monthly case status report and developed a status report and documented the most recent information and devleopments on the case. | 0.33<br>185.00/hr | 61.05 |
| 12/6/2005 | YA | Drafted letter to parent re, detailed Hearing Officer's Determination | 0.58<br>110.00/hr | 63.80 |
| | RG | Telephone call from DCPS staff Ms Pitman | 0.17<br>360.00/hr | 61.20 |
| 12/7/2005 | MM | Reviewed information for mdt | 0.75<br>185.00/hr | 138.75 |
| 12/19/2005 | MM | Reviewed hod dated 12/7/05 | 0.25<br>185.00/hr | 46.25 |
| 12/20/2005 | MM | Conference with parent | 0.17<br>185.00/hr | 31.45 |
| 12/29/2005 | MM | File review and developed monthly case status report and documented most recent communication between the school parent and myself | 0.25<br>185.00/hr | 46.25 |
| | | For professional services rendered | 18.92 | $4,503.70 |

Robert West                                                                                                                              Page    3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 10/24/2005 | Copied: HND letter for parent and advocate. | 1.00 |
|  | Postage; letter to parent re: HDN. | 0.37 |
| 11/1/2005 | Copied documents; HOD to parent | 0.50 |
|  | Copied documents; letter to parent | 0.50 |
| 11/2/2005 | Postage; letter to parent re: HOD. | 0.60 |
|  | Copied documents; HOD | 2.00 |
| 11/3/2005 | Copied documents; HOD | 7.00 |
|  | Facsimile Received from DCPS; HOD | 7.00 |
| 12/2/2005 | Facsimile Received from DCPS; HOD | 15.00 |
|  | Copied documents; HOD | 15.00 |
| 12/6/2005 | Copied: HOD letter for parent, adv, atty and file. | 14.00 |
|  | Postage; letter to parent re: HOD. | 0.83 |
| 12/29/2005 | File review preparation of bill and invoice audit | 96.88 |

    Total costs                                                                                                                    $160.68

    Total amount of this bill                                                                                              $4,664.38