# Exhibit 22

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Shaniqua Young
Barbara Young
2000 Savannah Terrace, SE
Apt# J
Washington DC 20020


June 08, 2007
In Reference To:   Shaniqua Young
                   DOB: 1/25/92
                   School: Johnson JHS

Invoice # 10000

   Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2005 | MM | Reviewed s/a dated 5/12/05 | 0.33<br>175.00/hr | 57.75 |
| 6/1/2005 | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
| 6/3/2005 | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
| 6/6/2005 | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
| 6/16/2005 | RG | Telephone call from DCPS staff ( sped Coordinator) re: meeting; call to MM; call to parent; review; letters; draft due process hr to address non compliance; | 3.00<br>360.00/hr | 1,080.00 |
|  | MM | Conference with parent | 0.33<br>175.00/hr | 57.75 |
|  | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
|  | MM | Drafted letter to private school | 0.50<br>175.00/hr | 87.50 |
| 6/17/2005 | YA | Draft status letter to parent re, Hearing Request | 0.58<br>105.00/hr | 60.90 |

| Shaniqua Young | | | | Page | 2 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 6/20/2005 | MM | Reviewed hr dated 6/16/05 | | 0.33<br>175.00/hr | 57.75 |
| 6/23/2005 | RG | Reviewed dates and deadlines | | 0.17<br>360.00/hr | 61.20 |
| | YA | Draft status letter to parent re, Hearing Date Notice | | 0.58<br>105.00/hr | 60.90 |
| 7/13/2005 | YA | Assist attorney to prepare disclosure for tomorrow | | 1.50<br>105.00/hr | 157.50 |
| | RG | Prepare disclosure to DCPS | | 1.00<br>360.00/hr | 360.00 |
| 7/20/2005 | MM | File review and developed monthly case status report | | 0.25<br>175.00/hr | 43.75 |
| | MM | Conference with parent | | 0.33<br>175.00/hr | 57.75 |
| 7/21/2005 | RG | Pre-hearing conference with mom and prep for hearing | | 2.00<br>360.00/hr | 720.00 |
| | MM | File review and developed monthly case status report and develop a report regarding latest meeting, latest parent and school commuication and present status of student and next thing that needs to be done. | | 0.42<br>150.00/hr | 63.00 |
| | MM | Prepared for Due Process Hearing | | 1.50<br>150.00/hr | 225.00 |
| 7/22/2005 | RG | Conference with parent both mom and Dad | | 0.67<br>360.00/hr | 241.20 |
| | RG | Appearance to 825 North Capital for due process hearing | | 2.00<br>360.00/hr | 720.00 |
| | MM | Appearance to 825 North Capital for due process hearing | | 2.00<br>150.00/hr | 300.00 |
| 8/5/2005 | YA | Drafted letter to parent re, Hearing Officer's Determination enclosed | | 0.58<br>95.00/hr | 55.10 |
| | YA | Tickled deadline and distribute to advocate, attorney, file and administration | | 0.25<br>95.00/hr | 23.75 |
| | | For professional services rendered | | 20.32 | $4,840.80 |

Shaniqua Young                                                                                                    Page        3

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 6/17/2005 | Postage; HR letter to parent | 0.60 |
|  | Copied: HR letter for parent. | 4.00 |
|  | Facsimile HR to SHO | 6.00 |
| 6/24/2005 | Postage; letter to parent | 0.37 |
|  | Copied: HDN letter for parent. | 1.00 |
| 7/13/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 47.25 |
| 7/15/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 8/4/2005 | Facsimile Received from DCPS | 9.00 |
| 8/5/2005 | Copied: HOD letter for parent. | 0.25 |
|  | Postage; letter to parent re: HOD. | 0.60 |
|  | Copied: HOD letter for parent, advocate, attorney, and administration. | 9.00 |
| 8/11/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $194.95 |
|  | Total amount of this bill | $5,035.75 |