UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA**  ) <br> **Parent and next friend of L.A, a minor**  ) <br>                                           ) <br>             **Plaintiff**          ) <br>                                           ) <br>       v.                              ) <br>                                           ) <br> **DISTRICT OF COLUMBIA,** *et al.*,  ) <br>                                           ) <br>           **Defendants.**         ) <br>                                           ) | Civil Action No.: 06-CV-0577(RWR) |

## **PRAECIPE**

To the Clerk of the Court:

   Please dismiss the following Plaintiff, with prejudice:

   1. Keisha Gantt, Parent and next friend of S.G., a minor.


                                                   Respectfully submitted,


                                                   /s/_____
                                                   Tilman L. Gerald [928796]
                                                   James E. Brown & Associates, PLLC
                                                   1220 L Street, NW, Suite 700
                                                   Washington, D.C.  20005
                                                   (202) 742-2000
                                                   (202) 742-2098 (fax)
                                                   ***Attorney for Plaintiffs***