UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLOLRIA SANTAMARIA** )<br>**Parent and next friend of L.A, a minor** )<br>)<br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>**DISTRICT OF COLUMBIA**, *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No.: 06-CV-0577(RWR) |

**PRAECIPE**

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

Respectfully submitted,

/s/
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
*Attorney for Plaintiffs*

.