UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., | : : : |
| Plaintiffs, | : : |
| v. | :  Civil No. 06-0577(RWR) |
| DISTRICT OF COLUMBIA, et al., | : : |
| Defendants. | : : |

### DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 56 and LCvR 56.1, respectfully move for summary judgment in the captioned proceeding.

A memorandum of points and authorities, a statement of material facts as to which there are no genuine issues in dispute, and a proposed order are attached hereto.

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

July 13, 2007