UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil No. 06-0577(RWR) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

1. On March 29, 2006, 22 named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, asserting that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"). **Complaint paragraphs 1-4**.

2. By a Praecipe filed July 3, 2006, a second filed on August 7, 2006, and a third filed on June 8, 2007, the Plaintiffs voluntarily dismissed 9 of the initial claims: L.A., D.A., P.J., J.H., M.T., J.T., J.T., S.G. and K.W. **Voluntary Dismissal July 3, 2006, August 7, 2006 and June 8, 2007.**

3. By this Court's order issued on April 24, 2007, the claims of T.B. were also dismissed. Thus, there are 12 remaining claims in this action. **April 24, 2007, Memorandum Opinion.**

4.  The Plaintiffs state that their claims were filed pursuant to the IDEIA; The Rehabilitation Act (Section 504), 29 U.S.C. §794; and 42 U.S.C. § 1983 ("Section 1983"), and 28 U.S.C. §§ 1441 and 1442.  **Complaint paragraph 2.**

5.  Plaintiffs abandoned their claims under 42 U.S.C. 1983 and 29 U.S.C. 794. **April 24, 2007, Memorandum Opinion, p. 8.**

6.  In their Complaint, Plaintiffs' allege that the attorneys' fees and costs are due and owing, having prevailed at the administrative level under IDEIA 20 U.S.C. §1415 (i)(3)(B)(i) (B). **Complaint Paragraph 1-4.**

7.  In their Complaint for fees, Plaintiffs allege the fee amounts requested are reasonable. **Complaint Paragraph 4.**

8.  For each claim, Plaintiffs' hourly rate billed as to each claim exceeds the prevailing market rate in the community. **Complaint Exhibits 4, 5, 6, 9, 11, 12, 13, 14, 15, 16, 20 and 22.**

9.  DCPS guideline rates are the prevailing market rates in the community for IDIEA cases.  **Defendants' Motion for Summary Judgment, Exhibit 4; See Davis v. Bolger 512 F. Supp. 61, 65 (D.C.D.C. 1981).**

10. Various invoice entries are vague, excessive, or too remote in time, violating the DCPS guidelines for attorneys' fees and prevailing case law. **Complaint Exhibits 4, 5, 6, 9, 11, 12, 13, 14, 15, 16, 20 and 22. See Coleman v. District of Columbia, Civ. No. 03-0126 (D.D.C. May 3, 2007); Czarniewy v. District of Columbia, Civ. No. 02-1496 (D.D.C. March 3, 2005) p. 3.**

11.  While not licensed to practice law in the District of Columbia, Mr. Hill sought attorneys' fees for services provided to DCPS students. **Agapito v. District of**

**Columbia 05-1935, (D.D.C. Memorandum Opinion March 7, 2007). Complaint Exhibits 4, 5, 6, 11, 12, 14 and 15. (These exhibits are joined in Defendants' Motion as Exhibits 2 and 3.)**

12. Mr. Hill's practice did not conform to the requirements of Rule 49 at all times pertinent hereto. **Agapito v. District of Columbia 05-1935, (D.D.C. Memorandum Opinion March 7, 2007). Complaint Exhibits 4, 5, 6, 11, 12, 14 and 15.**

13. As to all the remaining claims, Plaintiffs only enjoyed a limited degree of success and thus, there fees should be reduced accordingly. **Complaint Exhibits 4, 5, 6, 9, 11, 12, 13, 14, 15, 16, 20 and 22.**

14. As to the claims of P.B., the proper hourly market rate for J.F. (attorney) when he was not in violation of Rule 49 was $135.00 per hour. **Defendants' Motion for Summary Judgment Exhibit 4 (attached to motion hereto), hereinafter ("Defendants' Motion Exhibit 4.")**

15. As to the claims of P.B., the hourly market rate for M.H. (attorney) is $225.00. **Defendants' Motion Exhibit 4.**

16. As to the claims of P.B., the rate of $350.00 that was requested for J.F. and M.H. exceeds the prevailing market rate. **Complaint Exhibit 4, Defendants' Motion Exhibit 4.**

18. As to the claims of P.B., the hourly market rate for H.R. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

19. As to the claims of P.B., the hourly market rate for A.A.G. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

3

20. As to the claims of P.B., the hourly market rate for Y.A. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

21. As to the claims of P.B., the rate of $105.00 that was requested for H.R., A.A.G and Y.A. exceeds the prevailing market rate. **Complaint Exhibit 4, Defendants' Motion Exhibit 4.**

22. As to the claims of P.B., the hourly rate of $105.00 that was requested for G.M.H. (advocate) exceeds the prevailing market rate. **Complaint Exhibit 4, Defendants' Motion Exhibit 4.**

23. As to the claims of K.B., the proper hourly market rate for R.N. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

24. As to the claims of K.B., the rate of $365.00 that was requested for R.N. exceeds the prevailing market rate. **Complaint Exhibit 5, Defendants' Motion Exhibit 4.**

