

*Service • Integrity • Leadership*

 **For Lawyers**

 **For the Public**

 **Inside the Bar**

## Search Results

Search again.

Records matching your search criteria: 1

1. **Domiento C Hill**
   James E Brown & Associates
   1220 L Street Nw
   Washington DC 20005

   Email: **domiento@aol.com**
   Phone: 202-742-2008
   Fax: 202-742-2097

   Membership Status: Active
   Disciplinary history: None
   Date of admission: February 3, 2006

   

**CHEVY CHASE TRUST**
Personal Wealth Security

Stability despite the unexpected



The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/Pa**
©**2007** District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**