

▶ **For Lawyers**

▶ **For the Public**

▶ **Inside the Bar**

**Search Results**

Search again.

Records matching your search criteria: 1

1. **Juan J Fernandez**
   James E Brown & Associates
   1220 L Street NW
   Suite 700
   Washington DC 20005

   Email: **jfernandez@jeblaw.biz**
   Phone: 202-742-2011
   Fax: 202-742-2098

   Membership Status: Legal Counsel
   Disciplinary history: None
   Date of admission: March 18, 2005

   



The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/Pa**
©**2007** District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**