# ATTACHMENT A

| Claimant | Hearing Date | Total Fees and Costs Billed by Plaintiff | Proposed Attorneys' Fees Reductions | Proposed Paralegals' Fees Reductions | Proposed Advocates' Fees Reductions | Proposed Reductions for entries too remote in time. | Proposed Reductions for vague entries. | Proposed Reductions for Erroneous entries | Proposed Reductions for Improper Costs | Proposed Amount After Reductions | Proposed Fee Cost Amount After Reductions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. P.B. | 8/16/2005 | $7,705.87 | $2,162.85 | $140.40 | $633.25 | $0.00 | $142.65 | $0.00 | $96.88 | $4,406.51 | $317.09 |
| 2. K.B. | 11/14/2005 | $6,149.57 | $4,240.85 | $66.80 | $285.00 | $0.00 | $0.00 | $0.00 | $96.88 | $1,510.96 | $142.84 |
| 3. L.F. | 12/8/2005 | $11,509.39 | $6,794.30 | $252.20 | $458.85 | $9,132.08 | $0.00 | $0.00 | $96.88 | $0.00 | $494.06 |
| 4. M.J. | 12/16/2005 | $6,387.31 | $1,950.00 | $1,253.60 | $557.12 | $0.00 | $183.55 | $0.00 | $96.88 | $2,374.64 | $165.28 |
| 5. D.K. | 11/28/2005 | $5,897.53 | $3,092.50 | $272.65 | $942.50 | $740.00 | $3.60 | $0.00 | $96.88 | $852.26 | $90.90 |
| 6. S.M. | 10/11/2005 | $10,099.23 | $3,385.80 | $244.80 | $572.85 | $0.00 | $361.65 | $0.00 | $96.88 | $5,406.41 | $224.60 |
| 7. J.M. | 10/24/2005 | $5,657.77 | $1,343.75 | $56.40 | $226.95 | $115.50 | $0.00 | $0.00 | $96.88 | $3,922.71 | $89.34 |
| 8. A.M. | 9/8/2005 | $24,864.51 | $4,828.05 | $192.90 | $7,299.80 | $8,930.25 | $69.30 | $248.50 | $0.00 | $2,869.20 | $426.51 |
| 9. R.W. | 10/17/2005 | $4,698.58 | $3,400.30 | $229.45 | $902.50 | $0.00 | $113.05 | $0.00 | $96.88 | $183.24 | $63.80 |
| 10. S.Y. | 9/22/2005 | $4,813.85 | $1,591.00 | $245.24 | $612.80 | $0.00 | $199.15 | $0.00 | $96.88 | $2,164.47 | $98.07 |
| 11. J.P. | 8/31/2005 | $9,093.31 | $6,424.20 | $70.05 | $510.00 | $0.00 | $0.00 | $0.00 | $96.88 | $2,044.86 | $141.08 |
| 12. A.P. | 7/22/2005 | $8,205.22 | $4,336.55 | $245.24 | $0.00 | $0.00 | $0.00 | $0.00 | $96.88 | $3,488.37 | $231.94 |

* The reductions included in argument # 4, on page 21-23 of Defendants' Motion, are not included in this chart. Defendants' believe those reductions should be considered after a decision has been made as to the reductions listed in this attachment.