UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA SANTAMARIA, for L.A., a minor, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | **Civil No. 06-0577(RWR)** |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| **Defendants.** : | |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment, the Oppositions and Replies thereto, it is hereby

**ORDERED** that:

1. Defendants' Motion for Summary Judgment is GRANTED; and it is further

    **ORDERED** that

2. Plaintiffs' Motion for Summary Judgment is **DENIED.**

_____
United States District Judge