UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil No. 06-0577(RWR) <br> : |
| DISTRICT OF COLUMBIA, et al., | : <br> : |
| Defendants. | : <br> : |

## ERRATA

Inadvertently, the Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, filed today, did not contain the Statement of Facts In Dispute.  Thus, Defendants respectfully submit their Opposition, a Statement of Facts in Dispute, and their exhibits hereto.

                                                                                                     Respectfully Submitted,

                                                                                                     LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

|  |  |
|---|---|
| July 13, 2007 | */s/ Amy Caspari*<br>Amy Caspari [#488968]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-7794<br>amy.caspari@dc.gov |