UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 06-0577(RWR) |
| DISTRICT OF COLUMBIA, et al., | : : : |
| Defendants. | : : |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
IN DISPUTE**

1. That the fee of $6,448.07 sought by Plaintiff's counsel regarding the claims of Melissa Boyd on behalf of P.B. is reasonable. **PSMF ¶6**

2. That the fee of $9,524.94 sought by Plaintiff's counsel regarding the claims of Karen Fisher on behalf of L.F. is reasonable. **PSMF ¶8**

3. That the fee of $6,337.01 sought by Plaintiff's counsel regarding the claims of Cathy Johnson on behalf of M.J. is reasonable. **PSMF ¶10**

4. That the fee of $4,805.03 sought by Plaintiff's counsel regarding the claims of Pamela King on behalf of D.K. is reasonable. **PSMF ¶12**

5. That the fee of $10,284.83 sought by Plaintiff's counsel regarding the claims of Lisa Miller on behalf of S.M. is reasonable. **PSMF ¶14**

6. That the fee of $6,689.81 sought by Plaintiff's counsel regarding the claims of Jeaunel Partridge on behalf of J.P. is reasonable. **PSMF ¶16**

7. That the fee of $5,657.77 sought by Plaintiff's counsel regarding the claims of Jean Rashid on behalf of J.M. is reasonable. **Complaint ¶4n.**

8. That the fee of $24,864.56 sought by Plaintiff's counsel regarding the claims of William Marrow on behalf of A.M. is reasonable. **Complaint ¶4l.**

9. That the fee of $8,406.92 sought by Plaintiff's counsel regarding the claims of Theresa Brown on behalf of A.P. is reasonable. **PSMF ¶18**

10. That the fee of $4,664.38 sought by Plaintiff's counsel regarding the claims of Terry Johnson on behalf of R.W. is reasonable. **PSMF ¶20**

11. That the fee of $5,035.75 sought by Plaintiff's counsel regarding the claims of Barbara Young and George Marshall on behalf of S.Y. is reasonable. **PSMF ¶22**

12. That the fee of $ 6,149.57 sought by Plaintiff's counsel regarding the claims of Lunette Russell on behalf of K.B. is reasonable. **Complaint Exhibit 5.**

13. That S.G. is a plaintiff in this lawsuit. **PSMF ¶27**

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

|  |  |
|---|---|
|  | **/s/ Amy Caspari** |
|  | Amy Caspari [#488968] |
|  | Assistant Attorney General |
|  | 441 Fourth Street, N.W. |
|  | Sixth Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-7794 |
| July 13, 2007 | amy.caspari@dc.gov |