UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 06-CV-0577(RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REPLY THE DEFENDANTS' STATEMENT
OF MATERIAL FACTS IN DISPUTE**

1.   Plaintiffs' dispute paragraphs 1-12.  Plaintiffs dispute the use of the DCPS Attorney Guideline Rates and have included invoices that have the application of the *Laffey* Matrix.

                                                    Respectfully Submitted,
                                                            /s/
                                                  Roxanne D. Neloms [478157]
                                                  James E. Brown & Associates, PLLC
                                                  1220 L Street, N.W., Suite 700
                                                  Washington, D.C. 20005
                                                  (202)742-2000
                                                  ***Attorney for Plaintiffs***