UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA )<br>Parent and next friend of L.A, a minor )<br> )<br>Plaintiff )<br> ) Civil Action No.: 06-CV-0577(RWR)<br>v. )<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>Defendants. )<br> ) | |

**PLAINTIFFS' REPLY THE DEFENDANTS' STATEMENT
OF MATERIAL FACTS NOT IN DISPUTE**

1. Plaintiffs do not dispute paragraphs 1-7. ***See Plaintiffs' Motion for Summary Judgment.***

2. Plaintiffs dispute paragraphs 8-10. Plaintiffs resubmitted invoices calculated in accordance with the *Laffey* Matrix. ***See Exhibits Invoices attached in Plaintiffs' Motion for Summary Judgment.***

3. Plaintiffs dispute paragraphs 11-12. Mr. Domiento Hill had been practicing before hearing officers in the District of Columbia Public School since 2001. The District of Columbia, without objection, paid attorney fees in well over eight hundred cases (800) on Mr. Hill's behalf. Correspondence from the Committee on the Unauthorized Practice of Law, sanctioned Mr. Hill's practice, as well as other similarly situated attorneys, finding that it ws not unlawful for non DC barred attorneys to appear before DCPS hearing officers. ***See Exhibits Attached Hereto.***

4. Plaintiffs dispute paragraph 13 as the plaintiffs prevailed as a matter of law and obtained the

    relief it initially sought. *See Complaint Exhibits 4-6,9,11-16, 20 and 22.*

5. Plaintiffs dispute paragraph 14.

6. Plaintiffs dispute paragraphs 15-93. Plaintiffs submit that the prevailing market rate is determined by the application of the *Laffey* Matrix, which determines the rate of payment based on the length of experience and position. Thus is accordance with the *Laffey* Matrix for all time relevant to this suit, all paralegal and law clerks are billed at a rate of $110.00 per hour. The following attorneys are billed at the appropriate rates: R.G. ($360.00); M.H.($290.00); C.W. ($290.00); R.N. ($235.00); J.B. ($390.00); and D.H. (235.00). *See Exhibits Invoices attached in Plaintiffs' Motion for Summary Judgment.*

7. Plaintiffs do not dispute paragraph 94.

                                                   Respectfully Submitted,
                                                   /s/
                                                 Roxanne D. Neloms [478157]
                                                 James E. Brown & Associates, PLLC
                                                 1220 L Street, N.W., Suite 700
                                                 Washington, D.C. 20005
                                                 (202)742-2000
                                                 *Attorney for Plaintiffs*