# EXHIBIT 3



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000, fax: 202-442-5097
www.k12.dc.us

### REQUEST FOR COMMENT ON ADMINISTRATIVE GUIDELINES
### November 29, 2004

TO:     MEMBERS OF THE SPECIAL EDUCATION BAR

FROM:   Veleter M. B. Mazyck
        General Counsel

RE:     Proposed DCPS GUIDELINES FOR THE PAYMENT OF ATTORNEY FEES IN IDEA MATTERS

Dear Counsel:

The following are the proposed DCPS guidelines for the payment of attorney and expert fees in IDEA matters. When finalized, these guidelines supersede those issued on November 26, 2002 and April 15, 2003. The final version of the guidelines will be issued on January 5, 2005, and will apply to any invoices received on or after that date. Please submit any comments and suggestions to the DCPS Office of the General Counsel to the addresses listed in paragraph 2 below prior to December 20, 2004. Comments will be accepted by mail, fax (202-442-5098) or e-mail (OGCATTORNEYFEE@k12.dc.us). All comments received will be considered prior to issuance of the final version. The proposed guidelines and forms are also available on the DCPS website at www.k12.dc.us and may be picked up at the front desk of the General Counsel's Office.

1.  **Submission of Attorney Fee Invoices – What to Submit**

    a)  **Itemized Invoiced for each HOD or SA.** A separate itemized invoice must be submitted for each HOD or SA. Please do not submit multiple HODs with a single combined invoice or it will be returned to you for resubmission.

    *For example, if you have an HOD dated 1/4/04 and another HOD for the same student dated 2/15/04 – you cannot submit one invoice that covers both HODs.*

    Please assign your invoice an **invoice number** for easier tracking.

    b)  **Certification.** All requests for payment submitted to DCPS must include a fully completed, executed copy of the attached certification form in order to be processed. The certification must be signed by attorney submitting the invoice.

    c)  **Copy of HOD or fully executed settlement agreement that establishes the parent as a prevailing party.**

2.  **Guidelines for Invoices**
    Please comply with the following guidelines in preparing your invoices. Failure to comply with these guidelines will result in delays in processing your invoices and may result in the invoices either being returned to you for further information or denied:

    a)  Individual attorney, paralegal, and administrative staff's hourly rates must be included.



EXHIBIT 3

b) Each entry must include <u>a specific description of the services performed</u>, the time increment, hourly rate and total amount billed for that entry. While exhaustive detail is not required, billing entries should provide a reasonable level of information instead of simple repetition, for example:

| | | | |
|---|---|---|---|
| Prepare and file hearing Request | .50 | $250/hr | $125.00 |
| Legal Research on issue of Stay Put | 1 | $250/hr | $250.00 |

c) The following are *examples* of descriptions that lack specificity to evaluate the reasonableness of services, the relationship to the administrative adjudication, and the hours expended on a given matter, and therefore may be denied:

"Review of Correspondence"
"Research"
"Conference with Client"
"Hearing Preparation"
"Bi-weekly case review"
"Preparation of brief"
"Review of File"

d) Your invoice must provide a total number of hours and amount owed for each person for whom you are billing *(this can be done at the end of the invoice, or a separate cover letter)*. For example:

| | | | |
|---|---|---|---|
| Attorney XYZ | 5.25hrs | $250/hr | $1,315.50 |
| Attorney ABC | 2.0hrs | $200/hr | $ 400.00 |
| Paralegal DEF | 2.0hrs | $100/hr | $ 200.00 |
| Advocate GHI | 4.0hrs | $100/hr | $ 400.00 |
| **Total Attorney Fees** | | | **$2,315.50** |

e) Out-of-pocket expenses and costs.
When billing for expenses such as photocopies, provide a statement of the basis for the rate billed (e.g. per-page cost for photocopies).

3. **Where to Submit Invoices**

a) For the most expeditious processing, invoices can be submitted electronically, via email to:

**OGCATTORNEYFEE@k12.dc.us**

You may electronically submit invoices and supporting documents in the following formats: MS Word, MS Excel, ACCESS, PDF, WordPerfect.

