# EXHIBIT 14

Your question                                                                      Page 1 of 1

This message has been scanned for known viruses.

| | |
|---|---|
| **From:** | MaryFroning |
| **To:** | Domiento Hill |
| **Subject:** | Your question |
| **Date:** | Wed, 3 Aug 2005 10:20:21 -0400 |
| **Files:** | CUPL_Ltr_to_DCPS.pdf (245K) |

Dear Mr. Hill –

I will write you a hard copy of this, but here is the content of the
Committee's response to your question.

With regard to your concern about your previous practice being
held against you. It is not at all clear that (c)(5) applied when you
were practicing before DCPS. However, because the school
system belatedly clarified their position only recently, the
Committee will hold harmless anyone who in good faith practiced
under the murky rules that existed prior to April 28, 2005. That
marks the date when the Committee's clarified its opinion in a
letter to DCPS (based on a January 27, 2005, memorandum
from DCPS). Both documents are attached.

In terms of future practice, your proposal to practice under the (c)(8)
exception is generally fine. This is provided that (1) you promptly
submit your application to the D.C. Bar; (2) you are supervised by a
member of the D.C. Bar; and (3) your business documents make clear
that you are not a member of the D.C. Bar and that you are supervised.

That still leaves open the question whether DCPS will allow you to
represent clients in DCPS proceedings until you are admitted. That
issue is between you and DCPS. The Committee has not the authority
to require DCPS to allow lawyers to practice there while their D.C. Bar
applications are pending.

I hope this answers all of your questions.

Sincerely,

Mary L. Froning
Member of the Committee on the Unauthorized Practice of Law
202-244-9194
MaryFroning@compuserve.com



EXHIBIT

14