# EXHIBIT 16



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000      Fax: 202-442-5098
www.k12.dc.us

EXHIBIT 16

August 4, 2005

James Brown
Attorney at Law
1220 L St., N.W.
Suite 700
Washington, D.C. 20005

Dear Mr. Brown:

Attached, please find a settlement offer for 352 HODs/Settlement Agreements submitted to the District of Columbia Public Schools for administrative due process hearings. Please sign this agreement and return to DCPS for the payment of $1,374,848.34

Also attached is a list of 88 invoices that are being denied for payment due to the unauthorized practice of law committed by the attorneys involved. The District of Columbia Public Schools will not pay attorney fees for attorneys who are not licensed to practice in the District of Columbia. Please consider this a final decision from which you may appeal to the federal court. If you have any questions, please feel free to contact me at (202) 442-5000.

Sincerely,

Erika L. Pierson
Erika L. Pierson
Deputy General Counsel

EXHIBIT 16