# EXHIBIT 17

DISTRICT OF COLUMBIA REGISTER                    FEB 2 8 2003

        (c)    The name of the school the child is attending;

        (d)    A description of the nature of the child's problem relating to the proposed or refused initiation or change, including facts relating to the problem; and

        (e)    A proposed resolution to the problem to the extent known and available to the parents at the time.

3029.4    When an impartial due process hearing is requested, the SEA shall inform the parent of the availability of:

        (a)    Mediation, and

        (b)    Any free or low cost legal and other relevant services available.

3029.5    As a part of the five-day disclosure submitted before a due process hearing, the submitting party-or attorney must disclose any financial interest, of which he or she is aware, of any participant in the proceeding in a non-public provider or service that may be at issue in that due process hearing.

**3030**    **DUE PROCESS HEARING AND DECISION**

3030.1    The SEA shall assign a qualified impartial hearing officer to conduct a due process hearing in accordance with the Act. An impartial hearing officer shall conduct a due process hearing and issue a written decision not later than forty-five days after the receipt of the request for a hearing by the SEA.

3030.2    An impartial hearing officer may, for good cause shown, grant a specific extension of time at the request of either party.

<u>3030.3</u>    <u>The LEA</u> D.C. Public Schools <u>shall bear the burden of proof, based solely upon the evidence and testimony presented and testimony presented at the hearing, that the action or proposed placement is adequate to meet the educational needs of the student.</u>

3030.4    After deleting personally identifiable information from hearing decisions, the Student Hearing Office of the District of Columbia shall transmit the findings and decisions to the SEA Advisory Panel and make the findings and decisions available to the public, at a reasonable cost.

**3031**    **HEARING RIGHTS**

3031.1    A party to a due process hearing has the right to:

        (a)    Be accompanied and advised by counsel and by individuals with special knowledge or training with respect to the problems of children with

EXHIBIT 17

       disabilities;

    (b)  Present evidence and confront, cross-examine, and compel the attendance of witnesses;

    (c)  Prohibit the introduction of any evidence at the hearing that has not been disclosed to all parties at least five business days before the hearing;

    (d)  Obtain a written, or, at the option of the parents, electronic verbatim record of the hearing, at no cost to the parents; and

    (e)  Obtain written or, at the option of the parent, electronic findings of fact and decisions at no cost to the parents.

3031.2    At least five business days prior to the hearing, each party shall disclose to all other parties all evaluations completed by that date and recommendations based on the offering party's evaluations that the party intends to use at the hearing.

3031.3    A hearing officer may bar any party that fails to comply with this provision from introducing the relevant evaluation or recommendation at the hearing without the consent of the other party.

3031.4    A parent has the right to:

    (a)  Have the child who is the subject of the hearing present; and

    (b)  Open the hearing to the public.

3031.5    A party aggrieved by the findings and decision of a due process hearing may bring a civil action in any court of competent jurisdiction in accordance with 20 U.S.C. §1415(I)(2).

**3032    ATTORNEYS' FEES**

3032.1    In an action or proceeding under this Chapter, courts may award parents reasonable attorneys' fees as part of the costs to the parents of a child with a disability who is the prevailing party.

3032.2    The LEA shall pay attorneys' fees at rates consistent with applicable local and Federal laws.

3032.3    The LEA shall review all requests for payment of expert fees submitted by parents who prevail against the LEA in proceedings brought under the Act and reimburse for such fees in accordance with applicable law.

3032.4    All requests to the LEA for attorneys' fees by parents who have prevailed

DISTRICT OF COLUMBIA REGISTER                    FEB 2 8 2003

        against an LEA DCPS in administrative proceedings brought under IDEA shall be submitted within forty-five (45) days of the issuance of the hearing decision in which the child, parent, or guardian prevailed or execution of a settlement agreement requiring the payment of such fees. Failure to do so may result in delayed processing by the LEA.

**3033    CHILD'S STATUS DURING PROCEEDINGS**

3033.1    Unless the parent and the LEA agree on an alternative placement, the child with a disability shall remain in the present educational placement during the pendency of an administrative or judicial proceeding.

3033.2    If the matter involves an application for initial admission to public school, the child, with the consent of the parent, shall be placed in a public school program until the completion of all proceedings, unless the parent and the public agency agree otherwise.

3033.3    If the decision of a hearing officer in a due process hearing in an administrative appeal agrees with the child's parents that a change of placement is appropriate, that placement must be treated as an agreement between the parents and the LEA for purposes of § 3033.1 of this Chapter.