# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA<br>Parent and next friend of L.A, a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No.: 06-CV-0577 (RWR) |

## AFFIDAVIT OF ROBERTA GAMBALE

I, Roberta Gambale, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of Washington State and the District of Columbia having been admitted in 1996 and 2002, respectively.

2. That I have practiced in the area of special education law since 2001 and have handled over 1,200 cases in that span of time.

3. That many of my clients are low income families seeking legal representation for their special needs children.

4. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

5. That I am one of the attorneys who worked on the cases presented in this appeal and that my hourly rate for work I performed during that period January 2005 to September 2005, was three hundred and fifty dollars per hour ($350.00). This rate is less than allotted on the *Laffey Matrix*.

6. That from May 1996 until May 1999 I was employed by the law firm of Donald D. Cook in Seattle, WA and from May 1999 until July of 2001, I was employed by the law firms of McClure and Associates in Seattle, WA. At both firms I worked primarily in the areas of family law but also handled bankruptcy cases, and general civil cases and criminal defense litigation.

ROBERTA GAMBALE

DATED: June 8, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA<br>Parent and next friend of L.A, a minor )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No.: 06-CV-0577 (RWR) |

### AFFIDAVIT OF MIGUEL HULL

I, Miguel A. Hull, do hereby swear and affirm under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. That I am currently an attorney in good standing in the State of Maryland, State of Texas, and the District of Columbia;

2. That I was originally admitted to the Maryland Bar in December 1998;

3. That I was originally admitted to the District of Columbia Bar in January 2000;

4. That I was originally admitted to the Texas Bar in April 2006;

5. That since January 2002, I have practiced special education law, representing parents in the District of Columbia pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et. seq., and during that time I have handled approximately 1000 cases.

6. That many of my clients are low income families seeking legal representation for their special needs children.

7. That from time to time I have taken continuing legal education courses in special education law to stay abreast of new developments and cases in that area;

8. That I am one of the attorneys who worked on the cases that are the subject of this appeal and that my hourly charges, in accordance with the *laffey matrix*, for work I performed from January 2005 to September 2005, was Two Hundred and Ninety ($290.00) per hour;

9. That from September 1999 until January 2002, I was employed as an associate attorney at the Law Offices of Ivan Waldman & Associates in Langley Park, Maryland, where I provided legal representation to individuals before administrative agencies, and state courts in matters regarding traffic infractions, criminal law, personal injury, workers compensation, family law, and appellate work before the Maryland Court of Special Appeals; and

10. That from December 1998 until August 1999, I was employed as staff counsel with the Democratic National Committee in the District of Columbia, where I worked preparing responses to numerous Department of Justice and Congressional subpoenas regarding campaign finance investigations.

MIGUEL HULL

DATED: June 8, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA SANTAMARIA            )
Parent and next friend of L.A, a minor   )
                             )
          Plaintiff          )
                             )   Civil Action No.: 06-CV-0577 (RWR)
v.                           )
                             )
DISTRICT OF COLUMBIA, *et al.*,  )
                             )
          Defendants.        )
_____)

### AFFIDAVIT OF CHRISTOPHER WEST

I, Christopher West, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of New York State and the District of Columbia having been admitted in 2000 and 2005, respectively.

2. That I have practiced in the area of special education law since 2000 and have handled over 1,500 cases in that span of time.

3. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4. That I am one of the attorneys who worked on the cases presented in this appeal and that my hourly rate for work I performed during that period January 2005 to September 2005, was three hundred and fifty dollars per hour ($350.00). This rate is less than allotted on the *Laffey Matrix*.

5. That from October of 2000 until December of 2001, I was employed with the District of Columbia Public Schools as an Attorney Advisor. That from January of 2002 until present I have been employed with the law firm of James E. Brown & Associates, PLLC.

_____
CHRISTOPHER WEST

DATED: June 8th, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA SANTAMARIA, et al., )
Parent and next friend of L.A, a minor )
)
Plaintiff )
)  Civil Action No.: 06-CV-0577 (RWR)
v. )
)
DISTRICT OF COLUMBIA, *et al.*, )
)
Defendants. )
)

### AFFIDAVIT OF ROXANNE D. NELOMS

I, Roxanne D. Neloms, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the District of Columbia having been admitted in May 2002.

2. That I have practiced in the area of special education law since 2003 and have handled and participated in the litigation of over 1,000 cases in that span of time.

3. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4. That I reviewed the work of Domiento C.R. Hill in accordance with Rule 49 (c) (8).

5. That my hourly rates for work that I performed during the years of September 2004 to December 2005, was Two Hundred and Thirty-five Dollars ($235.00) per hour.

6. That from September of 2001 to September 2003 I clerked for the Honorable William P. Greene at the United States Court for Veteran Appeals, where I was responsible for drafting memorandum decisions and etc.

_____
ROXANNE D. NELOMS

DATED: June 8th, 2007


Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

**Kelly Dau**
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, et al., )<br>Parent and next friend of L.A, a minor )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>DISTRICT OF COLUMBIA, *et al.*, )<br> )<br>Defendants. )<br>_____) | Civil Action No.: 06-CV-0577 (RWR) |

### AFFIDAVIT OF DOMIENTO C.R. HILL

I, Domiento C.R. Hill, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of Maryland and the District of Columbia having been admitted in 2002 and 2006, respectively.

2. That I have practiced in the area of special education law since 2001 and have handled over 1,500 cases in that span of time.

3. That many of my clients are low income families seeking legal representation for the special needs children.

4. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

5. That I am one of the attorneys who worked on cases which are the subject of this appeal and practiced pursuant to Rule 49 (c) (8) and that I was supervised by either Roxanne D. Neloms or Christopher West.

6. That my hourly rates for work that I performed during the years of September 2004 to

December 2005, was Two Hundred and Thirty-five Dollars ($235.00) per hour.

6. That from September of 1999 until February of 2001, I was employed by the law firms of Jordan Burt and Shulman Rogers, where I worked in complex class action class action litigation defense, as well as commercial litigation and traditional civil litigation.

DOMIENTO C.R. HILL

DATED: June 8th, 2007

Subscribed and sworn before me this 8th day of June 2007.

_____
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2