| CLAIM | PLAINTIFFS' ORIGINAL INVOICE | PLAINTIFFS' MATRIX INVOICE | DEFENDANTS' PROPOSED AMOUNT | DEFENDANTS' COMMENTS |
|---|---|---|---|---|
| **P.B.** | $7,705.87 | $6,448.07 | $2,361.80 | |
| **K.B.** | $6,149.57 | $5,014.62 | $1653.80 | |
| **L.F.** | $11,509.39 | $9,524.94 | $494.06 | |
| **S.G.** | $11,163.18 | $8,057.58 | $0.00 | This Plaintiff was voluntarily dismissed on 6/8/2007 by Plaintiffs. |
| **M.J.** | $6,387.31 | $6,337.01 | $1904.94 | |
| **D.K.** | $5,897.53 | $4,805.03 | $707.37 | |
| **S.M.** | $10,099.23 | $10, 284.83 | $4,223.25 | |
| **J.M.** | $5,657.77 | $4,046.42 | $4012.05 | |
| **J.P.** | $9,093.31 | $6,689.81 | $1092.97 | |
| **A.P.** | $8,205.22 | $8,078.10 | $1860.15 | |
| **R.W.** | $4,698.58 | $4,503.70 | $123.52 | |
| **S.Y.** | $4, 813.85 | $5,035.75 | $1,131.27 | |
| **A.M.** | | | $3,295.71 | Plaintiffs failed to provide any updated invoice or arguments regarding the claims of this Plaintiff. |

# ATTACHMENT B