UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA SANTAMARIA, for L.A., a minor, et al., | : |
| Plaintiffs, | : |
| v. | : Civil No. 06-0577(RWR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendants, through counsel, respectfully notify this Court of a decision issued on November 30, 2007, concerning the same issues that are before us in this case. Attached for the Court's convenience is a copy of the decision.

    Respectfully submitted,

    LINDA SINGER
    Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    ***/s/ Edward P. Taptich***
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    ***/s/ Amy Caspari***
    AMY CASPARI [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-7794

December 4, 2007