UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          :
**SANTAMARIA, et al.,**                   :
                                          :
    **PLAINTIFFS**      :
                                          :   Civ. Action No. 06-0577 (RWR)
    **v.**              :
                                          :
**DISTRICT OF COLUMBIA,**                 :
                                          :
    **DEFENDANT.**      :
_____

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant District of Columbia.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
      District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Section Chief
    Equity Section Two

    */s/ Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    Civil Litigation Division
    Equity Section Two

2

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 8, 2008**