25. As to the claims of K.B., the proper hourly market rate for C.W. (attorney) is $135.00 per hour. **Defendants' Motion Exhibit 4.**

26. As to the claims of K.B., the rate of $350.00 that was requested for C.W. exceeds the prevailing market rate. **Complaint Exhibit 5, Defendants' Motion Exhibit 3.**

27. As to the claims of K.B., the proper hourly market rate for W.B. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

28. As to the claims of K.B., the proper hourly market rate for K.D. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

29. As to the claims of K.B., the rate of $110.00 that was requested for W.B. and K.D. exceeds the prevailing market rate. **Complaint Exhibit 5, Defendants' Motion Exhibit 4.**

30. As to the claims of K.B., the hourly rate of $185.00 that was requested for D.D. (advocate) exceeds the market rate and should be $90.00. **Defendants' Motion Exhibit 4.**

31. As to the claims of L.F., the proper hourly market rate for R.N. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

32. As to the claims of L.F., the rate of $365.00 that was requested for R.N. exceeds the prevailing market rate. **Complaint Exhibit 6, Defendants' Motion Exhibit 4.**

33. As to the claims of L.F., the proper hourly market rate for C.W. (attorney) is $135.00 per hour. **Defendants' Motion Exhibit 4.**

34. As to the claims of L.F., the rate of $350.00 that was requested for C.W. exceeds the prevailing market rate. **Complaint Exhibit 6, Defendants' Motion Exhibit 4.**

35. As to the claims of L.F., the proper hourly market rate for K.D. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

36. As to the claims of L.F., the proper hourly market rate for M.T. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

37. As to the claims of L.F., the proper hourly market rate for B.D.L. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

38. As to the claims of L.F., the proper hourly market rate for W.B. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

39. As to the claims of L.F., the proper hourly market rate for C.M. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

40. As to the claims of L.F., the rate of $110.00 that was requested for K.D., M.T., B.D.L., W.B. and C.M. (paralegals) exceeds the prevailing market rate. **Complaint Exhibit 4, Defendants' Motion Exhibit 4.**

41. As to the claims of L.F., the hourly rate of $185.00 that was requested for D.D. (advocate) exceeds the prevailing market rate and should be $90.00. **Complaint Exhibit 6, Defendants' Motion Exhibit 4.**

42. As to the claims of M.J., the proper hourly market rate for R.G. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

43. As to the claims of M.J., the rate of $365.00 that was requested for R.G. exceeds the prevailing market rate. **Complaint Exhibit 9, Defendants' Motion Exhibit 4.**

44. As to the claims of M.J., the proper hourly market rate for Y.A. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

45. As to the claims of M.J., the proper hourly market rate for A.A.G. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

46. As to the claims of M.J., the rate of $110.00 that was requested for Y.A. and A.A.G. exceeds the prevailing market rate. **Defendants' Motion Exhibit 4.**

47. As to the claims of M.J., the hourly rate of $185.00 that was requested for R.B. (advocate) should be $90.00. **Complaint Exhibit 9, Defendants' Motion Exhibit 4.**

48. As to the claims of D.K., the proper hourly market rate for R.N. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

49. As to the claims of D.K., the rate of $365.00 that was requested for R.N. exceeds the prevailing market rate. **Complaint Exhibit 11, Defendants' Motion Exhibit 4.**

50. As to the claims of D.K., the proper hourly market rate for H.R. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

51. As to the claims of D.K., the proper hourly market rate for C.M. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

52. As to the claims of D.K., the rate of $110.00 that was requested for H.R. and C.M. exceeds the prevailing market rate. **Complaint Exhibit 11, Defendants' Motion Exhibit 4.**

53. As to the claims of D.K., the hourly rate of $175.00 that was requested for K.C. (advocate), C.G. (advocate), and M.M. (advocate) should be $90.00. **Complaint Exhibit 11, Defendants' Motion Exhibit 4.**

54. As to the claims of A.M., the proper hourly market rate for M.H. (attorney) is $225.00. **Defendants' Motion Exhibit 4.**

55. As to the claims of A.M., the proper hourly market rate for R.G. (attorney) is $170.00. **Defendants' Motion Exhibit 4.**

56. As to the claims of A.M., the rate of $350.00 that was requested for M.H. and R.G. exceeds the prevailing market rate. **Complaint Exhibit 12, Defendants' Motion Exhibit 4.**

57. As to the claims of A.M., the proper hourly market rate for Y.A. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

58. As to the claims of A.M., the rate of $110.00 that was requested for Y.A. exceeds the prevailing market rate. **Complaint Exhibit 12, Defendants' Motion Exhibit 4.**

59. As to the claims of A.M., the hourly rate of $175.00 that was requested for R.B. (advocate) and C.S. (advocate) should be $90.00. **Complaint Exhibit 12, Defendants' Motion Exhibit 4.**

60. As to the claims of S.M., the hourly market rate for R.G. (attorney) is $170.00. **Defendants' Motion Exhibit 4.**

61. As to the claims of S.M., the rate of $350.00 that was requested for R.G. exceeds the prevailing market rate. **Complaint Exhibit 13, Defendants' Motion Exhibit 4.**