**If you do not have the ability to scan your signed certification and/or HOD, you may still submit your invoice electronically, but you must also fax or deliver a signed copy of the certification and the HOD/Settlement Agreement for these invoices.**

b) Invoices and the accompanying documents can also be mailed or delivered to:

District of Columbia Public Schools
Office of the General Counsel
ATTN: Attorney Fee Processing
825 North Capitol St., N.E. 9th Floor
Washington, D.C. 20002

4. **Hourly Rate.** DCPS will pay an attorney's reasonable hourly rate, taking into account the experience of the attorney and the character of the services performed. Please complete and return the attached, **Attorney Information Sheet** to assure you are credited with the correct hourly rate. Each attorney invoice must include the hourly rate for the attorney and for any other staff member for whom you are billing.

5. **Reasonable Costs.** DCPS will pay reasonable attorney "costs" as enumerated in 28 U.S.C. § 1920:

    a) Fees of the clerk;
    b) Fees of the Court Reporter
    c) Fees and disbursements for printing and witnesses;
    d) Fees for exemplification and copies of papers necessarily obtained for use in the case;
    e) Docket fees
    f) Compensation of court appointed experts, interpreters, and a special interpretation services.

    *Please note that the above list is inclusive of all "costs" DCPS will pay in excess of the fee cap. Other out-of-pocket expenses, which are considered part of a reasonable attorney fee (explained below) will be reimbursed, but are subject to the fee cap.*

6. **Reasonable Attorney Fees.** The IDEA provides that DCPS pay reasonable attorney fees and costs. Invoices must be sufficiently detailed to permit an independent determination whether or not the hours claimed are justified. DCPS will pay reasonable time increments for services related to the practice of law, such as:

    a) Preparing or expressing legal opinions;
    b) Appearing or acting as an attorney before a hearing officer;
    c) Preparation of claims, demands, or other written documents containing legal argument;
    d) Proving legal advice and counsel to a client.

    **Out-of-Pocket Expenses.** DCPS will also reimburse an attorney's out-of pocket expenses that are incidental and necessary expenses incurred in furnishing effective and competent representation and those reasonable out-of-pocket expenses incurred by the attorney which are normally charged to a fee-paying client, in the course of providing legal services. These expenses must be *reasonable and well-documented:*

    a) Photo-copying
    b) Messenger/Express Mail
    c) Transportation and parking for hearings
    d) Postage
    e) Long Distance Telephone calls

    (Please note that these expenses will be paid as part of attorney fees and not as "costs", and are subject to any applicable fee caps).

**Non-Professional Services.** DCPS will not pay for services of a nonprofessional, non-legal nature at the applicable attorney hourly rate. Such services may be billed at a lower paralegal or legal assistant rate. *Examples* of nonprofessional services include, but are not limited to:

a)   Opening Files;
b)   Transmission of Documents;
c)   Assembly/preparation of bill;
d)   File Maintenance.

7. **Payment of Expert/Advocate Fees**

- Consistent with recent judicial decisions and the provisions of 28 U.S.C. §1920 (see Section 5(c) above), DCPS will pay reasonable costs incurred for expert/advocate services in connection with a due process hearing request, where the parent is determined to be a prevailing party..

- The payment of reasonable expert/advocate costs will not be subject to the attorney fee cap when such expert/advocates serve as a witness by providing testimony in a due process hearing, or, in the case of a settlement, were hired for the purposes of providing testimony.

- You must submit a separate itemized invoice from the expert as an attachment to your bill in order to be reimbursed.

- Advocates who do not provide testimony at a due process hearing and are not hired for the purposes of providing testimony are reimbursable as out-of-pocket expenses of the attorney, subject to the fee cap.

8. **Timeline for Submission of Invoices.**

Pursuant to 5 DCMR §3024.1:
*All requests for attorney's fees by parents who have prevailed against DCPS in actions brought under the IDEA shall be submitted within forty-five (45) days of the issuance of the hearing decision in which the child, parent, or guardian prevailed or execution of a settlement agreement requiring the payment of such fees. Failure to do so may result in delayed processing.*

DCPS will make reasonable efforts to process your invoice within **60 days** of receipt. If you do not receive an acknowledgment that your invoice has been processed within 60 days of submission, you may consider your invoice as denied.

9. **Obtaining a Status on Pending Invoices**

- Please allow 60 days from submission of your invoices to receive payment or confirmation of processing.