62. As to the claims of S.M., the hourly market rate for Y.A. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

63. As to the claims of S.M., the hourly market rate for B.D.L. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

64. As to the claims of S.M., the hourly market rate for A.A.G. (paralegal) should be $90.00. **Defendants' Motion Exhibit 4.**

65. As to the claims of S.M., the rate of $110.00 that was requested for Y.A., B.D.L., and A.A.G. exceeds the prevailing market rate. **Complaint Exhibit 13, Defendants' Motion Exhibit 4.**

66. As to the claims of S.M., the hourly rate of $175.00 that was requested for R.B. (advocate) should be $90.00. **Complaint Exhibit 13, Defendants' Motion Exhibit 4.**

67. As to the claims of S.M., the hourly rate of $150.00 that was requested for M.M. (advocate) should be $90.00. **Complaint Exhibit 13, Defendants' Motion Exhibit 4.**

68. As to the claims of J.M., the hourly market rate for M.H. (attorney) is $225.00. **Defendants' Motion Exhibit 4.**

69. As to the claims of J.M., the rate of $350.00 that was requested for M.H. exceeds the prevailing market rate. **Complaint Exhibit 14, Defendants' Motion Exhibit 4.**

70. As to the claims of J.M., the hourly market rate for H.R. (paralegal) is $90.00. **Defendants' Motion Exhibit 4.**

71. As to the claims of J.M., the rate of $110.00 that was requested for H.R. exceeds the prevailing market rate. **Complaint Exhibit 14, Defendants' Motion Exhibit 4.**

72. As to the claims of J.M., the hourly rate of $175.00 that was requested for R.B. (advocate) should be $90.00. **Complaint Exhibit 14, Defendants' Motion Exhibit 4.**

73. As to the claims of J.P., the proper hourly market rate for R.N. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

74. As to the claims of J.P., the rate of $350.00 that was requested for R.N. exceeds the prevailing market rate. **Complaint Exhibit 15, Defendants' Motion Exhibit 4.**

75. As to the claims of J.P., the proper hourly market rate for K.D. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

9

76. As to the claims of J.P., the rate of $105.00 that was requested for K.D. exceeds the prevailing market rate. **Complaint Exhibit 15, Defendants' Motion Exhibit 4.**

77. As to the claims of J.P., the hourly rate of $185.00 that was requested for D.D. (advocate) should be $90.00. **Complaint Exhibit 15, Defendants' Motion Exhibit 4.**

78. As to the claims of A.P., the proper hourly market rate for C.W. (attorney) is $135.00 per hour. **Defendants' Motion Exhibit 4.**

79. As to the claims of A.P., the rate of $350.00 that was requested for C.W. exceeds the prevailing market rate. **Complaint Exhibit 16, Defendants' Motion Exhibit 4.**

80. As to the claims of A.P., the hourly market rate for B.D.L (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

81. As to the claims of A.P, the hourly market rate for W.B. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

82. As to the claims of A.P., the hourly market rate for A.A.G. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

83. As to the claims of A.P., the hourly rate of $105.00 that was requested for B.D.L, W.B., and A.A.G. exceeds the prevailing market rate. **Complaint Exhibit 16, Defendants' Motion Exhibit 4.**

84. As to the claims of R.W., the proper hourly market rate for R.G. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

85. As to the claims of R.W., the rate of $350.00 that was requested for R.G. exceeds the prevailing market rate. **Complaint Exhibit 20, Defendants' Motion Exhibit 4.**

86. As to the claims of R.W., the hourly market rate for Y.A. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

87. As to the claims of R.W., the rate of $105.00 that was requested for Y.A. exceeds the prevailing market rate. **Complaint Exhibit 20, Defendants' Motion Exhibit 4.**

88. As to the claims of R.W., the hourly rate of $185.00 that was requested for M.M. (advocate) should instead be $90.00. **Complaint Exhibit 20, Defendants' Motion Exhibit 4.**

89. As to the claims of S.Y., the proper hourly market rate for R.G. (attorney) is $170.00 per hour. **Defendants' Motion Exhibit 4.**

90. As to the claims of S.Y., the rate of $350.00 that was requested for R.G. exceeds the prevailing market rate. **Complaint Exhibit 22, Defendants' Motion Exhibit 4.**

91. As to the claims of S.Y., the hourly market rate for Y.A. (paralegal) is $90.00 per hour. **Defendants' Motion Exhibit 4.**

92. As to the claims of S.Y., the rate of $105.00 that was requested for Y.A. exceeds the prevailing market rate. **Complaint Exhibit 22, Defendants' Motion Exhibit 4.**

93. As to the claims of R.W., the hourly rate of $170.00 that was requested for M.M. (advocate) should instead be $90.00. **Complaint Exhibit 22, Defendants' Motion Exhibit 4.**

94. The parties agree that the remaining claims are prevailing parties for purposes of attorneys' fees.

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Amy Caspari*
    Amy Caspari [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-7794

July 13, 2007