- In order to find out the status of a pending invoice, please send and email to **OGCATTORNEYFEE@k12.dc.us**. Email is the preferred method of communication; you will receive a response within 48 hours. Please avoid calling the Office for a status; time spent on the phone detracts from time needed to process invoices.

- If you want to confirm that your invoice was received and you are unable to utilize email, please call the main number at (202) 442-5000 – the person answering the phone is able to access our attorney fee log and confirm receipt.

10. **Payment of Invoices**

- Once your invoices are approved for payment by OGC, you will receive by, either fax or email, a copy of the fee processing sheet and the dispute sheet, if applicable. This sheet will indicate the date your invoice was forwarded to Finance for payment.

- Once your approved invoice is sent to Budget and Finance for payment, please allow 2-3 weeks to receive the payment.

- If you do not receive a check at the end of three weeks, please call the Office of Budget and Finance for a status at 442-5330. The Office of General Counsel does not have access to the payment information.

- To avoid delays in payment, please make sure that an updated Form W9 has been filed with DCPS.

Attachments:  Fee Processing Application/Certification
Attorney Information Sheet
Expert Information Sheet
Form W9

**PLEASE FORWARD ALL COMMENTS TO OGC BY DECEMBER 20, 2004.**

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: _____
   Attorney: _____
   Federal Tax ID No: _____
   D.C. Bar No: _____

2. **Student Information**
   Name: _____
   DOB: _____
   Date Hearing Request Filed: _____
   Date(s) of Hearing: _____
   Date of Determination (HOD/SA): _____
   Parent/Guardian Name: _____
   Parent/Guardian Address: _____

3. **Invoice Information**
   Invoice Number: _____
   Date Request Submitted: _____
   Date(s) of Services Rendered: _____
   Attorney Hourly Rate: $_____
   Total Attorney Fees: $_____
   Total Attorney Costs: $_____
   Total Experts: $_____
   Total Invoice: $_____

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- All services listed on the enclosed invoices were actually performed;
- The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- The District of Columbia Public Schools is the sole entity from which payment of the fees, costs, and expenses itemized on the enclosed invoice is requested;
- No attorney or law firm who either (1) provides services listed on the enclosed invoice; or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer, or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the D.C. Government is punishable by criminal penalties pursuant to D.C. Code § 22-2405.

_____    _____
Signature                                                       Date

*Revised Nov 2004*



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

## SPECIAL EDUCATION ATTORNEY INFORMATION

Attorney Name _____

Law Firm _____

(please submit a separate form for each attorney in firm)

Federal Tax ID+ _____

Billing Address _____
_____
_____
_____

Phone Number _____

Fax Number _____

Email _____

Bar Number _____

State of Admission _____    Year of Admission _____

Years of Legal Practice in Special Education Law* _____

*This information will be used in determining the reasonable hourly rate. You may attach a resume with this form.
+The Tax ID number is necessary in order to receive any payments from DCPS. Please mail or fax this form to the address/number listed above. Please complete the form even if you have submitted one in the past so that we may update our records.

Received in OGC    /    /

Revised Nov. 2004



DISTRICT OF COLUMBIA
PUBLIC SCHOOLS

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   .   Fax: 202-442-5098
www.k12.dc.us

## SPECIAL EDUCATION EXPERT INFORMATION

*This form is to be filled out by Experts who are requesting payment directly from DCPS for testimony in an administrative due process hearing where the parent was the prevailing party. Experts must also complete a Form W9 annually.*

Expert Name                      _____

Agency Name                      _____

Federal Tax ID+                  _____

Billing Address                  _____
                                 _____
                                 _____
                                 _____

Phone Number                     _____

Fax Number                       _____

Email                            _____

Area of Expertise                _____
                                 _____

Relevant License Held/Year Issued    _____/_____

Name of Licensing Agency         _____

Relevant Degree Held/Year Issued     _____/_____

Name of College/University
Issuing Degree                   _____

Years of Practice in Relevant Area   _____

You may attach a resume with this form.  +The Tax ID number is necessary in order to receive any payments from DCPS. Please mail or fax this form to the address/number listed above. Please complete the form even if you have submitted one in the past so that we may update our records.

| Received in OGC       /        / |

*Revised Nov. 2004*